**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| FRESH & EASY NEIGHBORHOOD MARKET INC., *et al.*,[1] | : | Case No. 13-12569 (KJC) |
| | : | (Joint Administration Requested) |
| Debtors. | : | |

**AGENDA FOR FIRST DAY HEARING**
**AND INDEX OF FIRST DAY PLEADINGS**

A. <u>Voluntary Petitions</u>:

   1. Fresh & Easy Neighborhood Market Inc.
   2. Fresh & Easy Property Company LLC

B. Declaration of James Dibbo in Support of Chapter 11 Petitions and First Day Motions and Applications [Docket No. 3 - filed September 30, 2013]

C. <u>First Day Motions</u>:

   1. Motion of the Debtors for an Order Directing the Joint Administration of Their Chapter 11 Cases [Docket No. 2 - filed September 30, 2013]

   2. Motion of the Debtors for an Order Extending the Time Within Which the Debtors Must File Their Schedules and Statements of Financial Affairs [Docket No. 4 - filed September 30, 2013]

   3. Debtors' Application for an Order Authorizing the Appointment of Prime Clerk LLC as Claims and Noticing Agent [Docket No. 5 - filed September 30, 2013]

   4. Motion of the Debtors for an Order (I) Approving the Continued Use of the Debtors' Cash Management System and (II) Granting Related Relief [Docket No. 6 - filed September 30, 2013]

   5. Debtors' Motion for Interim and Final Orders Establishing Procedures for the Provision of Adequate Assurance to the Debtors' Utility Providers [Docket No. 7 - filed September 30, 2013]

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636). The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

6. Debtors' Motion for an Order Authorizing Them to Pay Prepetition Employee Wages, Benefits, Business Expenses and Related Items [Docket No. 8 - filed September 30, 2013]

7. Debtors' Motion for an Order Authorizing Them to (I) Maintain Certain Customer Programs and (II) Honor or Pay Related Prepetition Obligations to Their Customers [Docket No. 9 - filed September 30, 2013]

8. Debtors' Motion for an Order (I) Authorizing the Debtors to Pay Claims Entitled to Priority as Administrative Expenses Under Section 503(b)(9) of the Bankruptcy Code and (II) Granting Certain Related Relief [Docket No. 10 - filed September 30, 2013]

9. Debtors' Motion for an Order (I) Authorizing the Payment of Certain Prepetition Lien Claimants and (II) Granting Certain Related Relief [Docket No. 11 - filed September 30, 2013]

10. Debtors' Motion for an Order (I) Authorizing the Payment of Prepetition Claims Asserted Under the (A) Perishable Agricultural Commodities Act or (B) Packers and Stockyards Act and (II)) Granting Certain Related Relief [Docket No. 12 - filed September 30, 2013]

11. Motion of the Debtors for an Order Authorizing Them to Continue Their Insurance Programs and Pay Related Obligations [Docket No. 13 - filed September 30, 2013]

12. Motion of the Debtors for an Order Authorizing Them to Pay Certain Prepetition Taxes [Docket No. 14 - filed September 30, 2013]

3

Dated: September 30, 2013
      Wilmington, Delaware

Respectfully submitted,

*/s/ Lee E. Kaufman*
Mark D. Collins (DE 2981)
John H. Knight (DE 3848)
Lee E. Kaufman (DE 4877)
Amanda R. Steele (DE 5530)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Paul D. Leake
Lisa Laukitis
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

PROPOSED ATTORNEYS FOR DEBTORS