Dustin P. Branch, Esq. (Cal Bar No. 174909)
Brian D. Huben, Esq. (Cal Bar No. 134354)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
Tel: 310-788-4400
Fax: 310-788-4471

*Attorneys for Creditor*
*Foursquare Properties, Inc. and*
*West Valley Properties, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| FRESH & EASY NEIGHBORHOOD | ) Case No. 13-12569-KJC |
| MARKET, INC., | ) |
| | ) |
| Debtor. | ) |
| | ) |

**REQUEST FOR SPECIAL NOTICE**

PLEASE TAKE NOTICE that Foursquare Properties, Inc., as Landlord and/or agent for Landlord of the premises located in Carlsbad, California, and West Valley Properties, Inc. as Landlord and/or agent for Landlord of the premises located at Olivera Crossing, Concord, California (the "Landlords"), appearing through their counsel, Katten Muchin Rosenman LLP, request that all notices given or required to be given and all papers served or required to be served in this case, in accordance with Rules 2002(a)(2), (3), and (7), and 9007 of the Bankruptcy Rules, and Sections 102(1), and 342(a), and 1109(b) of the Bankruptcy Code, be given to and served upon the undersigned at the following address and telephone number:

       Katten Muchin Rosenman LLP
       c/o Dustin P. Branch, Esq.
       c/o Brian D. Huben, Esq.
       2029 Century Park East, Suite 2600
       Los Angeles, California  90067-3012
       Tel: 310-788-4400

Fax: 310-788-4471
Email: dustin.branch@kattenlaw.com
brain.huben@kattenlaw.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleadings, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise:

(1) Which affect or seek to affect in any way any rights or interests of Landlords with respect to (a) the Debtors; (b) property or proceeds thereof in which the Debtors may claim an interest; (c) property or proceeds thereof in which Landlords claim an interest; (d) property or proceeds thereof in possession, custody or control of Landlords which the Debtors may seek to use; or

(2) Which require or seek to require any act, delivery of any property, payment or other conduct by Landlords.

Dated: September 30, 2013    KATTEN MUCHIN ROSENMAN LLP

By: */s /Dustin P. Branch*

Dustin P. Branch, Esq.
Brian D. Huben, Esq.
2029 Century Park East, Suite 2600
Los Angeles, California 90067-3012
Tel: 310-788-4400
Fax: 310-788-4471

*Attorneys for Creditors*
*Foursquare Properties, Inc. and*
*West Valley Properties, Inc.*

100053832_1.DOC

**PROOF OF SERVICE**
*FRESH & EASY NEIGHBORHOOD MARKET, INC.*
*United States Bankruptcy Court, District of Delaware*
*Case No: 13-12569-KJC*

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Katten Muchin Rosenman LLP, 2029 Century Park East, Suite 2600, Los Angeles, California 90067.

On September 30, 2013, I served the foregoing document described as **REQUEST FOR SPECIAL NOTICE** on the interested parties in this action by placing a true and correct copy of this document thereof, enclosed in a sealed envelope, addressed as follows:

**SEE ATTACHED SERVICE LIST**

(X)    **(BY COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – See attached service list)** Pursuant Local Bankruptcy Rules ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 16, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated.

(X)    **(BY MAIL – See attached service list)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

(_)    **(BY ELECTRONIC MAIL – See attached list)** By transmitting electronically to the parties at the email address indicated above. To the best of my knowledge the transmission was reported as complete and I did not receive a notice of failure of receipt of each such documents.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 30, 2013, at Los Angeles, California.

*/s/ Lora Anderson*
Lora Anderson

## ECF SERVICE LIST

**Debtor's Counsel**

Mark D. Collins, Esq.
Lee E. Kaufman, Esq.
John H. Knight, Esq.
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
Telephone:  301.651.7700
Facsimile:  301.651.7701
collins@rlf.com
kaufman@rlf.com
knight@rolf.com


Lisa Lautkis, Esq.
Paul Leake, Esq.
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone:  212.326.3939
Facsimile:   212.755.7306

**U.S. Trustee**

Office of the U.S. Trustee
844 King Street
Room 2207
Wilmington, DE 19889-0035