IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FRESH & EASY NEIGHBORHOOD MARKET INC., *et al.*,[1] | Case No. 13-12569 (KJC) |
| Debtors. | (Joint Administration Requested) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1, and the attached certification, counsel moves the admission *pro hac vice* of David A. Hammerman of Latham & Watkins LLP as an attorney on behalf of YFE Holdings, Inc.

/s/ Sean M. Beach
Sean M. Beach (No. 4070)
YOUNG CONAWAY STARGATT & TAYLOR, LLP
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, and admitted, practicing, and in good standing as a member of the Bar of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for the District Court Fund effective July 23, 2009. I further certify that the annual fee of $25.00 will be paid to the Clerk of Courts for the District Court.

Date: September 30, 2013

David A. Hammerman
Latham & Watkins LLP
885 Third Avenue
New York, NY 10022-4834
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED, that counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2013

_____
Kevin J. Carey
United States Bankruptcy Judge

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636). The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

01:14181073.1