# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| FRESH & EASY NEIGHBORHOOD MARKET INC., *et al.,* | : | Case No.  13-12569 (KJC) |
| | : | |
| Debtor | : | Joint Administration Pending |

---------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Matthew G. Summers, a member of the bar of this Court, pursuant to Local Rule 9010-1(b), hereby moves the admission *pro hac vice* of David L. Pollack of the law firm of Ballard Spahr LLP, 51st Floor, Mellon Bank Center, 1735 Market Street, Philadelphia, Pennsylvania 19103 to represent Rite Aid Corporation; Thrifty Payless, Inc.; Federal Realty Investment Trust; and Brixmor Property Group, Inc. in this action.  The Admittee is admitted, practicing, and in good standing in the Bar of the Commonwealth of Pennsylvania. The Admittee also is admitted to and in good standing with the following federal courts:  the United States Supreme Court, the United States Courts of Appeal for the Third and Seventh Circuits, the United States District Courts for the (a) Eastern District of Pennsylvania; (b) Northern District of Texas, (c) Eastern District of Wisconsin, (d) Eastern and Western Districts of Michigan (e) District of Nebraska.

| | |
|---|---|
| Dated: September 30, 2013<br>Wilmington, Delaware | */s/ Matthew G. Summers*<br>Tobey M. Daluz, Esquire (No. 3939)<br>Matthew G. Summers (No. 5533)<br>BALLARD SPAHR LLP<br>919 N. Market Street, 11th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 252-4465<br>Facsimile: (302) 252-4466<br>E-mail: daluzt@ballardspahr.com<br>         summersm@ballardspahr.com<br><br>*Counsel for Rite Aid Corporation; Thrifty Payless, Inc.; Federal Realty Investment Trust; and Brixmor Property Group* |

**CERTIFICATION**

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission *pro hac vice* to this Court, admitted to practice and in good standing in the jurisdictions shown in the paragraph above, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

>   */s/ David L. Pollack*
>   David L. Pollack, Esquire
>   BALLARD SPAHR LLP
>   1735 Market Street, 51st Floor
>   Philadelphia, PA 19103
>   Telephone: (215) 864-8325
>   Facsimile: (215) 864-8999
>   E-mail: pollack@ballardspahr.com

**ORDER**

Motion granted.

>   **BY THE COURT:**

Dated: _____

>   _____
>   Kevin J. Carey
>   United States Bankruptcy Court Judge