# **EXHIBIT A**

| | Landlord | Lease Description | Store Address | Notice Address (1) | Notice Address (2) |
|---|---|---|---|---|---|
| 1 | Red Mountain Asset Fund I, LLC | Lease dated July 15, 2007 between Red Mountain Asset Fund I, LLC and Fresh & Easy Neighborhood Market, Inc. | 9124 East Apache Trail Mesa, AZ 85207 | RiverRock Real Estate Group Inc.RiverRock Real Estate Group Inc. ATTN: Sandy Boone 4869 North 20th St., Ste. B30 Phoenix, AZ 85016 | |
| 2 | GGF Huntington, LLC | Lease dated October 26, 2007 between GGF Huntington, LLC and Fresh & Easy Neighborhood Market, Inc. | 16672 Beach Blvd. Huntington Beach, CA 92647 | GGF Huntington, LLC c/o Gaska, Inc ATTN: Aida Norhadian 100 West Broadway, Ste. 950 Glendale, CA 91210 | |
| 3 | Shiekh S. Ellahi | Lease dated October 7, 2009 between Shiekh S. Ellahi and Fresh & Easy Neighborhood Market, Inc. | 1631C East Highland San Bernardino City, CA 92404 | Shiekh S. Ellahi ATTN: Ryan Walker 4083 E. Airport Dr. Ontario, CA 91761 | |
| 4 | Weingarten Nostat, Inc. | Lease dated September 10, 2007 between Weingarten Nostat, Inc. and Fresh & Easy Neighborhood Market, Inc. | 3434 W Greenway Rd. Phoenix, AZ 85053 | Weingarten Nostat, Inc. ATTN: Margie Medrano P. O. Box 924133 Houston, TX 77292 | |
| 5 | ASR Owner, LLC | Lease dated April 2, 2008 between ASR Owner, LLC and Fresh & Easy Neighborhood Market, Inc. | 5802 W. Olive Ave. Glendale, AZ 85302 | Super Valu ATTN: Randi Hart 250 E. Park Center Blvd. Boise, ID 83706 | |
| 6 | Arizona State Land Department | Lease dated October 1, 2008 between Arizona State Land Department and Fresh & Easy Neighborhood Market, Inc. | 13215 North 7th Street Phoenix, AZ 85022 | Davidson Myers & Assoc. Assoc. ATTN: Gary Davidson 1110 E. Missouri Ave., #700 Phoenix, AZ 85014 | |

| | **Landlord** | **Lease Description** | **Store Address** | **Notice Address (1)** | **Notice Address (2)** |
|---|---|---|---|---|---|
| 7 | Albertsons, LLC | Lease dated April 23, 2009 between Albertsons, LLC and Fresh & Easy Neighborhood Market, Inc. | 1849 W Greenway Rd., Ste. 100 Phoenix, AZ  85023 | SuperValu ATTN: Judy Spiller 250-1 Grandview Rd. Phoenix, AZ  85023 | |
| 8 | Sperry Van Ness | Lease dated March 31, 2009 between Sperry Van Ness and Fresh & Easy Neighborhood Market, Inc. | 4240 W Bell Rd., Ste. 120 Glendale, AZ  85308 | Sperry Van Ness-RICORE ATTN:  Bill Phares 11500 Northlake Dr, Ste. 100 Cincinnati, OH  46249 | |
| 9 | Sperry Van Ness | Lease dated November 13, 2008 between Sperry Van Ness and Fresh & Easy Neighborhood Market, Inc. | 750 N Gilbert Rd., Ste. 104 Gilbert, AZ  85233 | Sperry Van Ness-RICORE ATTN:  Bill Phares 11500 Northlake Dr, Ste. 100 Cincinnati, OH  46249 | |
| 10 | WDP Town Center LLC | Lease dated December 1, 2010 between WDP Town Center LLC and Fresh & Easy Neighborhood Market, Inc. | 21246 E Ocotillo Rd. Queen Creek, AZ  85242 | A & C Properties, Inc. ATTN:  Lisa Goodwin 4530 East Shea Blvd., Ste. 100 Phoenix, AZ  85028 | |
| 11 | Brookmat, Corp. | Lease dated October 13, 2009 between Brookmat, Corp. and Fresh & Easy Neighborhood Market, Inc. | 1342 E. Hatch Rd. Ceres, CA  95307 | Ardenbrook, Inc. ATTN:  Kathryn McFadden 4725 Thornton Ave. Fremont, CA  94536 | |
| 12 | Ross Dress For Less, Inc. | Lease dated July 15, 2009 between Ross Dress For Less, Inc. and Fresh & Easy Neighborhood Market, Inc. | 1328 Saratoga Ave. San Jose, CA  95129 | McNellis Partners, LLC ATTN:  Cherisse Aldrich 7423 Winding Way Fair Oaks, CA  95628 | |

|    | **Landlord** | **Lease Description** | **Store Address** | **Notice Address (1)** | **Notice Address (2)** |
|----|---|---|---|---|---|
| 13 | Joseph P. Kovalik | Lease dated June 1, 2009 between Joseph P. Kovalik and Fresh & Easy Neighborhood Market, Inc. | 2306 Almaden Rd. San Jose, CA 95125 | Maple Leaf Investments ATTN: Joe Kovalik 1155 Redmond Ave. San Jose, CA 95120 | |
| 14 | De Anza Properties | Lease dated March 20, 2013 between De Anza Properties and Fresh & Easy Neighborhood Market, Inc. | 1356 S Mary Ave. Sunnyvale, CA 94087 | De Anza Properties ATTN: Dena M. Rosa 960 N. San Antonio Rd., #114 Los Altos, CA 94022 | |
| 15 | CP6OC, LLC | Lease dated February 4, 2013 between CP6OC, LLC and Fresh & Easy Neighborhood Market, Inc. | 3375 Port Chicago Hwy, Ste. 51 Concord, CA 94520 | West Valley Properties, Inc. ATTN: Andrew Pattisson 280 Second St., Ste. 230 Los Altos, CA 94022 | |
| 16 | Buzz Oates Management Services | Lease dated September 9, 2009 between Buzz Oates Management Services and Fresh & Easy Neighborhood Market, Inc. | 4401 Mack Rd. Sacramento, CA 95823 | Buzz Oates Management Services ATTN: Marisa Hindmarsh 8615 Elder Creek Rd. Sacramento, CA 95828 | |
| 17 | Silver State Station, LLC | Lease dated March 15, 2009 between Silver State Station, LLC and Fresh & Easy Neighborhood Market, Inc. | 598 N. McCarran Blvd. Sparks, NV 89431 | Phillips Edison & Company ATTN: Susan Cadell 11501 Northlake Dr. Cincinnati, OH 45249 | |
| 18 | CVS 2989 Las Vegas, LLC | Lease dated December 12, 2007 between CVS 2989 Las Vegas, LLC and Fresh & Easy Neighborhood Market, Inc. | 4810 W. Ann Rd. Las Vegas, NV 89130 | CVS Store c/o Lease Administration ATTN: Bethany Fay One CVS Dr. Woonsocket, RI 02895 | |

| | **Landlord** | **Lease Description** | **Store Address** | **Notice Address (1)** | **Notice Address (2)** |
|---|---|---|---|---|---|
| 19 | Stewart and Nellis Partners, LLC | Lease dated December 26, 2008 between Stewart and Nellis Partners, LLC and Fresh & Easy Neighborhood Market, Inc. | 317 N. Nellis Blvd. Las Vegas, NV 89110 | Omninet Property Management LLC ATTN: Kay Swilkart 9420 Wilshire Blvd., Ste. 400 Beverly Hills, CA 90212 | |
| 20 | Boulder Village, LLC | Lease dated February 25, 2010 between Boulder Village, LLC and Fresh & Easy Neighborhood Market, Inc. | Boulder Hwy & Russell Rd, Las Vegas, NV 89101 | Legend Real Estate Management Inc. ATTN: Elena K. Safaei 1525 South Broadway St. Los Angeles, CA 90015 | |
| 21 | LV (Vegas-Jones) LLC | Lease dated April 17, 2008 between LV (Vegas-Jones) LLC and Fresh & Easy Neighborhood Market, Inc. | 6100 Vegas Dr. Las Vegas, NV 89108 | Lisle Capital Ventures LLC ATTN: Stanley Weissbrot 9121 Kedvale Ave. Skokie, IL 60076 | |
| 22 | Wood Investments | Lease dated April 7, 2008 between Wood Investments and Fresh & Easy Neighborhood Market, Inc. | 6685 E. Lake Mead Blvd. Las Vegas, NV 89156 | Clifford Nevada LLC ATTN: Alma Santillan / Lois Rosen 10277 Century Woods Dr. Los Angeles, CA 90067 | |
| 23 | WEC 98G 24 LLC | Lease dated March 24, 2008 between WEC 98G 24 LLC and Fresh & Easy Neighborhood Market, Inc. | 2950 E. Desert Inn Rd. Las Vegas, NV 89121 | Wells Fargo Bank Northwest NA ATTN: Nichole Beers / Wade Steed 299 S. Main St., 12th Floor Salt Lake City, UT 84111 | |

|    | **Landlord** | **Lease Description** | **Store Address** | **Notice Address (1)** | **Notice Address (2)** |
|---|---|---|---|---|---|
| 24 | RA4 Las Vegas Fremont LLC | Lease dated April 17, 2008 between RA4 Las Vegas Fremont LLC and Fresh & Easy Neighborhood Market, Inc. | 10 N. Eastern Ave. Las Vegas, NV 89101 | Kaercher Investments ATTN:  Lisa or William Kaercher 1908 Red Robin Court Las Vegas, NV  89134 | |
| 25 | Highland Development Company | Lease dated March 24, 2009 between Highland Development Company and Fresh & Easy Neighborhood Market, Inc. | 78-130 Calle Tampico La Quinta, CA 92253 | CPMC Realty ATTN:  Mark Stein 42-600 Caroline Court, Ste. 102 Palm Desert, CA 92211 | |
| 26 | Ironwood Community Plaza LLC | Lease dated March 2, 2009 between Ironwood Community Plaza LLC and Fresh & Easy Neighborhood Market, Inc. | 23920 Ironwood Ave. Moreno Valley, CA 92557 | America West Properties, Inc. Ironwood Community Plaza, LLC ATTN:  Taylor Westfall P.O. Box 1299 Lake Forest, CA 92609 | |
| 27 | Peter and Lili Weng | Lease dated March 31, 2009 between Peter and Lili Weng and Fresh & Easy Neighborhood Market, Inc. | 12975 Palm Dr. Desert Hot Springs, CA 92240 | Peter & Lili Weng 51420 Calle Paloma La Quinta, CA  92253 and Martin Trust ATTN:  Dawn Martin 6450 Denny Ave. N. Hollywood, CA 91606 | |
| 28 | WILKINS FAMILY PARTNERSHIP, L.P | Lease dated March 6, 2009 between WILKINS FAMILY PARTNERSHIP, L.P., and Fresh & Easy Neighborhood Market, Inc. | 12975 Palm Dr. Desert Hot Springs, CA 92240 | Wilkins Family Partnership, L.P. 20664 Ventura Blvd. Woodland Hills, CA 91364 | |
| 29 | Frank J. Martin, Trustee of THE MARTIN TRUST | Lease dated April 15, 2009 between Frank J. Martin, Trustee of THE MARTIN TRUST and Fresh & Easy Neighborhood Market, Inc. | 12975 Palm Dr. Desert Hot Springs, CA 92240 | The Martin Trust Attn: Frank J. Martin 6450 Denny Avenue North Hollywood, CA, 91606 | |

|    | **Landlord** | **Lease Description** | **Store Address** | **Notice Address (1)** | **Notice Address (2)** |
|----|---|---|---|---|---|
| 30 | TNP SRT Portfolio 1 LLC | Lease dated August 6, 2008 between TNP SRT Portfolio 1 LLC and Fresh & Easy Neighborhood Market, Inc. | 14135 Main St., Ste. 301 Hesperia, CA 92345 | Thompson National Properties, LLC ATTN: Tammy Dean 1900 Main St., Ste. 700 Irvine, CA 92614 | |
| 31 | ROIC Paramount Plaza, LLC | Lease dated December 11, 2008 between ROIC Paramount Plaza, LLC and Fresh & Easy Neighborhood Market, Inc. | 15727 Downey Blvd. Paramount, CA 90723 | ROIC Paramount Plaza, LLC ATTN: Courtney Pease 1750 La Costa Meadows Dr. San Marcos, CA 92078 | |
| 32 | Wood Ranch Center LLC | Lease dated May 30, 2013 between Wood Ranch Center LLC and Fresh & Easy Neighborhood Market, Inc. | 591 Country Club Dr. Simi Valley, CA 93065 | Smith Center Development Inc. ATTN: Shannon Smith 5318 E. Second St. #519 Long Beach, CA 90803 | |
| 33 | Newman Development Group of Madera, LLC | Lease dated July 1, 2011 between Newman Development Group of Madera, LLC and Fresh & Easy Neighborhood Market, Inc. | 1930 W. Cleveland Ave. Madera, CA 96367 | Newman Development Group of Madera, LLC ATTN: George Akel 2255 Van Ness Ave, Ste. 102 San Francisco, CA 94109 | |
| 34 | John & Hillary Thomas | Lease Dated February 2, 2012 between John and Hillary Thomas and Fresh and Easy Neighborhood Market, Inc. | 9151 Aubrey Cir. Villa Park, CA, 92861 | Attn: Hillary Thomas 17853 Santiago Blvd #105, Villa Park, CA, 92861 | Attn: Hillary Thomas 2405 Mc Cabe Way #210, Irvine, CA, 92614 |