## **EXHIBIT B**

NYI-4546486v1
RLF1 9419182v.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| FRESH & EASY NEIGHBORHOOD | : | Case No. 13-12569 (KJC) |
| MARKET INC., *et al.*,[1] | : | |
| | : | (Joint Administration Requested) |
| Debtors. | : | |
| | : | Re: Docket No. ___ |

**ORDER (I) AUTHORIZING THE DEBTORS' MOTION TO REJECT CERTAIN REAL PROPERTY LEASES AND (II) GRANTING CERTAIN RELATED RELIEF**

This matter coming before the Court on the Debtors' Motion for an Order (I) Authorizing the Debtors to Reject Certain of Real Property Leases and (II) Granting Certain Related Relief (the "Motion"), filed by the above-captioned debtors (the "Debtors");[2] the Court having reviewed the Motion and the First Day Declaration and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. § 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) notice of the Motion and the Hearing was sufficient under the circumstances; after due deliberation the Court having determined that the relief requested in the Motion is necessary and essential for the Debtors' reorganization and such relief is in the best interests of the Debtors, their estates and their creditors; and good and sufficient cause having been shown;

---

[1]  The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636).  The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

[2]  Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

-2-

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Debtors may reject the Dark Store Leases <u>nunc</u> <u>pro</u> <u>tunc</u> to the later of the Petition Date or the applicable Surrender Date.

3. The Debtors are authorized to take any and all actions that are necessary or appropriate in the exercise of its business judgment to comply with this order.

Dated: _____, 2013
       Wilmington, Delaware

                                          THE HONORABLE KEVIN J. CAREY
                                          UNITED STATES BANKRUPTCY JUDGE