## Exhibit E

**Proposed Form of Notice of Sale and Contract and Cure Schedule**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| FRESH & EASY NEIGHBORHOOD MARKET INC., *et al.*,[1] | : | Case No. 13-12569 (KJC) |
| Debtors. | : | (Joint Administration Requested) |

**NOTICE OF SALE AND SOLICITATION OF BIDS TO**
**PURCHASE A SUBSTANTIAL PORTION OF THE DEBTORS' ASSETS,**
**TERMS AND CONDITIONS OF BIDDING PROCEDURES AND ASSUMPTION**
**AND ASSIGNMENT OF EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. Fresh & Easy Neighborhood Markets Inc. and Fresh & Easy Property Company LLC (the "Debtors"), filed a motion [Docket No. ___] (the "Sale Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") on September 30, 2013 requesting authority to: (a) sell (the "Sale") a substantial portion of their assets (the "Assets") to a successful bidder(s) (the "Successful Bidder") free and clear of all liens, claims, or encumbrances thereon, with all such interests in the Assets to be transferred, and attach, to the proceeds of the Sale(s) with the same validity and priority (except for certain assumed liabilities specifically described in the agreement(s) governing the Sale of the Assets (the "Agreement(s)")); and (b) assume and assign certain executory contracts and unexpired leases of the Debtors (collectively, the "Executory Contracts") to the Successful Bidder(s). You may obtain a copy of the Sale Motion and the Agreement(s) by: (a) sending a written request to

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636). The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

the Debtors' co-counsel, Jones Day, 222 East 41st Street, New York, NY 10017, Fax No. (212-755-7306) (Attn: Paul D. Leake and Lisa Laukitis); or (b) accessing the website maintained by the Debtors' claims and noticing agent, Prime Clerk LLC, at http://cases.primeclerk.com/freshandeasy.

2. The Debtors are soliciting offers for the purchase of any portion of the Assets (along with any of the Debtors' other assets), and the Bankruptcy Court has entered an order (the "Bidding Procedures Order") approving auction and sale procedures (the "Bidding Procedures") for the Assets.[2] Capitalized terms not otherwise defined herein have the meanings given to them in the Bidding Procedures Order or the Bidding Procedures.

3. A list of the Debtors' Executory Contracts that are subject to potential assumption and assignment in connection with the Sale and the cure costs associated with the assumption of such Executory Contracts (the "Contract and Cure Schedule") is attached hereto as Exhibit B.

4. As part of the Agreement(s), the Debtors and the Successful Bidder(s) will seek an order(s) from the Bankruptcy Court stating that the Successful Bidder(s) is not liable for certain claims related to or connected with the Assets that arose or could have arisen prior to closing, including but not limited to any claims against the Debtors or any of their predecessors or affiliates, or any claims for successor or vicarious liability of any kind or character whether known or unknown as of the closing of the Sale, whether now existing or hereafter arising, or whether fixed or contingent, with respect to the Assets or any obligations of the Debtors arising prior to the closing of the Sale(s), except as provided for in the Agreement, including, but not limited to, liabilities on account of any taxes arising, accruing, or payable under, out of, in

---

[2] A copy of the Bidding Procedures Order is attached hereto as Exhibit A.

connection with, or in any way relating to the operation of the Assets prior to the closing of the Sale(s).

5. The Bankruptcy Court has scheduled an auction of the Assets (the "<u>Auction</u>") for _____, 2013 at __:__ _.m. Eastern Time.  All interested parties are invited to submit a Qualifying Bid to purchase the Assets.

6. A hearing to approve the Agreement(s) and the sale of the Assets to the Successful Bidder(s) is scheduled to be conducted on _____, 2013 at __:__ _.m. Eastern Time, in Courtroom _____ located at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street  Wilmington, DE 19801, or as soon thereafter as counsel may be heard.

7. Except as provided in paragraphs 8 through 10 below, to be considered, objections to the Sale Motion or any of the relief sought therein must (a) be in writing, (b) state the basis of such objection with specificity, (c) conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the District of Delaware and (d) be filed with the Bankruptcy Court and served in accordance with the rules of the Bankruptcy Court upon (i) the Debtors, Fresh & Easy, 2120 Park Place, Suite 200, El Segundo, California 90245 (Attention: Mary Kasper); (ii) proposed co-counsel to the Debtors, Jones Day, 222 East 41st Street, New York, New York 10017-6702 (Attention: Paul D. Leake and Lisa Laukitis); (iii) proposed co-counsel to the Debtors, Richards Layton & Finger, One Rodney Square, 920 North King Street, Wilmington, Delaware 19801 (Attention: Mark D. Collins); (iv) the Office of the United States Trustee for the District of Delaware (the "<u>U.S. Trustee</u>"), 884 King Street, Suite 2207, Lockbox 35, Wilmington, DE 19801 (Attention:  Tiiara Patton); (v) counsel to YFE Holdings, Inc., Latham & Watkins, 355 South Grand Avenue, Los

Angeles, California 90071-1560 (Attention: Robert A. Klyman) and Young Conaway Stargatt & Taylor LLP, 1000 North King Street, Wilmington, Delaware 19801 (Attention: Michael Nestor); (vi) counsel to Tesco PLC, Davis Polk & Wardwell, 450 Lexington Avenue New York, NY 10017 (Attention: Donald S. Bernstein and Damon P. Meyer); and (vii) proposed counsel to any official committee appointed in these Chapter 11 Cases pursuant to section 1102 of the Bankruptcy Code (collectively, the "Service Parties") so as to be actually received by **no later than _____, 2013 at \_\_\_:\_\_\_ \_.m. (Eastern Time)**.

    8. Any objections to any cure amount(s) set forth on the Contract and Cure Schedule (any such objection, a "Cure Objection") must be in writing and filed with the Bankruptcy Court and served on the Notice Parties so as to be received **no later than _____, 2013 at \_\_\_:\_\_\_ \_.m. (Eastern Time)**. If no timely Cure Objection is filed and served with respect to an Executory Contract, the cure amounts identified on the Contract and Cure Schedule with respect to the applicable Executory Contracts will be the only amounts necessary under section 365(b) of the Bankruptcy Code to cure all monetary defaults under such contracts. Any party failing to timely file a Cure Objection shall be forever barred from objecting to the Cure Costs and from asserting any additional cure or other amounts against the Debtors, their estate or the Successful Bidder.

    9. Any objections to the provision of adequate assurance of future performance under any Executory Contract identified on the Contract and Cure Schedule (any such objection, an "Adequate Assurance Objection"), must be in writing and filed with the Bankruptcy Court and served on the Notice Parties so as to be received **no later than _____, 2013 at \_\_\_:\_\_\_ \_.m. (Eastern Time**. If no timely Adequate Assurance Objection is filed and served with respect to an Executory Contract, the Successful Bidder will

be deemed to have provided adequate assurance of future performance under the applicable Executory Contract in accordance with section 365(f)(2)(B) of the Bankruptcy Code.

        10.    Counterparties to Executory Contracts not listed on the Contract and Cure Schedule, but which a Successful Bidder seeks to assume and assign (the "<u>Additional Contracts</u>"), shall have until 4:00 p.m. Eastern Time on the date that is 7 days following the Debtors' delivery of notice to such counterparty to file and serve objections to the assumption and assignment of an Additional Contract.

        11.    The Auction and/or Sale Hearing may be adjourned, from time to time, without further notice to creditors or parties in interest other than by announcement of the adjournment in open court or on the Bankruptcy Court's calendar.

[The remainder of this page is intentionally blank.]

Dated: _____, 2013
       Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (DE 2981)
John H. Knight (DE 3848)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

       -and-

Paul D. Leake
Lisa Laukitis
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

PROPOSED ATTORNEYS FOR DEBTORS

# EXHIBIT A

## BIDDING PROCEDURES ORDER

NYI-4545027
RLF1 9419087v.1

## EXHIBIT B

## CONTRACT AND CURE SCHEDULE