# UNITED STATES BANKRUPTCY COURT
## District of Delaware

David D. Bird

*Clerk of Court*

**824 Market Street, 3rd Floor**
**Wilmington, DE 19801**

*To: Mark D. Collins*
*Richards Layton & Finger PA*
*One Rodney Square*
*920 North Market Street*
*Wilmington, DE 19801*

**RE:** *Request of US Trustee to Schedule 341 Meeting*

   Please be advised that the United States Trustee's Office has filed a "Request to Schedule Section 341 Meeting". The 341 Meeting for the above−mentioned case is to be scheduled on **Tuesday, November 5, 2013** at **10:30 am in Room 5209**, J. Caleb Boggs Federal Building, 844 King Street, Wilmington DE 19801.

   Please prepare the "Notice of Commencement of Chapter 11 Bankruptcy Case, Meeting of Creditors, and Fixing of Certain Dates" (341 Notice). An electronic version of this form is available from the Court's website: www.deb.uscourts.gov. Should you want to make changes to this notice, you must contact David D. Bird, Clerk of Court, for approval prior to mailing.

   Please mail the Notice to all creditors, in addition to the five (5) agencies listed below on or before 10/22/13 and file the Notice and Certificate of Service with the Court no later than 10/15/13.

Securities & Exchange Commission
Secretary of Treasury
100 F Street, NE
Washington, DC 20549

Securities & Exchange Commission
New York Regional Office
Attn: George S. Canellos, Regional Director
3 World Financial Center, Suite 400
New York, NY 10281−1022

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101−7346

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 898
Dover, DE 19903

Secretary of Treasury
P.O. Box 7040
Dover, DE 19903

Date: 10/1/13

David D. Bird, *Clerk of Court*

(VAN–472)