# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------x
In re:                                          :        Chapter 11
                                                :
FRESH & EASY NEIGHBORHOOD         :        Case No.  13-12569 (KJC)
MARKET INC., *et al.,*                    :
                                                :
          Debtor              :        Joint Administration Pending
---------------------------------------------------------x

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

      Matthew G. Summers, a member of the bar of this Court, pursuant to Local Rule 9010-1(b), hereby moves the admission *pro hac vice* of Jeffrey Meyers of the law firm of Ballard Spahr LLP, 51st Floor, Mellon Bank Center, 1735 Market Street, Philadelphia, Pennsylvania 19103 to represent Rite Aid Corporation; Thrifty Payless, Inc.; Federal Realty Investment Trust; and Brixmor Property Group, Inc. in this action.  The Admittee is admitted, practicing, and in good standing the Bar of the Commonwealth of Pennsylvania and the State of Florida.  The Admittee also is admitted to and in good standing with the following federal courts: the United States Court of Appeal for the Third Circuit, the United States Court of Appeal for the Seventh Circuit and the United States District Court for the Eastern District of Pennsylvania.

Dated: October 1, 2013          */s/ Matthew G. Summers*
Wilmington, Delaware         Tobey M. Daluz, Esquire (No. 3939)
                                   Matthew G. Summers (No. 5533)
                                   BALLARD SPAHR LLP
                                   919 N. Market Street, 11th Floor
                                   Wilmington, DE 19801
                                   Telephone: (302) 252-4465
                                   Facsimile: (302) 252-4466
                                   E-mail: daluzt@ballardspahr.com
                                              summersm@ballardspahr.com

                                   *Counsel for Rite Aid Corporation; Thrifty Payless, Inc.; Federal Realty Investment Trust; and Brixmor Property Group*

**CERTIFICATION**

Pursuant to Local Rule 9010-1(b), I certify that I am eligible for admission *pro hac vice* to this Court, admitted to practice and in good standing in the jurisdictions shown in the paragraph above, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund effective 7/23/09.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

>   */s/ Jeffrey Meyers, Esquire*
>   Jeffrey Meyers, Esquire
>   BALLARD SPAHR LLP
>   1735 Market Street, 51st Floor
>   Philadelphia, PA 19103
>   Telephone: (215) 864-8323
>   Facsimile: (215) 864-9757
>   E-mail: meyers@ballardspahr.com

**ORDER**

Motion granted.

>   **BY THE COURT:**

Dated: _____

>   Kevin J. Carey
>   United States Bankruptcy Court Judge