# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:

**FRESH & EASY NEIGHBORHOOD MARKET, INC.,** *et al.*,[1]

**Debtors.**

Chapter 11

Case No. 13-12569 (KJC)

**(Joint Administration Pending)**

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

        Pursuant to Local Rule 9010-1 and the attached certification, Tamara K. Minott, a member of the bar of this Court, moves the admission *pro hac vice* of Donald S. Bernstein of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017 to represent Tesco PLC in connection with the above-captioned cases and any related proceedings.

Dated:  October 1, 2013  
Wilmington, Delaware

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

    */s/ Tamara K. Minott*  
Robert J. Dehney (No. 3578)  
Gregory W. Werkheiser (No. 3553)  
Tamara K. Minott (No. 5643)  
1201 North Market Street, 16th Floor  
P.O. Box 1347  
Wilmington, Delaware 19899-1347  
Telephone:  (302) 658-9200  
Facsimile: (302) 658-3989

*Counsel for Tesco PLC*

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fresh & Easy Neighborhood Market, Inc. (7028) and Fresh & Easy Property Company, LLC (9636).  The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court *pro hac vice*, and am admitted, practicing, and in good standing as a member of the Bar of the State of New York. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 7/23/09. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: October 1, 2013  
New York, New York

      */s/ Donald S. Bernstein*  
Donald S. Bernstein  
DAVIS POLK & WARDWELL LLP  
450 Lexington Avenue  
New York, New York 10017  
Telephone: (212) 450-4000  
Fax: (212) 701-5800  
Email: donald.bernstein@davispolk.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Date: _____, 2013        _____  
                                                                       THE HONORABLE KEVIN J. CAREY  
                                                                       UNITED STATES BANKRUPTCY JUDGE

7609464.1