UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| FRESH & EASY NEIGHBORHOOD MARKET INC., *et al.*,[1] | : Case No. 13-12569 (KJC) |
| Debtors. | : (Joint Administration Requested) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
PURSUANT TO DEL. BANKR. L.R. 9010-1**

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, counsel moves the admission *pro hac vice* of Timothy Hoffman of Jones Day, 77 West Wacker, Chicago, Illinois 60601-1692 to represent the above-captioned debtors and debtors-in-possession in the above captioned cases.

Dated:   October 1, 2013
         Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (DE 2981)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636). The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

RLF1 9415853v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of Illinois and Ohio, and submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with the Local Rules and with the *Revised Standing Order for District Fund*, effective July 23, 2009. I further certify that the annual fee of $25.00 will be submitted to the Clerk of the Court for the District Court upon the filing of this Motion.

Timothy Hoffman
JONES DAY
77 West Wacker
Chicago, Illinois 60601-1692
Telephone:   (312) 782-3939
Facsimile:     (312) 782-8585
Email:           thoffmann@jonesday.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2013
       Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE