UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>FRESH & EASY NEIGHBORHOOD MARKET INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 13-12569 (KJC)<br><br>(Joint Administration Requested) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
PURSUANT TO DEL. BANKR. L.R. 9010-1**

Pursuant to Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, counsel moves the admission *pro hac vice* of Lisa G. Laukitis of Jones Day, 222 East 41st Street, New York, New York 10017 to represent the above-captioned debtors and debtors-in-possession in the above captioned cases.

Dated:  October 1, 2013
        Wilmington, Delaware

Respectfully submitted,

_____
Mark D. Collins (DE 2981)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:      collins@rlf.com

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636).  The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with the Local Rules and with the *Revised Standing Order for District Fund*, effective July 23, 2009. I further certify that the annual fee of $25.00 will be submitted to the Clerk of the Court for the District Court upon the filing of this Motion.

```
                              _____
                              Lisa G. Laukitis
                              JONES DAY
                              222 East 41st Street
                              New York, New York 10017
                              Telephone:   (212) 326-3939
                              Facsimile:   (212) 755-7306
                              Email:       llaukitis@jonesday.com
```

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____, 2013
       Wilmington, Delaware

```
                              _____
                              THE HONORABLE KEVIN J. CAREY
                              UNITED STATES BANKRUPTCY JUDGE
```

RLF1 9415852v.1