**ORIGINAL**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| Fresh & Easy Neighborhood Market Inc., a Delaware corporation, | : Case No. 13-12569 (KJC) |
| Debtor. | : Re: Docket No. 2 |
| Employer's Tax Identification No.: 20-4277028 | : |
| In re | : Chapter 11 |
| Fresh & Easy Property Company LLC, a Delaware corporation, | : Case No. 13-12570 (KJC) |
| Debtor. | : Re: Docket No. 2 |
| Employer's Tax Identification No.: 27-1039636 | : |

## ORDER DIRECTING THE JOINT
## ADMINISTRATION OF THE DEBTORS' CHAPTER 11 CASES

This matter coming before the Court on the Ex-Parte Motion of the Debtors for an Order Directing the Joint Administration of the Debtors' Chapter 11 Cases (the "Motion"),[1] filed by the above-captioned debtors (collectively, the "Debtors"); the Court having reviewed the Motion and the First Day Declaration; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b) and (iv) relief under Motion is sufficient under the circumstances; after due deliberation the Court having determined that the relief requested in the Motion is in the best interests of the Debtors, their estates and their creditors; and good and sufficient cause having been shown;

---

[1] Capitalized terms not otherwise defined herein have the meanings given to them in the Motion.

IT IS HEREBY ORDERED THAT:

1.  The Motion is GRANTED as set forth herein.

2.  The above-captioned chapter 11 cases shall be consolidated for procedural purposes only and shall be administered jointly. The Clerk of the Court shall maintain one file and one docket for all of these jointly administered cases, which file and docket for each respective chapter 11 case shall be the file and docket for Fresh & Easy Neighborhood Market Inc. (the "Parent Case"), Case No. 13-12569 (KJC).

3.  Parties in interest are directed to use the Proposed Caption annexed hereto as Exhibit 1 when filing pleadings with the Court in the chapter 11 cases of the Debtors indicating that the pleading relates to the jointly administered chapter 11 cases of "Fresh & Easy Neighborhood Market Inc., et al." The consolidated caption satisfies the requirements of section 342(c) of the Bankruptcy Code in all respects.

4.  Except for the docket in the Parent Case, an entry shall be made on the docket in each of the other above-captioned case substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the chapter 11 cases of Fresh & Easy Neighborhood Market Inc. and Fresh & Easy Property Company LLC. Parties should consult Case No. 13-12569 (KJC) for all matters affecting this case.

5.  Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effectuating a substantive consolidation of the above-captioned chapter 11 cases.

Dated: October 1, 2013
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE