ORIGINAL

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| FRESH & EASY NEIGHBORHOOD MARKET INC., *et al.*,[1] | : Case No. 13-12569 (KJC) |
| Debtors. | : (Jointly Administered) |
| | : Re: Docket No. 10 |

**ORDER (I) AUTHORIZING THE DEBTORS TO PAY CLAIMS ENTITLED TO PRIORITY AS ADMINISTRATIVE EXPENSES UNDER SECTION 503(b)(9) OF THE BANKRUPTCY CODE AND (II) GRANTING CERTAIN RELATED RELIEF**

This matter coming before the Court on the Debtors' Motion for an Order (I) Authorizing the Debtors to Pay Claims Entitled to Priority as Administrative Expenses Under Section 503(b)(9) of the Bankruptcy Code and (II) Granting Certain Related Relief (the "Motion"),[2] filed by the above-captioned debtors (collectively, the "Debtors"); the Court having reviewed the Motion and the First Day Declaration and having considered the statements of counsel and the evidence adduced with respect to the Motion at a hearing before the Court (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) venue is proper in this District pursuant to 28 U.S.C. § 1409, (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b), (iv) notice of the Motion and the Hearing was sufficient under the circumstances and (v) good cause exists to waive the fourteen-day stay imposed by Bankruptcy Rule 6004(h) to the extent it is applicable; after due deliberation the Court having determined that the relief requested in the Motion is necessary and

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636). The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

[2] Capitalized terms not otherwise defined herein have the meanings ascribed to such terms in the Motion.

essential for the Debtors' reorganization and that such relief is in the best interests of the Debtors, their estates and their creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Debtors are authorized, but not required, to pay, in their sole discretion and in the ordinary course of their businesses without further order of this Court, the 503(b)(9) Claims, in an aggregate amount not to exceed $15,000,000.00. Nothing in this paragraph shall be construed as requiring the Debtors to make a payment to a particular creditor or claimant.

3. The Banks are authorized, when requested by the Debtors in the Debtors' sole discretion, to receive, process, honor and pay all checks presented for payment of, and to honor all fund transfer requests made by the Debtors related to 503(b)(9) Claimants, whether such checks were presented or fund transfer requests were submitted prior to or after the Petition Date, provided that funds are available in the Debtors' accounts to cover such checks and fund transfers. The Banks are authorized to rely on the Debtors' designation of any particular check or funds transfer as approved by this Order.

4. Nothing in the Motion or this Order, nor the Debtors' payment of claims pursuant to this Order, shall be deemed or construed as: (i) an admission as to the validity of any claim against the Debtors; (ii) a waiver of the Debtors' rights to dispute any claim on any grounds; (iii) a promise to pay any claim; (iv) an implication or admission that any particular claim against the Debtors is an administrative claim under section 503(b)(9) of the Bankruptcy Code; or (v) the assumption of any contract.

-2-

-3-

5.       The requirements of Bankruptcy Rule 6003(b) have been satisfied with respect to the payments authorized by this Order.

6.       Pursuant to Bankruptcy Rule 6004(h), this Order shall be immediately effective and enforceable upon its entry.

Dated: October 1, 2013
       Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

RLF1 9417206v.1