UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) |  |
| FRESH & EASY NEIGHBORHOOD ) | Case No. 13-12569 (KJC) |
| MARKET INC., et al., ) | (Joint Administration Pending) |
| ) |  |
| Debtors. ) |  |

**NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS
AND REQUEST TO BE ADDED TO MASTER SERVICE LIST**

PLEASE TAKE NOTICE that the undersigned appears in the above-captioned case on behalf of Regency Centers, L.P. and Weingarten Realty Investors (collectively referred to herein as "Landlords") , creditors, and, pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the party identified below at the following address and further requests to be added to the Master Service List:

>Robert L. LeHane, Esq.
>Kelley Drye & Warren LLP
>101 Park Avenue
>New York, New York 10178
>Tel: 212-808-7800
>Fax: 212-808-7987
>E-mail:  KDWBankruptcyDepartment@kelleydrye.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or

informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile, or otherwise in this case.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive Landlords' (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs, or recoupments to which the Landlords are or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: October 1, 2013
      New York, New York

                KELLEY DRYE & WARREN LLP

                By: */s/ Robert L. LeHane*
                     Robert L. LeHane, Esq.
                101 Park Avenue
                New York, New York 10178
                Tel: (212) 808-7800
                Fax: (212) 808-7897

                Attorneys for Regency Centers, L.P. and
                Weingarten Realty Investors