# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| FRESH & EASY NEIGHBORHOOD MARKET INC., *et al.*,[1] | Case No. 13-12569 (KJC) |
| Debtors. | (Jointly Administered) |

## NOTICE OF COMMENCEMENT OF CHAPTER 11 CASES, MEETING OF CREDITORS AND FIXING OF CERTAIN DATES

On September 30, 2013, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Delaware (the "Court"). The Debtors, and their respective addresses, case numbers and federal tax identification numbers, are as follows:

| DEBTOR (Other names, if any, used by the Debtor in the last 6 years appear in brackets) | ADDRESS | CASE NO. | EID# |
|---|---|---|---|
| Fresh & Easy Neighborhood Market Inc. (Buttoncable West Inc.; Tesco Stores West Inc.; Fresh & Easy) | 2120 Park Place, Suite 200 El Segundo, California 90245 | 13-12569 (KJC) | 20-4277028 |
| Fresh & Easy Property Company LLC | 2120 Park Place, Suite 200 El Segundo, California 90245 | 13-12570 (KJC) | 27-1039636 |

DATE, TIME AND LOCATION OF MEETING OF CREDITORS: **November 5, 2013 at 10:30 a.m. (EST)**, J. Caleb Boggs Federal Building, 844 King Street, 5th Floor, Room 5209, Wilmington, Delaware 19801.

DEADLINE TO FILE A PROOF OF CLAIM: No claims bar date has yet been set. Notice of a deadline will be sent at a later time.

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636). The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

RLF1 9415827v.1

-2-

NAME, ADDRESS AND TELEPHONE NUMBER OF TRUSTEE:  Tiiara Patton, Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Wilmington, DE 19801.

PROPOSED COUNSEL FOR THE DEBTORS:

| | |
|---|---|
| Paul D. Leake | Mark D. Collins (DE 2981) |
| Lisa Laukitis | John H. Knight (DE 3848) |
| JONES DAY | Lee E. Kaufman (DE 4877) |
| 222 East 41st Street | RICHARDS, LAYTON & FINGER, P.A. |
| New York, New York 10017 | One Rodney Square |
| Telephone:  (212) 326.3939 | 920 North King Street |
| Facsimile:  (212) 755-7306 | Wilmington, Delaware 19801 |
| E-mail:  pdleake@jonesday.com | Telephone:  (302) 651-7700 |
|          llaukitis@jonesday.com | Facsimile:  (302) 651-7701 |
| | E-mail:  collins@rlf.com |
|      -and- |          knight@rlf.com |
| |          kaufman@rlf.com |

COMMENCEMENT OF CASES:  Petitions under chapter 11 of the Bankruptcy Code have been filed in this Court by the Debtors listed above and orders for relief have been entered. You will not receive notice of all documents filed in these cases. All documents filed with the Court, including lists of the Debtors' property and debts, are available for inspection at the Office of the Clerk of the Court. In addition, such documents may be available at www.deb.uscourts.gov. Certain documents are also available on the web site of the Debtors' claims agent, Prime Clerk, at: http://cases.primeclerk.com/freshandeasy.

PURPOSE OF CHAPTER 11 FILING: Chapter 11 of the Bankruptcy Code enables a debtor to reorganize and/or liquidate pursuant to a chapter 11 plan. A plan is not effective unless approved by the Court at a confirmation hearing. Creditors and other parties in interest will be given notice concerning any plan, or in the event the case is dismissed or converted to another chapter of the Bankruptcy Code. The Debtors will remain in possession of their property and will continue to operate any business unless a trustee is appointed.

CREDITORS MAY NOT TAKE CERTAIN ACTIONS: A creditor is anyone to whom a debtor owes money or property. Under the Bankruptcy Code, a debtor is granted certain protection against creditors. Common examples of prohibited actions by creditors are contacting a debtor to demand repayment, taking action against a debtor to collect money owed to creditors or to take property of a debtor, and starting or continuing foreclosure actions or repossessions. If unauthorized actions are taken by a creditor against a debtor, the Court may penalize that creditor. A creditor who is considering taking action against a debtor or the property of a debtor should review section 362 of the Bankruptcy Code and may wish to seek legal advice. The staff of the Clerk of the Court are not permitted to give legal advice.

MEETING OF CREDITORS: The Debtors' representative, as specified in Rule 9001(5) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), is required to appear at the meeting of creditors on the date and at the place set forth above for the purpose of being examined under oath. Attendance by creditors at the meeting is welcomed, but not required. At the meeting, the creditors may examine the Debtors and transact such other business as may properly come before the meeting. The meeting may be continued or adjourned from time to time by notice at the meeting, without further written notice to the creditors.

CLAIMS: Schedules of creditors will be filed pursuant to Bankruptcy Rule 1007. Any creditor holding a scheduled claim which is not listed as disputed, contingent, or unliquidated as to amount may, but is not required to, file a proof of claim in these cases. Creditors whose claims are not scheduled or whose claims are listed as disputed, contingent or unliquidated as to amount and who desire to participate in the cases or share in any distribution must file their proofs of claim. A creditor who desires to rely on the schedule of creditors has the responsibility for determining that the claim is listed accurately. **Separate notice of the deadlines to file proofs of claim and proof of claim forms will be provided to the Debtors' known creditors**. Proof of claim forms are also available in the clerk's office of any bankruptcy court, and from the Court's web site at www.deb.uscourts.gov. Prime Clerk is the claims agent in these cases and can provide a proof of claim form if you cannot obtain one from your local bankruptcy court. Prime Clerk can be reached through their website specifically for these cases at http://cases.primeclerk.com/freshandeasy, by e-mail at freshandeasyinfo@primeclerk.com, by telephone at (855) 410-7361 or by first class, hand delivery or overnight mail as follows:

Fresh & Easy Neighborhood Market Inc., *et al.*
c/o Prime Clerk
830 Third Avenue, 9th Floor
New York, NY 10022

DISCHARGE OF DEBTS. Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that you may never try to collect the debt from the debtor, expect as provided in the plan.

For the Court:    */s/ David Bird*              Dated: October 1, 2013
                   Clerk of Court

-3-
RLF1 9415827v.1