TRAINOR FAIRBROOK
DAVID W. CREEGGAN (SBN 234475)
dcreeggan@trainorfairbrook.com
980 Fulton Avenue
Sacramento, California 95825
Telephone:    (916) 929-7000
Facsimile:    (916) 929-7111
sjm:4653001.1145614.1

Attorneys for Creditor
JUDY L. LEE

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| FRESH & EASY NEIGHBORHOOD MARKET INC., | Case No. 13-12569-KJC |
| Debtor. | Chapter Number: 11 |
| | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE COURT AND ALL PARTIES IN INTEREST:

The undersigned counsel hereby enters her appearance for Creditor JUDY L. LEE.

Pursuant to sections 342 and 1109(b) of the Bankruptcy Code, Rules 2002, 4001, 9007

and 9010 of the Bankruptcy Rules, but subject to the proviso in the last paragraph of this Request

For Special Notice, the undersigned requests that all notices given or required to be given in this

case or in any proceeding herein, and all papers served or required to be served in this case or in

any proceeding herein, including, but not limited to, any proposed plan or disclosure statement,

be given to and served upon the undersigned at the following address:

**David W. Creeggan, Esq.**
**Trainor Fairbrook**
**Post Office Box 255824**
**Sacramento, California 95865**
**Telephone: (916) 929-7000**
**Facsimile: (916) 929-7111**
**Email: dcreeggan@trainorfairbrook.com**

REQUEST FOR SPECIAL NOTICE

-1-

1    In addition, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand

2  includes not only notices and papers referred to in the Rules specified above, but also includes,

3  without limitation save and except as set forth in the last paragraph hereof, orders on and notices

4  of any application, motion, petition, pleading, request, complaint or demand, whether formal or

5  informal, whether written or oral, and whether transmitted or conveyed by mail, delivery,

6  telephone, copier, telegraph, telex or otherwise, which affects the Debtor or property of the

7  Debtor or the estate.

8    Neither this Notice of Appearance nor any subsequent appearance, pleading, claim, or suit

9  is intended to waive (i) Creditor's rights to have final orders in non-core matters entered only

10  after de novo review by a district judge; (ii) Creditor's rights to trial by jury in any proceeding so

11  triable herein, or in any case, controversy, or proceeding related hereto; (iii) Creditor's rights to

12  have the reference withdrawn by the District Court in any matter subject to mandatory or

13  discretionary withdrawal; (iv) any other rights, claims, actions, defenses, setoffs, at law or in

14  equity, all of which rights, claims, actions, defenses, setoffs, and recoupments Creditor expressly

15  reserves; or (v) Creditor's right to service directly on it in any adversary proceeding or lawsuit in

16  which it is named as a party.

17    Nothing contained herein, nor the representation of Creditor by the undersigned in these

18  bankruptcy proceedings, shall be construed as an express or implied designation of the

19  undersigned as the agent to receive service of process for said Creditor in any adversary

20  proceeding or lawsuit against Creditor, and in fact, no such designation has been made.  All

21  service on Creditor in any adversary proceeding or lawsuit against Creditor must be made on

22  Creditor directly and not through or on the undersigned.

23  Dated: October 1, 2013                              TRAINOR FAIRBROOK

24

25                                              By:    /s/ David W. Creeggan

26                                                     DAVID W. CREEGGAN

27

28

TRAINOR FAIRBROOK
Attorneys At Law
980 FULTON AVENUE
SACRAMENTO, CALIFORNIA 95825
Telephone: (916) 929-7000
Facsimile: (916) 929-7111

REQUEST FOR SPECIAL NOTICE

- 2 -