# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| FRESH & EASY NEIGHBORHOOD MARKET INC., *et al.*,[1] | : Case No. 13-12569 (KJC) |
| | : |
| | : (Jointly Administered) |
| Debtors. | : |
| | : **Hearing Date:  October 24, 2013 at 11:00 a.m. (EDT)** |
| | : **Obj. Deadline:  October 17, 2013 at 4:00 p.m. (EDT)** |
| | : |
| | : Re:  Docket No. 4 |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on September 30, 2013, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed *Motion of the Debtors for an Order Extending the Time Within Which the Debtors Must File Their Schedules and Statements of Financial Affairs* [Docket No. 4] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").  A copy of the Motion is attached as Exhibit A.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned proposed attorneys for the Debtors on or before **October 17, 2013 at 4:00 p.m. (EDT)**.

PLEASE TAKE FURTHER NOTICE that a hearing to consider the Motion is scheduled before The Honorable Kevin J. Carey, United States Bankruptcy Judge for the District

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636).  The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

RLF1 9426168v.1

of Delaware, at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 **on October 24, 2013 at 11:00 a.m. (EDT)**.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 1, 2013
      Wilmington, Delaware

Respectfully submitted,

*/s/ Lee E. Kaufman*
Mark D. Collins (DE 2981)
John H. Knight (DE 3848)
Lee E. Kaufman (DE 4877)
Amanda R. Steele (DE 5530)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Paul D. Leake
Lisa Laukitis
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

*PROPOSED ATTORNEYS FOR DEBTORS*