IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | : Chapter 11 |
|  | : |
| FRESH & EASY NEIGHBORHOOD | : Case No. 13-12569 (KJC) |
| MARKET INC., *et al.,*[1] | : |
|  | : (Jointly Administered) |
| Debtors. | : |
|  | : **Hearing Date (Bidding Procedures Only):** |
|  | :    October 15, 2013 at 1:00 p.m. (EDT) |
|  | : |
|  | : **Objection Deadline (Bidding Procedures Only):** |
|  | :    October 10, 2013 at 4:00 p.m. (EDT) |
|  | : |
|  | : **Re: Docket No. 34, 66** |
|  | : |

**NOTICE OF DEBTORS' MOTION FOR (I) AN ORDER (A) ESTABLISHING
BID PROCEDURES FOR THE SALE OF A SUBSTANTIAL PORTION
OF THE DEBTORS' ASSETS, (B) APPROVING STALKING HORSE APA
AND BIDDING PROTECTIONS, AND (C) GRANTING CERTAIN RELATED
RELIEF AND (II) AN ORDER (A) APPROVING THE SALE OF A SUBSTANTIAL
PORTION OF THE DEBTORS' ASSETS FREE AND CLEAR OF LIENS, CLAIMS,
ENCUMBRANCES AND OTHER INTERESTS, (B) APPROVING THE ASSUMPTION
AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED
LEASES RELATED THERETO, AND (C) GRANTING CERTAIN RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on September 30, 2013, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the **Debtors' Motion for an Order (i) Establishing Bid Procedures for the Sale of a Substantial Portion of the Debtors' Assets and Granting Certain Related Relief and (II) Approving the Sale of a Substantial Portion of the Debtors' Assets and Granting Certain Related Relief [Docket No. 34]** (the "Sale Motion")[2] with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that, on October 1, 2013, the Debtors filed the **Motion of the Debtors for Entry of an Order Shortening Notice and Objection**

---

[1]   The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636).  The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Sale Motion.

RLF1 9426128v.1

**Periods for Bidding Procedures Relief Requested in "Debtors' Motion for an Order (i) Establishing Bid Procedures for the Sale of a Substantial Portion of the Debtors' Assets and Granting Certain Related Relief and (II) Approving the Sale of a Substantial Portion of the Debtors' Assets and Granting Certain Related Relief [Docket No. 66]** (the "Motion to Shorten"), requesting entry of an order shortening the notice and objection periods solely with respect to the Bankruptcy Court's consideration of the Bidding Procedures Relief, as requested by the Debtors in the Sale Motion.

**PLEASE TAKE FURTHER NOTICE** that if the Bankruptcy Court grants the relief requested in the Motion to Shorten, a hearing to consider the Bidding Procedures Relief shall be held before The Honorable Kevin J. Carey at the Bankruptcy Court, 824 N. Market Street, 5th Floor, Courtroom 5, Wilmington, Delaware 19801 on **October 15, 2013 at 1:00 p.m. (EDT)** (the "Bidding Procedures Hearing").

**PLEASE TAKE FURTHER NOTICE** that at the Bidding Procedures Hearing, the Debtors will seek entry of the Bidding Procedures Order:  (i) approving the proposed procedures to be used in connection with the sale of a substantial portion of the Debtors' assets (the "Bid Assets"); (ii) approving and authorizing the stalking-horse asset purchase agreement dated September 10, 2013, entered into by the Debtors as sellers and YFE Holdings, Inc. as buyer, subject only to higher and better offers submitted in accordance with the Bidding Procedures; (iii) authorizing the Debtors to pay the customary break-up fee and expense reimbursement set forth in and pursuant to the terms of the Stalking Horse APA; (iv) setting the dates for the Bid Deadline, the auction of the Bid Assets, the final hearing (the "Sale Hearing") and approval of notices related thereto; and (v) authorizing certain procedures related to the assumption and assignment of executory contracts and unexpired leases.

**PLEASE TAKE FURTHER NOTICE** that the remaining relief requested in the Sale Motion, including entry of an order authorizing and approving the sale of the Bid Assets, shall be considered at the Sale Hearing, to be scheduled by the Court in connection with the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that if the Court grants the relief requested in the Motion to Shorten, any responses or objections to entry of the **Bidding Procedures Order only** must (i) be in writing, (ii) comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), (iii) set forth the name of the objector, (iv) state with particularity the legal and factual bases for such objection, (v) be filed with the Clerk of the Court, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served on the undersigned proposed co-counsel for the Debtors **so as to be actually received no later than October 10, 2013 at 4:00 p.m. (EDT)** (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that if the Court denies, in whole or in part, the relief requested in the Motion to Shorten, parties-in-interest will receive a separate notice of the Bankruptcy Court-approved objection deadline and hearing date for the Bidding Procedures Relief.

RLF1 9426128v.1

**IF NO OBJECTIONS TO ENTRY OF THE BIDDING PROCEDURES ORDER ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY ENTER THE BIDDING PROCEDURES ORDER WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 1, 2013
      Wilmington, Delaware

Respectfully submitted,

*/s/ Lee E. Kaufman*
Mark D. Collins (DE 2981)
John H. Knight (DE 3848)
Lee E. Kaufman (DE 4877)
Amanda R. Steele (DE 5530)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

Paul D. Leake
Lisa Laukitis
JONES DAY
222 East 41st Street
New York, New York 10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

PROPOSED ATTORNEYS FOR DEBTORS