## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| FRESH & EASY NEIGHBORHOOD | : | Case No. 13-12569 (KJC) |
| MARKET INC., et al.,[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | Re: Docket Nos. 34 and 𝑈𝑈 |

### ORDER SHORTENING NOTICE AND OBJECTION PERIODS FOR BIDDING PROCEDURES RELIEF REQUESTED IN "DEBTORS' MOTION FOR AN ORDER (I) ESTABLISHING BID PROCEDURES FOR THE SALE OF A SUBSTANTIAL PORTION OF THE DEBTORS' ASSETS AND GRANTING CERTAIN RELATED RELIEF AND (II) APPROVING THE SALE OF A SUBSTANTIAL PORTION OF DEBTORS' ASSETS AND GRANTING CERTAIN RELATED RELIEF"

Upon the motion (the "Motion")[2] of the above-captioned debtors (collectively, the "Debtors") for entry of an order shortening notice, pursuant to Bankruptcy Code Section 105, Bankruptcy Rules 2002(a)(2) and 9006(c)(1), and Local Rules 9006-1(c) and (e) and 9013-1(m), with respect to a hearing on the Bidding Procedures requested in the *Debtors' Motion for an Order (i) Establishing Bid Procedures for the Sale of a Substantial Portion of the Debtors' Assets and Granting Certain Related Relief and (II) Approving the Sale of a Substantial Portion of the Debtors' Assets and Granting Certain Related Relief* [Docket No. 34] (the "Sale Motion"); and it appearing that the relief requested therein is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that the Motion is a core

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636). The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion to Shorten.

proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion was appropriate under the particular circumstances and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT

1.    The Motion is GRANTED as set forth herein.

2.    The hearing with respect to the Bidding Procedures requested in the Sale Motion and any objections thereto shall take place on October 15, 2013 at 1:00 p.m. (EDT).

3.    Parties, other than the Committee, must file objections, if any, to the Bidding Procedures by 4:00 p.m. (EDT) on October 10, 2013.

4.    This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: October 2 , 2013
        Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE

2