UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>FRESH & EASY NEIGHBORHOOD<br>MARKET INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 13-12569 (KJC)<br><br>(Jointly Administered) |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF DOCUMENTS

**PLEASE TAKE NOTICE** that Citibank North America, Inc. ("Citibank"), hereby appear in this chapter 11 case by its counsel, Chadbourne & Parke LLP, and demand, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), that all notices given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned counsel, at the address set forth below:

**Chadbourne & Parke LLP**
**30 Rockefeller Plaza**
**New York, New York  10112**
**Telephone:  (212) 408-5100**
**Telecopier:  (212) 541-5369**
Attn.: Douglas E. Deutsch, Esq. &
Eric Daucher, Esq.
**Email: ddeutsch@chadbourne.com;**
edaucher@chadbourne.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading,

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636).  The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

complaint, or demand transmitted or conveyed by mail delivery, telephone, facsimile, telex, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice is neither intended as, nor is it a consent of Citibank to jurisdiction of the Bankruptcy Court nor, specifically but not limited to, a waiver of (i) Citibank's rights to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) Citibank's rights to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto; (iii) Citibank's rights to have the reference withdrawn by the District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which Citibank is or may be entitled under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Citibank expressly reserves.

Dated: New York, New York
       October 2, 2013

                                      **CHADBOURNE & PARKE LLP**

                                      By:  */s/ Douglas E. Deutsch*
                                            Douglas E. Deutsch
                                            A Member of the Firm
                                            30 Rockefeller Plaza
                                            New York, New York 10112
                                            Tel.: (212) 408-5100
                                            Fax: (212) 541-5369

                                            *Counsel for Citibank*