LAW OFFICES OF JO ANNE M. BERNHARD
JO ANNE M. BERNHARD, State Bar No. 46536
2621 "K" Street
Sacramento, CA  95816
Telephone:  (916) 442-4908
Fax: (916) 442-1624
E-mail: JBernhard@JBernhardlaw.com

Attorney for Dot-Cor Associates, LLC

## UNITED STATES BANKRUPTCY COURT FOR THE

## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| FRESH & EASY NEIGHBORHOOD | ) | Case No.13-12569-KJC |
| MARKET, INC. | ) | |
| Debtor. | ) | REQUEST FOR SPECIAL NOTICE |
| | ) | |
| | ) | |
| | ) | |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, DEBTOR, AND

COUNSEL OF RECORD:

NOTICE IS HEREBY GIVEN that JO ANNE M. BERNHARD, Counsel for  DOT-COR

ASSOCIATES, LLC, a California limited liability company, Creditors of the above-named

Debtor, desires notice, pursuant to Rules 2002(g) and 3017(a) of the Federal Rules of Bankruptcy

Procedure, of all matters which must be noticed to creditors or other parties in interest, including

without limitation, notice of all proceedings and filings of all plans, petitions, etc. in the above-

entitled bankruptcy.

Notice is to be sent to the following address:

Law Offices of JO ANNE M. BERNHARD
2621 "K" Street
Sacramento, CA  95816
email:  jbernhard@jbernhardlaw.com

Dated:  October 2, 2013          LAW OFFICES OF JO ANNE M. BERNHARD

By: _Jo Anne M. Bernhard_____

LAW OFFICES OF
JO ANNE M. BERNHARD
ATTORNEY AT LAW
2621 "K" STREET
SACRAMENTO, CA 95816
(916) 442-4908

## CERTIFICATE OF SERVICE

I hereby certify that on the 2nd day of October, 2013, a copy of the foregoing REQUEST FOR

SPECIAL NOTICE was served on the following registered ECF participants, electronically through the

Court's EFC System at the address registered with the Court:

Debtor's Counsel:

Mark D. Collins
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
E-mail: Collins@RLF.com

Lee E. Kaufman
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
E-mail: kaufman@RLF.COM

John H. Knight
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
E-mail: knight@RLF.com

William a. Romanowicz
Richards, Layton & Finer, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
E-mail: romanowicz@RLF.COM

Amanda R. Steele
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801
E-mail: steele@RLF.com

Lisa G. Laukitis
Jones Day
222 East 41st Street
New York, NY  10017

Paul Leake
Jones Day
222 East 41st Street
New York, NY  10017

U.S. Trustee
Office of the U.S. Trustee
844 King Street, Room 2207
Lockbox #35
Wilmington, DE 19889-0035

Dated:  October 2, 2013

*Lora B Ward*

LORA B. WARD

LAW OFFICES OF
JO ANNE M. BERNHARD
ATTORNEY AT LAW
2621 "K" STREET
SACRAMENTO, CA 95816
(916) 442-4908