## Exhibit A

Proposed Order

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| FRESH & EASY NEIGHBORHOOD MARKET INC., *et al.*,[1] | Case No. 13-12569 (KJC) |
| | Jointly Administered |
| Debtors. | Re: Docket No. ___ |

**ORDER AUTHORIZING THE DEBTORS TO EMPLOY AND RETAIN
RICHARDS, LAYTON & FINGER, P.A. AS CO-COUNSEL TO
THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE**

This matter coming before the Court on the *Application to Employ and Retain Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors Nunc Pro Tunc to the Petition Date* (the "**Application**")[2]; the Court having reviewed the Application; the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core matter pursuant to 28 U.S.C. § 157(b)(2)(A), and (c) notice of the Application was sufficient under the circumstances; the Court having considered the Affidavit of Mark D. Collins (the "**Collins Affidavit**"); the Court having determined that the legal and factual bases set forth in the Application and the Collins Affidavit establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY **ORDERED** THAT:

1. The Application is **GRANTED**, as set forth herein.

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636). The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

[2] Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Application.

RLF1 9401836v.1

2

2. Pursuant to section 327(a) of the Bankruptcy Code, the Debtors are authorized to retain and employ RL&F as their co-counsel, in accordance with the terms and conditions set forth in the Application, effective *nunc pro tunc* to the Petition Date.

3. RL&F shall be compensated in accordance with the procedures set forth in sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other such procedures as may be fixed by order of this Court.

4. The Retainer shall be treated as an evergreen retainer and shall be held by RL&F as security throughout the Debtors' bankruptcy cases until RL&F's fees and expenses are awarded and payable to RL&F on a final basis.

5. The terms and conditions of this order shall be immediately effective and enforceable upon its entry.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

7. The Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: _____, 2013
Wilmington, Delaware

_____
THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE