**<u>Exhibit B</u>**

Collins Affidavit

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| FRESH & EASY NEIGHBORHOOD | : | Case No. 13-12569 (KJC) |
| MARKET INC., *et al.*,[1] | : | |
| | : | Jointly Administered |
| Debtors. | : | |

### AFFIDAVIT OF MARK D. COLLINS IN SUPPORT OF APPLICATION
### TO EMPLOY AND RETAIN RICHARDS, LAYTON & FINGER, P.A. AS
### COUNSEL TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE

STATE OF DELAWARE      )
                       ) SS:
COUNTY OF NEW CASTLE  )

Mark D. Collins, being first duly sworn to oath, deposes and says:

1.      I am an attorney admitted to practice in the State of Delaware and before this Court, and a director of the firm of Richards, Layton & Finger, P.A. ("**RL&F**").  RL&F is a Delaware law firm with offices at One Rodney Square, 920 North King Street, Wilmington, Delaware 19801.

2.      I submit this affidavit in support of the Application (the "**Application**") of the above-captioned debtors (collectively, the "**Debtors**") for an order approving the employment and retention of RL&F as their counsel in the Debtors' bankruptcy cases, in compliance with and to provide disclosure pursuant to Sections 329 and 504 of title 11 of the United States Code (the "**Bankruptcy Code**"), Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rules 2014-1 and 2016-1 of the Local Rules of Bankruptcy

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636).  The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "**Local Rules**"). Unless otherwise stated in this affidavit, I have personal knowledge of the facts hereinafter set forth. To the extent that any information disclosed herein requires amendment or modification upon RL&F's completion of further analysis, or as additional creditor information becomes available to it, a supplemental affidavit will be submitted to the Court.

3.       Subject to approval of this Court and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, RL&F intends to apply for compensation for professional services rendered in connection with the Debtors' bankruptcy cases, plus reimbursement of actual, necessary expenses, and other charges incurred by RL&F during the Debtors' bankruptcy cases. The principal professionals and paraprofessionals designated to represent the Debtors and their current standard hourly rates are as follows:

| | | |
|---|---|---|
| a) | Mark D. Collins | $775 per hour |
| b) | John H. Knight | $675 per hour |
| c) | Lee Kaufman | $450 per hour |
| d) | Amanda R. Steele | $350 per hour |
| e) | William A. Romanowicz | $250 per hour |
| f) | Ann Jerominski | $215 per hour |

4.       The hourly rates set forth above are RL&F's standard hourly rates for work of this nature. These rates are set at a level designed to compensate RL&F fairly for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. The hourly rates set forth above are subject to periodic adjustments to reflect economic and other conditions. Other attorneys and paralegals within RL&F may from time to time serve the Debtors in connection with the matters described herein.

RLF1 9401836v.1

5.      It is RL&F's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the client's case.  The expenses charged to clients include, among other things, long-distance telephone charges, regular mail and express mail charges, special or hand delivery charges, document processing charges, printing/photocopying charges, travel expenses, expenses for "working meals," computerized research charges, transcription costs as well as non-ordinary overhead expenses such as secretarial and other overtime.  RL&F will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to RL&F's other clients or as previously fixed by this Court.  RL&F believes that it is fairer to charge these expenses to the clients incurring them instead of increasing hourly rates and spreading these expenses among all clients.

6.      With the exception of those entities listed on **Exhibit 1** and **Exhibit 2**, neither I, RL&F, nor any director or associate of RL&F, insofar as I have been able to ascertain, has in the past represented the Debtors' largest creditors, any significant beneficiaries of the Debtors (holding 5% or more of the beneficial interests in the Debtors) or any Potential Party in Interest (as defined below).  In preparing this affidavit, we used a set of procedures established by RL&F to insure compliance with the requirements of the Bankruptcy Code and the Bankruptcy Rules regarding retention of professionals by a debtor or official committee under the Bankruptcy Code.  In that regard, RL&F requested and obtained from the Debtors a list of the names of entities who may be parties in interest in the chapter 11 cases, including but not limited to, the Debtors' secured creditors, the Debtors' largest unsecured creditors, present officers and directors and parties holding equity interests in the Debtors (the "**Potential Parties in Interest**"). A true and correct copy of the list of Potential Parties in Interest is attached hereto as **Exhibit 3**.

7.      RL&F maintains and systematically updates its conflict check system in the regular course of its business and it is the regular practice of RL&F to make and maintain these

3

records.  The conflict system maintained by RL&F is designed to include (i) every active matter on which RLF is engaged, (ii) every closed matter on which RLF has been engaged since 1990, (iii) the entity by which it is now or has been engaged, (iv) the identity of related parties, (v) the identity of adverse parties and (vi) the attorney at RL&F that is knowledgeable about the matter.  It is the policy of RL&F that no new matter may be accepted or opened within the firm without completing and submitting to those charged with maintaining the conflict check system the information necessary to check each such matter for conflicts, including the identity of the prospective client, the matter, and the related and adverse parties.  Accordingly, the database is updated for every new matter undertaken by RL&F.  The scope of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter.

8.    RL&F has in the past represented, currently represents, and/or may in the future represent, in matters wholly unrelated to the Debtors' Chapter 11 Cases, certain Potential Parties in Interest (including, without limitation, those entities set forth on **Exhibit 1** attached hereto who are current clients or are related-parties thereof, and those entities or related-parties thereof set forth on **Exhibit 2** attached hereto who have been represented by RL&F within the last five (5) years).  With the exception of J.P. Morgan Chase Bank, N.A. ("**JP Morgan**") (representing less than 1% of RL&F's annual fees billed), I do not believe that any single matter is a major engagement that would involve either the billing of fees in excess of one half of one percent (.5%) of RL&F's annual fees billed, or that, in the aggregate for any related group of entities, exceeds one percent (1%) of RL&F's annual fees billed. In addition to the items listed on **Exhibit 1** and **Exhibit 2**, I note that RL&F represents JP Morgan in matters wholly unrelated to these Chapter 11 Cases.  RL&F does not represent JP Morgan or any of its affiliates, with respect to any potential claim(s) they have against the Debtors.  Moreover, RL&F will not represent JP Morgan or any of its affiliates in connection with any such claim(s) in these cases.

4

9.    I do not believe there is any connection or interest (as such terms are used in Section 101(14) of the Bankruptcy Code and Bankruptcy Rule 2014(a)) between RL&F and (i) the United States Trustee or any person employed by the Office of the United States Trustee or (ii) any counsel, accountants, financial consultants and investment bankers who represent or may represent claimants or other parties in interest in the Debtors' Chapter 11 Cases, except as otherwise described herein.    In addition, as part of its practice, RL&F appears in cases, proceedings and transactions involving many different attorneys, counsel, accountants, financial consultants, and investment bankers, some of which now or may in the future represent claimants and parties in interest in the Debtors' Chapter 11 Cases.    RL&F has not represented and will not represent any such entities in relation to the Debtors and their Chapter 11 Cases, nor does RL&F have any relationship with any such entities that would be adverse to the Debtors or their estates in the matters upon which RL&F is to be employed in these cases.

10.    Prior to the Petition Date, RL&F rendered legal services to the Debtors in connection with and in contemplation of the Debtors' Chapter 11 filings.    RL&F received, pursuant to two wire transfers, a total retainer of $200,000.00 (the "**Retainer**") to cover fees and expenses actually incurred, as well as anticipated to occur prior to the commencement of the bankruptcy cases.    Prior to the Petition Date, RL&F drew down the Retainer for work performed and expenses incurred pursuant to RL&F's representation of the Debtors.    An accounting summary of payments made to RL&F and estimated amounts incurred by RL&F is attached hereto as **Exhibit 4**.    The Debtors propose that any Retainer monies paid to RL&F and not expended for prepetition services and disbursements be treated as an evergreen retainer to be held by RL&F as security throughout the bankruptcy cases until RL&F's fees and expenses are awarded by final order and are then payable to RL&F.

5

11.     Except as set forth herein, and based upon the information available to me, neither I, RL&F, nor any director or associate thereof, insofar as I have been able to ascertain, holds or represents any interest adverse to the Debtors or their estates in the matters upon which RL&F is to be employed in these cases.  Based upon the information available to me, I believe that RL&F is a "disinterested person" as that term is defined in Section 101(14) of the Bankruptcy Code, as modified by Section 1107(b) of the Bankruptcy Code.

12.     No promises have been received by RL&F, or by any director or associate thereof, as to compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules.  RL&F has no agreement with any other entity to share with such entity any compensation received by RL&F.

13.     To the best of my knowledge, no director or associate of RL&F is a relative of, or has been so connected with, any Judge of the United States Bankruptcy Court for the District of Delaware.  Accordingly, I understand that the appointment of RL&F is not prohibited by Bankruptcy Rule 5002.

[Signature Page Follows]

Dated: October 3, 2013

_____
Mark D. Collins (No. 2981)

SWORN TO AND SUBSCRIBED
before me this 3rd day of Oct 2013.

_____
Notary Public
My Commission Expires: 6/30/2014

LINDA M. ANDERSON
Notary Public - State of Delaware
My Comm. Expires June 30, 2014

7

RLF1 9401836v.1

# Exhibit 1[1] - Current Clients[2]

## Debtors' Top Suppliers of Services and Goods Not for Resale

- Certain affiliates of Deutsch, Inc.
- Liberty Mutual Insurance Company
- Wells Fargo Bank, N.A.

## Debtors' Top Suppliers of Goods for Resale

- Coca-Cola Company and certain affiliates thereof
- Certain affiliates of Del-Monte Fresh Produce N.A., Inc.
- Procter & Gamble

## Parties to Material Contracts with the Debtors

- 3M Company
- ABM Security Service
- ALIC Enterprises LLC, d/b/a Arizona Liquor Industry Consultants
- Certain affiliates of APCO Worldwide, Inc.
- Certain affiliates of Aetna Health of California, Inc.
- Certain affiliates of Aetna Life Insurance Company
- Certain affiliates of Dell Marketing, L.P.
- Certain affiliates of Dell Message One - Alertfind
- Certain affiliates of Deutsch LA, Inc.
- Certain affiliates of IBM Business Continuity & Recovery Services
- Certain affiliates of NCR Corporation
- Certain affiliates of Kimco
- ExactTarget, Inc.
- Hewlett-Packard Company and certain affiliates thereof
- John Bean Technologies Corporation
- Intuit, Inc.
- Certain affiliates of LexisNexis Occupational Health Solutions, Inc.
- Certain affiliates of LexisNexis Screening Solutions, Inc.
- Certain affiliates of Dawn Food Products
- Certain affiliates of Del Monte Fresh Produce, N.A., Inc.
- Certain affiliates of Delta Dental of California
- Stericycle, Inc.
- Certain affiliates of Sprint Solutions, Inc.

---

[1] Parties that are both current clients and former clients of RL&F are only listed on **Exhibit 1**—Current Clients.

[2] Due to the similarity of names of certain entities, RL&F was not able to determine if all entities listed herein are actually affiliates of current clients. However, out of an abundance of caution, RL&F has listed those entities which it reasonably believes may be affiliates of current clients.

- Certain affiliates of The Iventure Group, Inc.
- Penske Truck Leasing Co., L.P.
- Certain affiliates of Wells Fargo Equipment Finance, Inc.
- General Electric Capital Corporation and certain affiliates thereof
- Certain affiliates of Tyco Integrated Security LLC

## Current and Former Parties to Unexpired Leases

- Certain affiliates of BRE Properties, Inc.
- Certain affiliates of Legacy Partners Residential, Inc.
- Certain affiliates of Brixmor Property Group
- Certain affiliates of CB Richards Ellis, Inc.
- CBRE
- Certain affiliates of Citadel Equities Group
- Certain affiliates of Corner Stone, Development
- Certain affiliates of Evergreen Commercial Realty LLC
- Certain affiliates of Gilbert LLC
- Certain affiliates of Inland Diversified RE Services
- Certain affiliates of Maverick Holding LLC
- Certain affiliates of Wells Fargo Bank Northwest, N.A.

## Depository and Disbursement Banks and Other Financial Services Providers

- American Express and certain affiliates thereof
- American Express Travel Related Services Company, Inc. and certain affiliates thereof
- Citibank, N.A. and certain affiliates thereof
- Certain affiliates of Citibank N.A./First Data
- Certain affiliates of Citicorp Payment Services, Inc.
- Certain affiliates of First Data Merchant Services Corporation
- Harris Bank
- JP Morgan Chase Bank, N.A. and certain affiliates thereof
- MasterCard International and certain affiliates thereof
- Union Bank, N.A.
- Visa, Inc. and certain affiliates thereof

## Major Benefits Administrators or Additional Third Party Administrators

- Aetna Inc.

## Major Insurers and Insurance Brokers

- Allianz S.E.
- C.V. Starr & Company, Inc.
- Travelers Insurance Company and certain affiliates thereof
- Certain Affiliates of Travelers Property and Casualty Co. of America

**Significant Utility Providers**

- AT&T
- CenturyLink and certain affiliates of Central Telephone Company Nevada d/b/a CenturyLink
- Certain affiliates of Granite Telecommunications LLC
- PAETEC
- PG&E
- Republic Services
- Southern California Edison Company
- Southwest Gas
- Verizon Wireless, and certain affiliates of Verizon California
- Waste Management

**Debtors' Professionals, Consultants and Service Providers**

- Bingham McCutchen LLP
- First American Title Insurance Company
- Greenberg Traurig LLP
- DFA America, and certain affiliates thereof

## Exhibit 2-Former Clients

### Debtors' Top Suppliers of Services and Goods Not for Resale

- California State Boards of Equalization
- RR Donnelley & Sons Company

### Debtors' Top Suppliers of Goods for Resale

- Kraft Foods Group, Inc.

### Parties to Material Contracts with the Debtors

- APlus Homes, Inc., d/b/a Service Master A Plus Clean
- EcoLab and certain affiliates thereof
- Certain affiliates of The Nielsen Company (US) LLC
- Savvis Communications Corporation and certain affiliates thereof
- The Yucaipa Companies, and certain affiliates thereof

### Current and Former Parties to Unexpired Leases

- The Abbey Company
- Arlington Square, L.P.
- Certain affiliates of Beltway Associates Ltd.
- Certain affiliates of CIM Group LLC
- CRE7 LLC
- Certain affiliates of Grand Plaza LLC
- Certain affiliates of Greenway 32 LLC
- Martin Trust
- Walgreen Company

### Major Competitors

- Safeway, Inc.

### Significant Utility Providers

- Certain affiliates of Allied Waste Services
- Certain affiliates of Edco Disposal Corporation, Edco Waste & Recycling Service, and Edco Waste Service
- Probuild
- San Diego Gas & Electric
- Certain affiliates of Signal Hill Disposal (Edco Disposal)

**<u>Debtors' Professionals, Consultants and Service Providers</u>**

- Brownstein Hyatt Farber Schreck LLP
- Certain affiliates of CT Corporation
- Moore & Van Allen PLLC
- Certain affiliates of Microtek

## Exhibit 3 - Potential Parties In Interest

**The Debtors**

Fresh & Easy Neighborhood Market, Inc.
Fresh & Easy Property Company

**Domestic Nondebtor Affiliates**

BzzAgent, Inc.
Dunnhumby Delaware, Inc.
Dunnhumby USA, Inc.
Dunnhumby USA LLC
Fresh & Easy Holding Company
Fresh & Easy Neighborhood Foundation
KSS Retail, Inc.

**Foreign Nondebtor Affiliates**

Buttoncable Ltd.
BzzAgent UK Ltd.
Dunnhumby International Ltd.
KSS Retail Ltd.
Tesco Holdings Ltd.
Tesco Plc

**Current and Former Officers and Directors of the Debtors**

Jeff Adams
Timothy R. Ashdown
John Burry
Mark Champagne
Philip Clarke
Hugh Cousins
James Dibbo
Tony Eggs
Peter Evans
Ian Fletcher
Andrew Higginson
Mary M. Kasper
Terry Leahy
Jonathan Lloyd
Tim Mason
Laurie McIlwee
Lucy Neville-Rolfe
Bryan Pugh
Doug Rutledge
Simon Uwins
Remco Waller

**Current Senior Management of the Debtors**

Tim Anning
Andy Bevan
Kayvon Davar

Kate Ewart
Ian Fletcher
Mark Gniot
Kate Hancock
Vivian Hung
Paul Jevins
Anthony Johnson
Paul Keaney
Neill King
Mark Lodge
Huw Mainwaring
Rich Newsted
Kelvin Parker
Paul Stites
Beatrice Vicente
Bob White

**Current and Former Directors of the Debtors' Direct Parent**

Karen Atkinson
Martin J. Field
Andrew T. Higginson
Instant Companies Limited
Jonathan M. Lloyd
Nicholas C. Mourant
Lucy J. Neville-Rolfe
Helen J. O'Keefe
Swift Incorporations
Tesco Services Limited

**Debtors' Professional Memberships and Commercial Associations**

American Frozen Foods Institute (AFFI)
California Grocers Association (CGA)
California Retailers Association (CRA)
Food Marketing Institute (FMI)
Los Angeles Economic Development Corporation (LAEDC)
National Association of Licensing and Compliance Professionals (NALCP)
Produce Marketing Association (PMA)
Survey Monkey (Sensory Results)
United Fresh (Produce)
Valley Industry and Commerce Association (VICA)

**Debtors' Top Suppliers of Goods for Resale**

Andrew Williamson Fresh Produce
The Coca-Cola Company
Calavo Growers Inc.
Columbia Marketing International Inc.
Cornerstone US Wine Imports LLC

Del Monte Fresh Produce N.A., Inc.
DPI West
Eggs West LLC
Foster Farms Dairy
Frito Lay
Fusion FL
General Mills
Great Lakes Cheese Co., Inc.
Harvest Meat Company, Inc.
Hidden Villa Ranch
Il Fornaio America Corporation
International Coffee & Tea LLC
Jennie-O Turkey Store
Kraft Foods Group, Inc.
MM USA, Inc.
Niagara Bottling LLC
Pacific American Fish Company, Inc.
Pak West Paper and Packaging
Pepsi Cola
Plumrose USA
Procter & Gamble
Santa Monica Seafood Company
Smithfield Packing
Snak King Corporation
Sunland Inc.
Two Chefs
Valley Fine Foods Company

## Debtors' Top Suppliers of Services and Goods Not for Resale

Austin Building and Design, Inc.
California State Board of Equalization
Citi Prepaid Services
Colorado Structures, Inc., d/b/a CSI Construction
Dean Socal LLC, d/b/a Swiss Dairy
Deutsch, Inc.
Fresh & Easy Property Company LLC
Jones Lang LaSalle
Kaiser Foundation Health Plan, Inc.
Kimco Staffing Services, Inc.
Kysor Warren
Liberty Mutual Insurance Company
LPS Contracting, Inc.
National Retail Service Group
NCR Corporation
Priority Business Services, Inc.
Remis America LLC
RR Donnelley & Sons Company
Ryder Integrated Logistics, Inc.
Steve Julius Construction, Inc.
Stremicks Heritage Foods LLC
The Produce Exchange
Utility Trailer Sales of Southern California LLC
Wells Fargo Bank, N.A. (for 401K)
Wyndeham Kestrel

## Parties to Material Contracts with the Debtors

3M Company
ABM Security Service
ADP Taxware division of ADP, Inc.
ADT Security Services, Inc.
AeroTek Scientific LLC
Aetna Health of California, Inc.
Aetna Life Insurance Company
Air Liquide Industrial U.S., L.P.
Ajilon Professional Staffing LLC
ALIC Enterprises LLC, d/b/a Arizona Liquor
    Industry Consultants
American Corporate Security, Inc.
American Music Environments, Inc.
Anderson Security Agency
Andrew & Williamson Fresh Produce
Aon Risk Insurance Services West, Inc.
APCO Worldwide, Inc.
APlus Homes, Inc., d/b/a Service Master A Plus
    Clean
Apollo Technologies, Inc.
Arizona Cart Retrieval Company
Balboa Capital Corporation (lease now assigned to
    Wells Fargo Equipment Finance, Inc.)
Barrel O Fun Snack Foods Company
Bazaarvoice, Inc.
Bemus Landscape, Inc.
Bizerba USA, Inc.
Blackhawk Network, Inc.
BlueHornet Networks, Inc.
Bonents Slice of Pie
C&L Refrigeration Corporation
California Boiler
California Shopping Cart Retrieval Corporation, Inc.
Cerrell Associates, Inc.
Checkpoint Systems, Inc.
CHEP USA
Clougherty Packing LLC
Colorado BARS, Inc., d/b/a The BARS Program
ComPsych
Computer Protection Technology, Inc.
Conexis
Cornerstone US Wine Imports LLC
Crestone Group LLC
Custom Service Systems
Dawn Food Products
Del Monte Fresh Produce N.A., Inc.
Dell Marketing, L.P.
Dell Message One - Alertfind
Delta Dental of California
Dematic Corporation
Deutsch LA, Inc.
Dialogue Marketing, Inc.
DLEnglish Design Studio

EcoLab
EcoPest (division of EcoLab)
eMaint Enterprises LLC
Emerson Network Power Liebert Services
ExactTarget, Inc.
Food Safety Solutions, Inc.
Food Microbiological Labs (FML)
FoodChain Global Advisors, Inc.
Foster Poultry Farms, Inc.
Fusion Floral
Gadberry Group LLC
Garda CL West, Inc., f/k/a AT Systems West
General Electric Capital Corporation
Gourmet India Food Company
GSX, Inc.
Harris Ranch
Harvest Meat Company, Inc.
Hewlett-Packard Company
IBM Business Continuity & Recovery Services
Idaho Potato Commission
Il Fornaio (America) Corporation
Inovis USA, Inc.
Intellinetics, Inc.
Intuit, Inc.
Inventure Foods, Inc.
iTEK Services, Inc.
IVIS Group Limited
Ixia Packaging Machine Solutions
John Bean Technologies Corporation
Jones Lang LaSalle Americas, Inc.
Kimco
Kohl's Value Services, Inc.
Laura Hiller Lynch, d/b/a Intelligent Database
Solutions
Law Offices of Neal C. Tenen
Leader Enterprises, Inc.
LexisNexis Occupational Health Solutions, Inc.
LexisNexis Screening Solutions, Inc.
Liberty Mutual Insurance
Marel, Inc.
Marian Health Greeting Cards LLC
Marsh Risk & Insurance Services
Matheson Tri-Gas
Mercer Health & Benefits LLC
Merchants Automotive Group, Inc.
Mericle Mechanical, Inc.
Micros Retail & Manufacturing Limited
MMUSA, Inc.
Muddy Boots Software, Ltd.
Natures Way Foods USA, Inc.
NCR Corporation
NEC Corporation of America
North American Food Group Ltd.
NSF International, Inc.
Odesus, Inc.
One Source Food Solutions

Otis Elevator Company
P & D Dairy
Paramount Protective Services, Inc.
Penske Truck Leasing Co., L.P.
Polymer Logistics, Inc.
Priority Business Services
Providian Staffing
Prudential Clean Room Services
Pure Health Solutions, Inc.
Pure Water Finance
Pure Water Tech (I.E.)
Quality Assurance International (QAI)
Raymond Handling Solutions, Inc.
Redsky IT
Resource Management Group, Inc.
Retail Data LLC
Retalix USA, Inc.
Ricoh Americas Corporation
RL Public Relations + Marketing, Inc.
Romero's Food Products, Inc.
Ross Systems
RQA, Inc.
Ryder Integrated Logistics
SAI Global, Inc.
Savvis Communications Corporation
SCS, Inc.
Secova, Inc.
SEDEX Database
Select Staffing Services, Inc.
Silliker Laboratories
Simplex Grinnell, L.P.
SmartRevenue, Inc.
Snak-King Corporation
Southern Wine & Spirits of America, Inc.
Specialists in Custom Software, Inc.
Sprint Solutions, Inc.
Stericycle, Inc.
Stratex Solutions, Inc.
Sweet Life Enterprises, Inc.
Systems Maintenance Services
Talon Executive Services, Inc.
Tax Compliance, Inc,.
The Inventure Group, Inc.
The Nielsen Company (US) LLC
The Yucaipa Companies LLC
Two Chefs on a Roll, Inc.
Tyco integrated Security LLC
Unified Protective Services, Inc.
Universal Security& Fire, Inc.
USGN, Inc.
ValueLink LLC, d/b/a First Data Prepaid Services
VCG Kestrel LA Ltd.
VCG Kestrel Limited
Verisae, Inc.
WageWorks, Inc.
Westec Interactive Security, Inc.

Western Bagel
Wheat Montana
Wyndeham Kestrel LA, Inc.
Yale/Chase Equipment and Services

**Current and Former Parties to Unexpired Leases**

*Real Property Lessors (Employee Residential Leases)*

BRE Properties, Inc.
Debra Turner Living Trust UAO-2-16-06
Legacy Partners Residential, Inc.
Liam Thornton
Mehrid Kosrow-Pour
Newsen Tsang
Paul and Lana Lee
Raju Chhabria and Philomina Chhabria

*Real Property Lessors (Commercial)*

1st Commercial Realty Group, Inc.
5 R Partners LLC
A & C Properties, Inc.
ADR Preferred Business Properties
AJ Louis Corporation
Alex Management
All The Games TIC
Altapo Belwood LLC
America West Properties, Inc.
Architectural Ventures
Ardenbook, Inc.
Arizona Partners
Arlington Square, L.P.
Armistre Ametjian Staley Family Ltd.
B & L Realty Associates LLC
Beach Plaza LLC & Refoua LLC
Beltway Associates Ltd.
Benjamin John Bubenik, a/k/a Beverly Hills
    Physicians.com
BP Gilbert LLC
BP Phoenix LLC
BRH LLC
Brico Commercial Services
Brixmor Property Group
Broadmarket Plus II, L.P.
Browman Development Company, Inc.
Bullock-Golden Partnership
Buzz Oates Management Services
C&C RiverRock Newmark
Cal-Select Properties, Inc.
CAM Commercial Properties
Capital Asset Management
Carosella Properties, Inc.
CB Richard Ellis, Inc.
CBRE

Centers Business Management (CBM)
CFI
Champion
Cherry Gardena LLC
CIM Group LLC
Citadel Equities Group
Clifford Nevada LLC
CNT Investments LLC
Colliers Parrish Asset Management, Inc.
Commercial Facilities, Inc.
Commercial Property Management
Commercial Real Estate Specialists
Continental Development
Cordano Company
Coreland Companies
Corner Stone, Development
Corona Vista Properties Company
CPMC Realty
CRE7 LLC
Cushman Family Trust B
CVS Realty
Gerald Daley
Davidson Myers & Associates
Daytom Enterprises, Inc.
De Anza Properties
Del-Camp Investments, Inc.
Diamond Property Company LLC
Diamond Square LLC
Donohoe & Company, Inc.
Duckett-Wilson Development Company
Shiekh S. Ellahi
Emser International LLC
Engstrom Properties, Inc.
Euclid Ontario Development LLC
Evergreen Commercial Realty LLC
Excel Property Management Services, Inc.
Fallbrook Plaza LLC
FM Enterprises
Foothills Nevada LLC
Fortuna Asset Management
Foursquare Properties, Inc.
Fraser & MacRae, Inc.
Fritz Duda Company
Albert K. Fujisawa
Furst Enterprises Group B LLC
G3 Enterprises, Inc.
Galleria Orange LLC
GAM Venture One LLC
Garfield Beach CVS LLC
Geyser Asset Management
GGF Huntington LLC
Gilbert LLC
Globe Properties / DHM Development
Golden Heights Investment LLC
Golden Mile Investment Company
Goldenrock Investment, Inc.

Gordon Ranch Marketplace LLC
GRAE Ventures LLC / Amsted Residuals LLC
Grand Plaza LLC
Greenway 32 LLC
Gresham Savage Nolan & Tilden, P.C.
Grupe Commercial Company
GVD Commercial Properties, Inc.
GW Paramount Investment LLC
Randi Hart
Highlander Center LLC
Higley Park Commercial
Higley Pavilion LLC
Hill Management Service
Hinds Investments, L.P.
Hoefflin & Burrows
Inland Diversified RE Services
IPB Commercial
Iris Partners LLC
J & P Properties
J & S Management
J. S. Signet LLC
J. Wood Ventures LLC
J.A. Kennedy Real Estate Company
James Crone & Associates
JKG Investments
J-Mar Development Company
Johnston Property Management, Inc.
JYW Properties, L.P.
Jeffrey D. Kabakoff & Maria V. Kabakoff
Kaercher Investments
Kern River Partners LLC
William J. Knight
KP Management Group LLC (Prop. Mgr.)
La Jolla Management Company
Laguna Village
Lakemoor Properties LLC
Laurich Properties, Inc.
Legend Real Estate Management, Inc.
Todd Leger
Lewis Operating Corporation
Lin Estate, Inc.
John Lively
M & M Stone, Inc.
M. D. Atkinson Co., Inc.
M. F. Daily Corporation
Majestic Management
Mann Investments, Inc.
Maple Leaf Investments
Mar LLC
Martin Trust
Mary Bartsas 13 LLC
Mary Bartsas 15 LLC
Maverick Holding LLC
McConica 2260 LLC
McNeillis Partners LLC
Meridian Pacific, Ltd.

Metro Realty Advisors LLC
Metrowealth Properties
MLI Capital Partners LLC
MNG Real Estate Investments LLC
Dr. & Mrs. Kenneth W. Morgan
MTK Limited LLC
Nevada Capital Asset Management
Newman Development Group of Madera LLC
Newmark Merrill Companies
North River Investments LLC
Northern 12 LLC
Optimus Property Management LLC
Orosco Development No. 11 LLC
Outpar LLC
Pacific Horizon Management
Pacific West Asset Management Corporation
Paddle Creek & Associates, Inc.
Parkstone Management Services, Inc.
Paul and Koula LLC
Peak Campus Management LLC
PetSmart, Inc.
Thang and Kathy Pham
Phillips Edison & Company
Plaza Sorrento Partners LLC
Ponder LLC
Primestor Development, Inc.
PRJL – Corona LLC
Property MGMT Services, Inc.
R & R Management LLC
Red Tail Acquisitions LLC
Regency Centers
Retail California
Rich Development Enterprises LLC
RiverRock Real Estate Group, Inc.
ROIC Paramount Plaza LLC
Roussey Family Partnership
Rudd Properties
Ryan/Kalof Commercial Real Estate, Inc.
Salvador S. Sanchez
Sand Hill Property Management Company
Shlemmer Investments
Smith Center Development, Inc.
Solari Enterprises, Inc.
Soraya LLC
South Mountain Pavilion CAM
Spectrum Property Management
Sperry Van Ness-RICORE
Judy Spiller
SPL, Ltd./Stonington Properties
Sports Authority
STC Management
Larry & Tammy Stewart
Stockdale Property Management, Inc.
Stolz Management
Max Stolzberg
Sun Arroyo I LLC

Sunbelt Investment Holdings, Inc.
Kay Swilkart
Tallen & Keshen Holdings LLC
Tallen Keshen Retail Ventures LLC
The Abbey Company
The Bridgeport Company
The Glenmoor Companies
The Klein Group
The Lottie A. Moore Family Trust
The Midtown Niki Group
The Remm Group
Thomaco Property Management
John Thomas
Thompson National Properties LLC
Toibb Enterprises
Andy Trachman
Triwell Properties, Inc.
Trop & Jones LLC
Turner Island Farms
Tuscany Square Partners LLC
University Capital Management, Inc.
Upland Village c/o Kodash, Inc.
Valley Field Riding & Polo Club (VFR&P Properties)
Vestar Property Management
Virtus Commercial
VK Major One LLC
Voit Real Estate Services
Walgreen Company
Warm Springs Plaza LLC
Warner Greenfield LLC
WCPP-LK LLC
Weingarten Nostate, Inc.
Wells Fargo Bank Northwest, N.A.
Wendy-Veto LLC
Peter & Lili Weng
Stanley Weissbrot
West ValleyProperties, Inc.
Westcore Freightways LLC
Western Malls LLC
Westside Business Park, L.P.
Westside Realty
Westwood Village
Wild West Westminster, Ltd.
Williams Real Estate Management, Inc.
Wohl Palm Desert LLC
Worchell Properties
YOG LLC

*Equipment Lessor*

Nik-o-Lock Service Company

**Beneficiaries and Issuers of Letters of Credit**

2800 Wilshire LLC
Agricultural Improvement and Power District

Bank of the West
City of Goleta, California
Continental 1700 Rosecrans Corporation
General Electric Capital Corporation
International Fidelity Insurance Company
Liberty Mutual Insurance Company
National Beef Packing Company LLC
Nevada Department of Taxation
Pacific Gas and Electric Company
Salt River Project
Southern California Edison
The Smithfield Packing Company, Inc.
Trop & Jones LLC
Wilkins Family Partnership, L.P.

**Depository and Disbursement Banks and Other
Financial Services Providers**

American Express (Amex)
American Express Travel Related Services Company,
Inc.
Citibank, N.A.
Citibank, N.A./First Data
Citicorp Payment Services, Inc.
Discover Financial Services
First Data Merchant Services Corporation
Garda World Security Corporation
Harris Bank
JPMorgan Chase Bank, N.A.
MasterCard International
Tesco Plc
Union Bank, N.A.
USA Technologies, Inc.
ValueLink LLC, d/b/a First Data Prepaid Services
Visa, Inc.

**Parties to Inter-Company Agreements with the
Debtors**

Dunnhumby Delaware, Inc.
Dunnhumby International Ltd.
Fresh & Easy Property Company LLC
Tesco Hindustan Service Centre Private Limited
Tesco Stores Limited

**Major Competitors**

Albertsons, n/k/a New Albertsons, Inc.
Fry's Food Stores of Arizona, Inc.
The Kroger Company
Lucky Stores
Raleys Grocery Stores
Ralphs Grocery Company, d/b/a Food 4 Less
Safeway, Inc.
Smith's Food & Drug Centers
Stater Bros. Markets, Inc.

Trader Joe's
Vons Companies, Inc.

**Major Benefits Administrators or Additional
Third Party Administrators**

Aetna Inc.
Delta Dental of California
Kaiser Permanente, a/k/a Kaiser Foundation Health
Plan, Inc.
Vision Service Plan

**Taxing, Licensing and Permits Authorities**

Alameda County Tax Collector
All City Glass, Inc.
Amador County Tax Collector
Arizona Department of Revenue
Arizona State Board of Pharmacy
Bank of the West
California Department of Food & Agriculture
California Department of Industrial Relations
California Department of Public Health
California State Board of Equalization
CalRecycle
Carson City Sheriff's Department
Circuit City Stores, Inc.
City and County of San Francisco
City County of San Francisco Department of Public
     Health Governmental Health Section
City Kitchen
City National Bank
City of Alhambra
City of Anaheim
City of Antioch
City of Arcadia
City of Avondale
City of Azusa
City of Bakersfield
City of Baldwin Park
City of Brentwood
City of Buena Park
City of Burbank
City of Calimesa
City of Camarillo
City of Cathedral City
City of Chandler
City of Chino Hills
City of Chula Vista
City of Clovis
City of Compton
City of Concord
City of Corona
City of Costa Mesa
City of Covina
City of Delano

City of Downey
City of Duarte
City of El Cajon
City of El Mirage
City of El Segundo
City of Elk Grove
City of Escondido
City of Fairfield
City of Flagstaff
City of Folsom
City of Fontana
City of Fountain Valley
City of Fresno
City of Fresno Fire Department
City of Fresno Police Deparment
City of Fullerton
City of Garden Grove
City of Glendale, Arizona
City of Glendora
City of Hawthorne
City of Hayward
City of Henderson
City of Hermosa Beach
City of Hesperia
City of Huntington Beach
City of Huntington Park
City of Indio
City of Irvine
City of Jurupa Valley
City of La Habra
City of La Mirada
City of La Quinta
City of Lake Forest
City of Lakewood
City of Las Vegas
City of Lemoore
City of Lincoln
City of Loma Linda
City of Lompoc
City of Long Beach
City of Los Alamitos
City of Los Angeles
City of Los Angeles Department of Airports
City of Manhattan Beach
City of Mesa
City of Modesto
City of Moorpark
City of Moreno Valley
City of Mountain View
City of Murrieta
City of Napa
City of Napa d/b/a NRWS Collections
City of North Las Vegas
City of Norwalk
City of Oceanside
City of Ontario

City of Orange
City of Oxnard
City of Pacifica
City of Palm Desert
City of Palm Springs
City of Palos Verdes Estates
City of Paramount
City of Pasadena
City of Peoria Arizona
City of Phoenix
City of Pico Rivera
City of Pleasanton
City of Prescott
City of Rancho Cucamonga
City of Reedley
City of Rialto
City of Riverside
City of Rosemead
City of Sacramento
City of San Bernardino
City of San Diego
City of San Diego Police Department
City of San Dimas
City of San Jacinto
City of San Jose
City of San Luis Obispo
City of Santa Barbara
City of Santee
City of Scottsdale
City of Seal Beach
City of Signal Hill
City of Simi Valley
City of Sparks
City of Sunnyvale
City of Surprise
City of Temecula
City of Tempe
City of Thousand Oaks
City of Torrance
City of Tucson
City of Upland
City of Vacaville
City of Ventura
City of Vista
City of Walnut Creek
City of Wasco
City of West Covina
City of Westminster
City of Whittier
City of Yucaipa
City Service Contracting, Inc.
City Year, Inc.
Clark County Nevada
Contra Costa County
Contra Costa County Tax Collector
County of Alameda

County of Fresno
County of Kings
County of Los Angeles
County of Los Angeles Agricultural Commissioner
    of Weights and Measures
County of Napa
County of Orange
County of Orange Health Care Agency
    Environmental Health Division
County of Riverside
County of Riverside Department of Environment
County of Sacramento
County of San Bernardino
County of San Diego
County of San Luis Obispo
County of San Mateo
County of Santa Barbara
County of Santa Clara
County of Solano
County of Stanislaus
County of Ventura
Department of Alcoholic Beverage Control
Department of Liquor Licenses and Control
Department of Toxic Substances Control
Franchise Tax Board
Fresno County Tax Collector
Gibson Dunn & Crutcher LLP
Idaho Potato Commission
Keller and Heckman LLP
Kern County Environmental Health Services
Kern County Treasurer Tax Collector
Lake County Tax Collector
Los Angeles County Department of Public Works
Los Angeles County Fire Department
Los Angeles County Treasurer and Tax Collector
Los Angeles Superior Court
Madera County Tax Collector
Maricopa County Environmental Services
Maricopa County Treasurer
Market Based Solutions
Merced County Tax Collector
Monterey County Tax Collector
Napa County Tax Collector
Nevada Department of Agriculture
Nevada Department of Taxation
Nevada State Dairy Commission
Office of the Kings County Treasurer Tax Collector
Orange County Treasurer Tax Collector
Phoenix Police Department Code Enforcement Unit
Pinal County Treasurer
Placer County
Placer County Treasurer Tax Collector
Port City Bakery d/b/a AK Pizza Crust
Regents of the University of California Continuing
    Education of the Bar (CEB)
Regents University of California, Los Angeles

Riverside County Agricultural Commissioner Sealer
   of Weights & Measures
Riverside County Department of Environmental
   Health
Riverside County Fire Department Planning Section
Riverside County Treasurer Tax Collector's Office
Sacramento County Tax Collector
San Bernardino County Department of Health
San Diego County Treasurer Tax Collector
San Francisco County Tax Collector
San Joaquin County Tax Collector
San Joaquin Valley Unified Air Control District
San Luis Obispo County Tax Collector
San Miguel Consolidated Fire Protection District
San Ramon Valley Fire Protection District
Santa Clara County Tax Collector
Solano County Tax Collector
South Coast Air Quality Management District
Southern Nevada Health District
Stanislaus County Tax Collector
State of Arizona
State of Nevada Department of Employment Training
State Water Resources Control Board
TCI Acquisition Corporation d/b/a Tax Compliance,
   Inc.
The Bureau of National Affairs, Inc. a/k/a BNA
Town of Danville
Town of Gilbert
Tulare County Treasurer Tax Collector
United States Department of Agriculture (USDA)
United States Treasury
Washoe County Treasurer

**Major Insurers and Insurance Brokers**

ACE American Insurance Company
ACE Insurance Company
Allianz S.E.
Brit Syndicates Ltd.
Catlin Group Limited
Crum & Forster Specialty Insurance Company
The Chartis Companies
Chubb Group of Insurance Companies
C.V. Starr & Company, Inc.
HCC Insurance Holdings
Hiscox Insurance Company, Ltd.
Liberty Mutual Fire Insurance Company
Liberty Surplus Insurance Corporation
QBE Insurance Corporation
RSA Insurance Group Plc
Travelers Insurance Company
Travelers Property and Casualty Co. of America
XL Insurance
Zurich Insurance Group Plc

**Significant Utility Providers**

Advance Disposal Company
Allied Waste Services
Anaheim Disposal
Anderson (Rubbish) Disposal Service
APS
AT&T
Athens Services
Atlas Disposal Industries LLC
Azusa Light and Water
Burbank Water & Power
Burrtec Waste & Recycling Services
Burrtec Waste Industries, Inc.
Bz Disposal Services
California American Water
California Water Service Company
Calmet Services
Carmichael Water District
Central Telephone Company Nevada, d/b/a
   CenturyLink
Chino Hills Disposal
Chino Hills Disposal #676
Cisco Systems, Inc., d/b/a Cisco Webex LLC
City of Alhambra
City of Anaheim
City of Antioch
City of Arcadia Water
City of Avondale
City of Bakersfield
City of Brentwood
City of Buena Park
City of Camarillo
City of Chandler
City of Chula Vista Sewer Billing
City of Clovis
City of Coachella
City of Corona
City of Covina
City of Delano
City of Downey
City of El Cajon
City of El Mirage
City of Escondido
City of Folsom
City of Fontana
City of Fountain Valley
City of Fresno
City of Fullerton
City of Garden Grove
City of Glendale
City of Glendora
City of Hayward
City of Hemet
City of Henderson Water
City of Hesperia
City of Huntington Beach

City of Industry
City of La Habra
City of Lakewood
City of Las Vegas – Sewer
City of Lemoore
City of Lincoln
City of Loma Linda
City of Lompoc
City of Long Beach
City of Madera
City of Manhattan Beach
City of Mesa
City of Modesto
City of Mountain View
City of Napa
City of North Las Vegas
City of Oceanside
City of Ontario
City of Orange
City of Oxnard
City of Palm Spring
City of Paramount
City of Peoria
City of Phoenix
City of Rancho Cucamonga
City of Reedly
City of Rialto
City of Riverside
City of Sacramento
City of San Bernardino
City of San Diego
City of San Jose
City of San Luis Obispo
City of Santa Barbara
City of Scottsdale
City of Seal Beach
City of Signal Hill
City of Stockton
City of Sunnyvale
City of Tempe
City of Thousand Oaks
City of Torrance Utilities
City of Upland
City of Ventura
City of Wasco
City of Whittier
Clark County Water Reclamation District
Coachella Valley Water
Compton Municipal Water Department
Concord Disposal Service
Consolidated Disposal
Continental 2120 Corporation
Contra Costa Water District
CR&R Incorporated
Cucamonga Valley Water District
Del Paso Manor Water District

Desert Water Agency
E.J. Harrison & Sons, Inc.
East Bay Municipal Utility District
East Valley Water District
Eastern Municipal Water District
Edco Disposal Corporation
Edco Waste & Recycling Service
Edco Waste Services
El Dorado Irrigation District
El Toro Water District
Elsinore Valley Municipal Water District
Escondido Disposal, Inc.
Fairfield Municipal Utilities
Fallbrook Waste & Recycling
Fontana Water Company
Garden Grove Disposal
GI Industries
Gilton Solid Waste Management, Inc.
Golden State Water Company
Granite Telecommunications LLC
H2O, Inc.
Helix Water District
Imperial Irrigation District
Indio Water Authority
Industry Public Utility Commission – IPUC
Irvine Ranch Water District
Jamel Greenway LLC
Jones Lang LaSalle, as Agent for Fresh & Easy
    Neighborhood
Jurupa Community Services District
Lakeside Water District
Las Vegas Valley Water District
Los Angeles Department of Water and Power
M G Disposal
M G Disposal #676
Marborg Industries
Mesa Consolidated Water District
Mid-Valley Disposal
Mission Springs Water District
Modesto Irrigation District
Moreno Valley Utility
Nasa Services, Inc.
Nevada Power
Noble Americas Energy Solutions
NRWS Collections
NV Energy
Oak Park Water Service
Olivenhain Municipal Water District
Otay Water District
Padre Dam Municipal Water District
PAETEC
Palm Springs Disposal Services
Palm Springs Sanitation
Park Disposal
Park Water Company
PG&E

Pico Water District
Pleasant Valley Mutual Water Company
Pleasanton Garbage Service
Premiere Global Services
Probuild
Rainbow Disposal
Rancho Disposal Services, Inc.
Recology of The Coast
Recology Vacaville Solano
Republic Services
Sacramento County Utilities
Salt River Project Ag I & P District
San Diego Gas & Electric
San Gabriel Valley Water Company
San Jose Water Company
San Luis Garbage Company
Sandstone Rentals
Serrano Water District
SFPUC
Signal Hill Disposal (EDCO Disposal)
SMUD
Southern California Edison Company
Southern California Gas
Southwest Gas
Suburban Water Systems
Sunset Scavenger Company
Superior Sanitation Service, Inc.
Sweetwater Authority
The Gas Company
Town of Gilbert
Trico Disposal
U.S. Waste Industries LLC
Universal Waste Systems, Inc.
Vallejo Sanitation and Flood Control District
Valley Sanitary District
Varner Brothers, Inc.
Verizon California
Verizon Wireless
Vieira Enterprises, Inc.
Vista Irrigation District
Walnut Valley Water District
Ware Disposal, Inc.
Waste Management
West Valley Water District
Western Municipal Water District
Western Municipal Water District #700
Yucaipa Disposal, Inc.
Yucaipa Valley Water District
Yukon Disposal Service

**Parties in Major Litigation with the Debtors**

Sharon Aurenheimer
Morgan Bragdon
Latara Brewster
Ernestine Carter

Robert De La Torre
G & G Construction Company
Joy Gray
John Huynh
Dandre Jackson
Danielle Kruger
Isabella Lahham
Yessenia Martinez
David Matteson
Susan McDaniel
Tom Miller
Susie Min
Belen Navarro
Network Commercial Service, Inc.
Terri Perez
Gomez Providian
Rufino Ramirez
Rolando Santiago
Gregory Schreiner
Simac Construction, Inc.
State of California
Mike Szczepinski
Sarah Townsend
WCPP-CT LLC
WCPP-LK LLC
Deanna Weatherspoon
Wilkins Family Partnership

**Debtors' Professionals, Consultants and Service Providers**

Best Best & Krieger LLP
Bingham McCutchen LLP
Biomedix
Bob Bottel Consulting
Brownstein Hyatt Farber Schreck LLP
California Grocers Association
Center for Produce Safety
Cerrell Associates, Inc.
CT Corporation
DFA America
DLA Piper US LLP
ERC Consulting
Facilitating Excellence LTD
First American Title Insurance Company
Food Safety Solutions
Foodtrack
Gallagher & Kennedy, P.A.
Greenberg Traurig LLP
Gutilla Murphy Anderson, P.C.
Hart King & Coldren
Hyman, Phelps & McNamara
Ironwood Community Plaza LLC
JCore Consulting
John Daniel Davis
Keller and Heckman LLP

Kolesar & Leatham Chtd.
LW Research Group
March Joint Powers Authority
McKenna Long & Aldridge LLP
Microtek
Moore & Van Allen PLLC
Pat Harrison Consulting
Pillsbury Winthrop Shaw Pittman LLP
QAI Organic Certification
Salem Engineering Group, Inc.
Seyfarth Shaw LLP
Sheppard Mullin Richer & Hampton LLP
Solomon Saltsman & Jamieson
The JSB Group
UL-Responsible Sourcing
United Fresh
Wyndeham Kestrel

**Bankruptcy Judges for the District of Delaware**

Chief Judge Kevin Gross
Judge Kevin J. Carey
Judge Brendan L. Shannon
Judge Christopher S. Sontchi
Judge Mary F. Walrath
Judge Peter J. Walsh
Visiting Judge Judith K. Fitzgerald

**The Attorneys for the United States Trustee's
Office for the District of Delaware**

Buchbinder, David
DeAngelis, Roberta A.
Hackman, Benjamin
Kenney, Mark
Leamy, Jane
Patton, Tiiara
Sarkessian, Juliet
Schepacarter, Richard
Tinker, T. Patrick

## Exhibit 4 - Accounting Summary of Payments

| Date | Transaction | Amount | Retainer Balance |
|------|-------------|--------|------------------|
| 9/20/13 | Wire transfer deposit of retainer | $125,000.00 | $125,000.00 |
| 9/26/13 | Wire transfer deposit of retainer | $75,000.00 | $200,000.00 |
| 9/27/13 | Transfer to RLF Unallocated Account | $200,000.00 | $0.00[1] |

---

[1] RL&F is reconciling prepetition amounts and any unallocated funds not applied to prepetition fees and expenses will be returned to RL&F's retainer account.

RLF1 9401836v.1