# EXHIBIT A

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| FRESH & EASY NEIGHBORHOOD | : | Case No. 13-12569 (KJC) |
| MARKET INC., | : | |
| *et al.,*[1] | : | |
| | : | (Jointly Administered) |
| Debtors. | : | |

### DECLARATION OF CHRISTOPHER PATAY

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure

(the "Bankruptcy Rules") and Rule 2014-1(a) of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local

Rules"), Christopher Patay declares:

1.      I am an attorney at law admitted and in good standing to practice in the

State of California and before the United States District Court for the Central District of

California.

2.      I am a partner of the law firm of Pillsbury Winthrop Shaw Pittman LLP

("Pillsbury") and am duly authorized to make this Declaration on behalf of Pillsbury.  I make this

Declaration in support of the Application of the Debtors for an Order Authorizing Them to

Retain and Employ Pillsbury as Special Corporate Counsel, *Nunc Pro Tunc* as of the Petition

Date, Pursuant to Section 327(e) of the Bankruptcy Code (the "Application").[2]  The facts set

---

[1]      The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636).  The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

[2]      Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

### Pillsbury's Pre-Petition Relationship
### with the Debtors and Its Qualifications

3.      Pillsbury has represented the Debtors in various corporate, commercial and transactional matters for the last six years.  It is well-qualified to act as special corporate counsel to the Debtors in connection with the types of matters described in this Declaration, as it has extensive knowledge and expertise in the relevant areas of the law, and prior to the Petition Date, Pillsbury served as counsel to the Debtors in connection with these types of matters.

4.      Pillsbury holds no pre-petition claim against the Debtors as all invoices were paid by the Debtors prior to the Petition Date, and any pre-petition fees and expenses not yet invoiced were incurred after Pillsbury's receipt of, and are less than the amount of, the retainer held by Pillsbury.  Since March 2007, Pillsbury has billed the Debtors a total of $5,185,531.86 for services rendered and expenses incurred in respect of Pillsbury's representation of the Debtors.  The Debtors paid Pillsbury retainer payments of $350,000 on August 7, 2013, $350,000 on September 10, 2013, $7,332.18 on September 25, 2013, and $290,000 on September 26, 2013.  Of the $2,499,038.40 Pillsbury billed to and received from the Debtors in the one year prior to the Petition Date, approximately $1,847,424.27 was received within 90 days prior to the Petition Date, including $667,332.18 applied against retainer payments.  As of September 27, 2013, Pillsbury held an advance payment retainer of $330,000, to be applied against prepetition fees and expenses.  Pillsbury proposes, and I understand that the Debtors have agreed, that any portion of the Retainer in excess of Pillsbury's prepetition fees and expenses be treated as an evergreen retainer to be held by Pillsbury as security throughout the bankruptcy cases until Pillsbury's fees and expenses are awarded by final order and are then

- 2 -

payable to Pillsbury.  While Pillsbury has not reconciled the final amount of its prepetition fees and expenses, it is expected that the Retainer payments received by Pillsbury are substantially in excess of such prepetition fees and expenses.

### Pillsbury's Disclosure Procedures

5.      Pillsbury, which employs approximately 673 attorneys, has a large and diversified legal practice that encompasses the representation of many financial institutions and commercial corporations, some of which are or may consider themselves to be creditors or parties in interest in the Debtors' pending chapter 11 cases, or otherwise to have interests in these Bankruptcy Cases.

6.      I performed, or caused to be performed, the following actions to identify the parties relevant to this Declaration and to ascertain Pillsbury's connection to such parties:

a)      At my request, Debtors' bankruptcy counsel, Jones Day ("Jones Day") provided me with extensive lists of interested parties and significant creditors (the "Potential Parties in Interest").  The list of Potential Parties in Interest which Pillsbury reviewed is attached hereto as Schedule 1.  The Potential Parties in Interest reviewed include individuals, institutions or entities in the following categories:

(i)      the Debtors;

(ii)      domestic nondebtor affiliates;

(iii)      certain foreign nondebtor affiliates;

(iv)      the Debtors' current and former officers and directors;

(v)      the Debtors' current senior management;

(vi)      current and former directors of the Debtors' direct parent;

- 3 -

(vii)     the Debtors' professional memberships and commercial associations;

(viii)    the Debtors' top 25 suppliers of goods for resale;

(ix)      the Debtors' top 25 suppliers of services and goods not for resale;

(x)       counterparties to material contracts and agreements with the Debtors;

(xi)      current and former parties to unexpired leases with the Debtors;

(xii)     beneficiaries and issuers of letters of credit;

(xiii)    the Debtors' depository and disbursement banks and other financial service providers;

(xiv)     parties to inter-company agreements with the Debtors;

(xv)      the Debtors' major competitors;

(xvi)     the Debtors' major benefits administrators or additional third party administrators;

(xvii)    the Debtors' major insurers and insurance brokers;

(xviii)   the Debtors' significant utility providers;

(xix)     parties in major litigation with the Debtors;

(xx)      the Debtors' professionals, consultants and service providers;

(xxi)     bankruptcy judges in the District of Delaware; and

(xxii)    the U.S. Trustee and attorneys employed by the U.S. Trustee.

To the best of Pillsbury's knowledge, the Potential Party List is the most comprehensive list of potential claimants against or interest holders in the Debtors currently available.    Pillsbury will supplement its disclosures

- 4 -

herein as necessary to the extent the list of Potential Parties in Interest is supplemented.

b)      Pillsbury maintains various databases as part of its conflict clearance and billing records departments (the "Conflicts Database").  The Conflicts Database contains the name of each current and former client (going back approximately ten to fourteen years or longer), the name of the parties who are or were related or adverse to such current or former clients, and the names of the Pillsbury personnel who are or were responsible for current or former matters for such client.  Pillsbury updates the Conflicts Database periodically to include additional entities that become or are related to current clients.  It is the policy of Pillsbury that no new matter may be accepted or opened within Pillsbury without completing and submitting to those charged with maintaining the conflict clearance system the information necessary to check each such matter for conflicts, including the identity of the prospective client, the name of the matter, any adverse parties that are currently known and in some cases, parties related to the prospective client or adverse party.  Accordingly the Conflicts Database is updated for every new matter undertaken by Pillsbury.  The accuracy of the system is a function of the completeness and accuracy of the information submitted by the attorney opening a new matter.  Using the information in the Conflicts Database, Pillsbury compiled a list of the names of the entities which are current clients of Pillsbury or clients for

- 5 -

which professional time was recorded within the last two years (the "Client List").

c)    Pillsbury submitted the names of each of the entities on the Potential Parties in Interest list to compile a comparison against clients listed in the Client List for which professional time was recorded within two years prior to the comparison. Any matches generated by the comparison of the Client List and Potential Parties in Interest list were compiled in a list, together with the names of the Pillsbury personnel responsible for the identified client matters (the "Client Match List").

d)    I or an attorney under my supervision then reviewed the Client Match List and deleted obvious name coincidences and individuals or entities that are or were adverse to Pillsbury's clients (other than the Debtors) in both this matter and those matters referenced on the Client Match List. Using information in the Conflicts Database and by making a specific inquiry by email to a responsible attorney for each client on the Client Match List, Pillsbury verified that it did not represent any entity on the Client Match List in connection with the matters on which it is being engaged by or on behalf of the Debtors.

### Pillsbury's Connections with Parties in Interest in Matters Unrelated to these Chapter 11 Cases

7.    Pillsbury has identified its client connections, consisting of those entities that are creditors or parties in interest in the Debtors' chapter 11 cases. All client connections were diligently reviewed by attorneys working under my supervision. Based upon such review, I determined that, with respect to each client connection between Pillsbury and such parties,

- 6 -

Pillsbury does not hold or represent any interest that is adverse to the Debtors' estates on matters in which it is being engaged by the Debtors.

8.      Based upon a review of Pillsbury's Client List by me and by an attorney under my supervision, Pillsbury currently represents and may represent in the future or has represented since September 1, 2011, in matters unrelated to the Debtors' chapter 11 cases, various parties that are creditors of the Debtors.  Pillsbury has represented and continues to represent the Debtors' ultimate parent entity, Tesco Plc, and affiliates of the Debtors, including Tesco Stores Limited, including in connection with securities and tax matters, that are not adverse to the Debtors or related to the chapter 11 cases.

9.      Pillsbury may in the future represent entities that are claimants of, or interest holders in, the Debtors in matters unrelated to the matters on which Pillsbury is being engaged to represent the Debtors; provided, however that Pillsbury will not take on any matter adverse to the Debtors without consulting with the Debtors' counsel and obtaining any appropriate required consent from the Debtors.

10.      As a matter of retention and disclosure policy, Pillsbury will continue to apply Pillsbury Disclosure Procedures as additional information concerning entities having a material connection to the Debtors is developed and will file appropriate supplemental disclosures with this Court, if necessary.

### Pillsbury's Rates and Billing Practices

11.      Subject to Court approval, compensation will be payable by the Debtors to Pillsbury on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by Pillsbury.  As is the case with respect to work for all Pillsbury clients, Pillsbury's rates are subject to periodic adjustments to reflect economic and other conditions.  Currently,

NYI-4547220
RLF1 9443404v.1

customary hourly rates of partners for Pillsbury in the U.S. range from $590 to $1,155.  Other U.S. attorneys' customary hourly rates, including counsel positions, range from $360 to $925. The customary hourly rates charged for Pillsbury paraprofessionals and other timekeepers in the U.S. range from $65 to $855.

12.     Pillsbury's disbursement policies pass through all out-of-pocket expenses at actual cost, or at estimated actual cost when the actual cost is difficult to determine.  These expenses include facsimiles, toll calls, overtime meals, computerized research, deliveries, court costs, transcript fees, travel, clerk fees, certain secretarial and other overtime expenses, and other expenses.

13.     No promises have been received by Pillsbury or any partner, counsel, or associate thereof as to payment or compensation in connection with these cases other than in accordance with the provisions of the Bankruptcy Code.  Pillsbury has no agreement with any other entity to share with such entity any compensation received by Pillsbury or by any such entity.

14.     The Debtors' Application requests approval of its retention of Pillsbury as special corporate counsel on rates, terms and conditions consistent with what Pillsbury charges clients in non-bankruptcy matters, namely, prompt payment of its hourly rates as adjusted from time to time and reimbursement of out-of-pocket disbursements at cost or based on formulas that approximate the actual cost where the actual cost is not easily ascertainable.  Subject to these terms and conditions, and consistent with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules, Pillsbury intends to apply for compensation for professional services rendered in these chapter 11 cases at its customary hourly rates and for reimbursement of expenses incurred in connection therewith.

- 8 -

15.    The foregoing constitutes the statement of Pillsbury pursuant to sections 327(e) and 328(a) of the Bankruptcy Code and Bankruptcy Rule 2014.

16.    I certify that the foregoing statements are true and correct to the best of my knowledge information and belief.


Dated:  October 3, 2013                Respectfully submitted,

/s/ Christopher Patay
Christopher Patay
Pillsbury Winthrop Shaw Pittman LLP
725 S. Figueroa St. Suite 2800
Los Angeles, CA 90017
Telephone:  (213) 488-7100
Facsimile:  (213) 629-1033

NYI-4547220
RLF1 9443404v.1

**<u>SCHEDULE 1</u>**

**Potential Parties In Interest**

NYI-4547220
RLF1 9443404v.1

**SCHEDULE 1**

**Fresh & Easy Neighborhood Market, Inc.,** *et al.*

**Interested Parties**

**The Debtors**

Fresh & Easy Neighborhood Market, Inc.
Fresh & Easy Property Company

**Domestic Nondebtor Affiliates**

BzzAgent, Inc.
Dunnhumby Delaware, Inc.
Dunnhumby USA, Inc.
Dunnhumby USA LLC
Fresh & Easy Holding Company
Fresh & Easy Neighborhood Foundation
KSS Retail, Inc.

**Foreign Nondebtor Affiliates**

Buttoncable Ltd.
BzzAgent UK Ltd.
Dunnhumby International Ltd.
KSS Retail Ltd.
Tesco Holdings Ltd.
Tesco Plc

**Current and Former Officers and Directors of the Debtors**

Jeff Adams
Timothy R. Ashdown
John Burry
Mark Champagne
Philip Clarke
Hugh Cousins
James Dibbo
Tony Eggs
Peter Evans
Ian Fletcher
Andrew Higginson
Mary M. Kasper
Terry Leahy
Jonathan Lloyd
Tim Mason
Laurie McIlwee
Lucy Neville-Rolfe
Bryan Pugh
Doug Rutledge
Simon Uwins
Remco Waller

**Current Senior Management of the Debtors**

Tim Anning
Andy Bevan
Kayvon Davar
Kate Ewart
Ian Fletcher
Mark Gniot
Kate Hancock
Vivian Hung
Paul Jevins
Anthony Johnson
Paul Keaney
Neill King
Mark Lodge
Huw Mainwaring
Rich Newsted
Kelvin Parker
Paul Stites
Beatrice Vicente
Bob White

**Current and Former Directors of the Debtors' Direct Parent**

Karen Atkinson
Martin J. Field
Andrew T. Higginson
Instant Companies Limited
Jonathan M. Lloyd
Nicholas C. Mourant
Lucy J. Neville-Rolfe
Helen J. O'Keefe
Swift Incorporations
Tesco Services Limited

**Debtors' Professional Memberships and Commercial Associations**

American Frozen Foods Institute (AFFI)
California Grocers Association (CGA)
California Retailers Association (CRA)
Food Marketing Institute (FMI)
Los Angeles Economic Development Corporation (LAEDC)
National Association of Licensing and Compliance Professionals (NALCP)
Produce Marketing Association (PMA)
Survey Monkey (Sensory Results)

United Fresh (Produce)
Valley Industry and Commerce Association (VICA)

**Debtors' Top Suppliers of Goods for Resale**

Andrew Williamson Fresh Produce
The Coca-Cola Company
Calavo Growers Inc.
Columbia Marketing International Inc.
Cornerstone US Wine Imports LLC
Del Monte Fresh Produce N.A., Inc.
DPI West
Eggs West LLC
Foster Farms Dairy
Frito Lay
Fusion FL
General Mills
Great Lakes Cheese Co., Inc.
Harvest Meat Company, Inc.
Hidden Villa Ranch
Il Fornaio America Corporation
International Coffee & Tea LLC
Jennie-O Turkey Store
Kraft Foods Group, Inc.
MM USA, Inc.
Niagara Bottling LLC
Pacific American Fish Company, Inc.
Pak West Paper and Packaging
Pepsi Cola
Plumrose USA
Procter & Gamble
Santa Monica Seafood Company
Smithfield Packing
Snak King Corporation
Sunland Inc.
Two Chefs
Valley Fine Foods Company

**Debtors' Top Suppliers of Services and Goods Not for Resale**

Austin Building and Design, Inc.
California State Board of Equalization
Citi Prepaid Services
Colorado Structures, Inc., d/b/a CSI Construction
Dean Socal LLC, d/b/a Swiss Dairy
Deutsch, Inc.
Fresh & Easy Property Company LLC
Jones Lang LaSalle
Kaiser Foundation Health Plan, Inc.
Kimco Staffing Services, Inc.
Kysor Warren
Liberty Mutual Insurance Company
LPS Contracting, Inc.
National Retail Service Group
NCR Corporation

Priority Business Services, Inc.
Remis America LLC
RR Donnelley & Sons Company
Ryder Integrated Logistics, Inc.
Steve Julius Construction, Inc.
Stremicks Heritage Foods LLC
The Produce Exchange
Utility Trailer Sales of Southern California LLC
Wells Fargo Bank, N.A. (for 401K)
Wyndeham Kestrel

**Parties to Material Contracts with the Debtors**

3M Company
ABM Security Service
ADP Taxware division of ADP, Inc.
ADT Security Services, Inc.
AeroTek Scientific LLC
Aetna Health of California, Inc.
Aetna Life Insurance Company
Air Liquide Industrial U.S., L.P.
Ajilon Professional Staffing LLC
ALIC Enterprises LLC, d/b/a Arizona Liquor
    Industry Consultants
American Corporate Security, Inc.
American Music Environments, Inc.
Anderson Security Agency
Andrew & Williamson Fresh Produce
Aon Risk Insurance Services West, Inc.
APCO Worldwide, Inc.
APlus Homes, Inc., d/b/a Service Master A Plus
    Clean
Apollo Technologies, Inc.
Arizona Cart Retrieval Company
Balboa Capital Corporation (lease now assigned to
    Wells Fargo Equipment Finance, Inc.)
Barrel O Fun Snack Foods Company
Bazaarvoice, Inc.
Bemus Landscape, Inc.
Bizerba USA, Inc.
Blackhawk Network, Inc.
BlueHornet Networks, Inc.
Bonents Slice of Pie
C&L Refrigeration Corporation
California Boiler
California Shopping Cart Retrieval Corporation, Inc.
Cerrell Associates, Inc.
Checkpoint Systems, Inc.
CHEP USA
Clougherty Packing LLC
Colorado BARS, Inc., d/b/a The BARS Program
ComPsych
Computer Protection Technology, Inc.
Conexis
Cornerstone US Wine Imports LLC
Crestone Group LLC

Custom Service Systems
Dawn Food Products
Del Monte Fresh Produce N.A., Inc.
Dell Marketing, L.P.
Dell Message One - Alertfind
Delta Dental of California
Dematic Corporation
Deutsch LA, Inc.
Dialogue Marketing, Inc.
DLEnglish Design Studio
EcoLab
EcoPest (division of EcoLab)
eMaint Enterprises LLC
Emerson Network Power Liebert Services
ExactTarget, Inc.
Food Safety Solutions, Inc.
Food Microbiological Labs (FML)
FoodChain Global Advisors, Inc.
Foster Poultry Farms, Inc.
Fusion Floral
Gadberry Group LLC
Garda CL West, Inc., f/k/a AT Systems West
General Electric Capital Corporation
Gourmet India Food Company
GSX, Inc.
Harris Ranch
Harvest Meat Company, Inc.
Hewlett-Packard Company
IBM Business Continuity & Recovery Services
Idaho Potato Commission
II Fornaio (America) Corporation
Inovis USA, Inc.
Intellinetics, Inc.
Intuit, Inc.
Inventure Foods, Inc.
iTEK Services, Inc.
IVIS Group Limited
Ixia Packaging Machine Solutions
John Bean Technologies Corporation
Jones Lang LaSalle Americas, Inc.
Kimco
Kohl's Value Services, Inc.
Laura Hiller Lynch, d/b/a Intelligent Database
Solutions
Law Offices of Neal C. Tenen
Leader Enterprises, Inc.
LexisNexis Occupational Health Solutions, Inc.
LexisNexis Screening Solutions, Inc.
Liberty Mutual Insurance
Marel, Inc.
Marian Health Greeting Cards LLC
Marsh Risk & Insurance Services
Matheson Tri-Gas
Mercer Health & Benefits LLC
Merchants Automotive Group, Inc.
Mericle Mechanical, Inc.

Micros Retail & Manufacturing Limited
MMUSA, Inc.
Muddy Boots Software, Ltd.
Natures Way Foods USA, Inc.
NCR Corporation
NEC Corporation of America
North American Food Group Ltd.
NSF International, Inc.
Odesus, Inc.
One Source Food Solutions
Otis Elevator Company
P & D Dairy
Paramount Protective Services, Inc.
Penske Truck Leasing Co., L.P.
Polymer Logistics, Inc.
Priority Business Services
Providian Staffing
Prudential Clean Room Services
Pure Health Solutions, Inc.
Pure Water Finance
Pure Water Tech (I.E.)
Quality Assurance International (QAI)
Raymond Handling Solutions, Inc.
Redsky IT
Resource Management Group, Inc.
Retail Data LLC
Retalix USA, Inc.
Ricoh Americas Corporation
RL Public Relations + Marketing, Inc.
Romero's Food Products, Inc.
Ross Systems
RQA, Inc.
Ryder Integrated Logistics
SAI Global, Inc.
Savvis Communications Corporation
SCS, Inc.
Secova, Inc.
SEDEX Database
Select Staffing Services, Inc.
Silliker Laboratories
Simplex Grinnell, L.P.
SmartRevenue, Inc.
Snak-King Corporation
Southern Wine & Spirits of America, Inc.
Specialists in Custom Software, Inc.
Sprint Solutions, Inc.
Stericycle, Inc.
Stratex Solutions, Inc.
Sweet Life Enterprises, Inc.
Systems Maintenance Services
Talon Executive Services, Inc.
Tax Compliance, Inc,.
The Inventure Group, Inc.
The Nielsen Company (US) LLC
The Yucaipa Companies LLC
Two Chefs on a Roll, Inc.

Tyco integrated Security LLC
Unified Protective Services, Inc.
Universal Security& Fire, Inc.
USGN, Inc.
ValueLink LLC, d/b/a First Data Prepaid Services
VCG Kestrel LA Ltd.
VCG Kestrel Limited
Verisae, Inc.
WageWorks, Inc.
Westec Interactive Security, Inc.
Western Bagel
Wheat Montana
Wyndeham Kestrel LA, Inc.
Yale/Chase Equipment and Services


### Current and Former Parties to Unexpired Leases

#### Real Property Lessors (Employee Residential Leases)

BRE Properties, Inc.
Debra Turner Living Trust UAO-2-16-06
Legacy Partners Residential, Inc.
Liam Thornton
Mehrid Kosrow-Pour
Newsen Tsang
Paul and Lana Lee
Raju Chhabria and Philomina Chhabria

#### Real Property Lessors (Commercial)

1ˢᵗ Commercial Realty Group, Inc.
5 R Partners LLC
A & C Properties, Inc.
ADR Preferred Business Properties
AJ Louis Corporation
Alex Management
All The Games TIC
Altapo Belwood LLC
America West Properties, Inc.
Architectural Ventures
Ardenbook, Inc.
Arizona Partners
Arlington Square, L.P.
Armistre Ametjian Staley Family Ltd.
B & L Realty Associates LLC
Beach Plaza LLC & Refoua LLC
Beltway Associates Ltd.
Benjamin John Bubenik, a/k/a Beverly Hills
    Physicians.com
BP Gilbert LLC
BP Phoenix LLC
BRH LLC
Brico Commercial Services
Brixmor Property Group
Broadmarket Plus II, L.P.

Browman Development Company, Inc.
Bullock-Golden Partnership
Buzz Oates Management Services
C&C RiverRock Newmark
Cal-Select Properties, Inc.
CAM Commercial Properties
Capital Asset Management
Carosella Properties, Inc.
CB Richard Ellis, Inc.
CBRE
Centers Business Management (CBM)
CFI
Champion
Cherry Gardena LLC
CIM Group LLC
Citadel Equities Group
Clifford Nevada LLC
CNT Investments LLC
Colliers Parrish Asset Management, Inc.
Commercial Facilities, Inc.
Commercial Property Management
Commercial Real Estate Specialists
Continental Development
Cordano Company
Coreland Companies
Corner Stone, Development
Corona Vista Properties Company
CPMC Realty
CRE7 LLC
Cushman Family Trust B
CVS Realty
Gerald Daley
Davidson Myers & Associates
Daytom Enterprises, Inc.
De Anza Properties
Del-Camp Investments, Inc.
Diamond Property Company LLC
Diamond Square LLC
Donohoe & Company, Inc.
Duckett-Wilson Development Company
Shiekh S. Ellahi
Emser International LLC
Engstrom Properties, Inc.
Euclid Ontario Development LLC
Evergreen Commercial Realty LLC
Excel Property Management Services, Inc.
Fallbrook Plaza LLC
FM Enterprises
Foothills Nevada LLC
Fortuna Asset Management
Foursquare Properties, Inc.
Fraser & MacRae, Inc.
Fritz Duda Company
Albert K. Fujisawa
Furst Enterprises Group B LLC
G3 Enterprises, Inc.

Galleria Orange LLC
GAM Venture One LLC
Garfield Beach CVS LLC
Geyser Asset Management
GGF Huntington LLC
Gilbert LLC
Globe Properties / DHM Development
Golden Heights Investment LLC
Golden Mile Investment Company
Goldenrock Investment, Inc.
Gordon Ranch Marketplace LLC
GRAE Ventures LLC / Amsted Residuals LLC
Grand Plaza LLC
Greenway 32 LLC
Gresham Savage Nolan & Tilden, P.C.
Grupe Commercial Company
GVD Commercial Properties, Inc.
GW Paramount Investment LLC
Randi Hart
Highlander Center LLC
Higley Park Commercial
Higley Pavilion LLC
Hill Management Service
Hinds Investments, L.P.
Hoefflin & Burrows
Inland Diversified RE Services
IPB Commercial
Iris Partners LLC
J & P Properties
J & S Management
J. S. Signet LLC
J. Wood Ventures LLC
J.A. Kennedy Real Estate Company
James Crone & Associates
JKG Investments
J-Mar Development Company
Johnston Property Management, Inc.
JYW Properties, L.P.
Jeffrey D. Kabakoff & Maria V. Kabakoff
Kaercher Investments
Kern River Partners LLC
William J. Knight
KP Management Group LLC (Prop. Mgr.)
La Jolla Management Company
Laguna Village
Lakemoor Properties LLC
Laurich Properties, Inc.
Legend Real Estate Management, Inc.
Todd Leger
Lewis Operating Corporation
Lin Estate, Inc.
John Lively
M & M Stone, Inc.
M. D. Atkinson Co., Inc.
M. F. Daily Corporation
Majestic Management

Mann Investments, Inc.
Maple Leaf Investments
Mar LLC
Martin Trust
Mary Bartsas 13 LLC
Mary Bartsas 15 LLC
Maverick Holding LLC
McConica 2260 LLC
McNeillis Partners LLC
Meridian Pacific, Ltd.
Metro Realty Advisors LLC
Metrowealth Properties
MLI Capital Partners LLC
MNG Real Estate Investments LLC
Dr. & Mrs. Kenneth W. Morgan
MTK Limited LLC
Nevada Capital Asset Management
Newman Development Group of Madera LLC
Newmark Merill Companies
North River Investments LLC
Northern 12 LLC
Optimus Property Management LLC
Orosco Development No. 11 LLC
Outpar LLC
Pacific Horizon Management
Pacific West Asset Management Corporation
Paddle Creek & Associates, Inc.
Parkstone Management Services, Inc.
Paul and Koula LLC
Peak Campus Management LLC
PetSmart, Inc.
Thang and Kathy Pham
Phillips Edison & Company
Plaza Sorrento Partners LLC
Ponder LLC
Primestor Development, Inc.
PRJL – Corona LLC
Property MGMT Services, Inc.
R & R Management LLC
Red Tail Acquisitions LLC
Regency Centers
Retail California
Rich Development Enterprises LLC
RiverRock Real Estate Group, Inc.
ROIC Paramount Plaza LLC
Roussey Family Partnership
Rudd Properties
Ryan/Kalof Commercial Real Estate, Inc.
Salvador S. Sanchez
Sand Hill Property Management Company
Shlemmer Investments
Smith Center Development, Inc.
Solari Enterprises, Inc.
Soraya LLC
South Mountain Pavilion CAM
Spectrum Property Management

Sperry Van Ness-RICORE
Judy Spiller
SPL, Ltd./Stonington Properties
Sports Authority
STC Management
Larry & Tammy Stewart
Stockdale Property Management, Inc.
Stolz Management
Max Stolzberg
Sun Arroyo I LLC
Sunbelt Investment Holdings, Inc.
Kay Swilkart
Tallen & Keshen Holdings LLC
Tallen Keshen Retail Ventures LLC
The Abbey Company
The Bridgeport Company
The Glenmoor Companies
The Klein Group
The Lottie A. Moore Family Trust
The Midtown Niki Group
The Remm Group
Thomaco Property Management
John Thomas
Thompson National Properties LLC
Toibb Enterprises
Andy Trachman
Triwell Properties, Inc.
Trop & Jones LLC
Turner Island Farms
Tuscany Square Partners LLC
University Capital Management, Inc.
Upland Village c/o Kodash, Inc.
Valley Field Riding & Polo Club (VFR&P Properties)
Vestar Property Management
Virtus Commercial
VK Major One LLC
Voit Real Estate Services
Walgreen Company
Warm Springs Plaza LLC
Warner Greenfield LLC
WCPP-LK LLC
Weingarten Nostate, Inc.
Wells Fargo Bank Northwest, N.A.
Wendy-Veto LLC
Peter & Lili Weng
Stanley Weissbrot
West ValleyProperties, Inc.
Westcore Freightways LLC
Western Malls LLC
Westside Business Park, L.P.
Westside Realty
Westwood Village
Wild West Westminster, Ltd.
Williams Real Estate Management, Inc.
Wohl Palm Desert LLC
Worchell Properties

YOG LLC

*Equipment Lessor*

Nik-o-Lock Service Company

**Beneficiaries and Issuers of Letters of Credit**

2800 Wilshire LLC
Agricultural Improvement and Power District
Bank of the West
City of Goleta, California
Continental 1700 Rosecrans Corporation
General Electric Capital Corporation
International Fidelity Insurance Company
Liberty Mutual Insurance Company
National Beef Packing Company LLC
Nevada Department of Taxation
Pacific Gas and Electric Company
Salt River Project
Southern California Edison
The Smithfield Packing Company, Inc.
Trop & Jones LLC
Wilkins Family Partnership, L.P.

**Depository and Disbursement Banks and Other Financial Services Providers**

American Express (Amex)
American Express Travel Related Services Company, Inc.
Citibank, N.A.
Citibank, N.A./First Data
Citicorp Payment Services, Inc.
Discover Financial Services
First Data Merchant Services Corporation
Garda World Security Corporation
Harris Bank
JPMorgan Chase Bank, N.A.
MasterCard International
Tesco Plc
Union Bank, N.A.
USA Technologies, Inc.
ValueLink LLC, d/b/a First Data Prepaid Services
Visa, Inc.

**Parties to Inter-Company Agreements with the Debtors**

Dunnhumby Delaware, Inc.
Dunnhumby International Ltd.
Fresh & Easy Property Company LLC
Tesco Hindustan Service Centre Private Limited
Tesco Stores Limited

**Major Competitors**

Albertsons, n/k/a New Albertsons, Inc.
Fry's Food Stores of Arizona, Inc.
The Kroger Company
Lucky Stores
Raleys Grocery Stores
Ralphs Grocery Company, d/b/a Food 4 Less
Safeway, Inc.
Smith's Food & Drug Centers
Stater Bros. Markets, Inc.
Trader Joe's
Vons Companies, Inc.

**Major Benefits Administrators or Additional
Third Party Administrators**

Aetna Inc.
Delta Dental of California
Kaiser Permanente, a/k/a Kaiser Foundation Health
Plan, Inc.
Vision Service Plan

**Taxing, Licensing and Permits Authorities**

Alameda County Tax Collector
All City Glass, Inc.
Amador County Tax Collector
Arizona Department of Revenue
Arizona State Board of Pharmacy
Bank of the West
California Department of Food & Agriculture
California Department of Industrial Relations
California Department of Public Health
California State Board of Equalization
CalRecycle
Carson City Sheriff's Department
Circuit City Stores, Inc.
City and County of San Francisco
City County of San Francisco Department of Public
    Health Governmental Health Section
City Kitchen
City National Bank
City of Alhambra
City of Anaheim
City of Antioch
City of Arcadia
City of Avondale
City of Azusa
City of Bakersfield
City of Baldwin Park
City of Brentwood
City of Buena Park
City of Burbank
City of Calimesa
City of Camarillo

City of Cathedral City
City of Chandler
City of Chino Hills
City of Chula Vista
City of Clovis
City of Compton
City of Concord
City of Corona
City of Costa Mesa
City of Covina
City of Delano
City of Downey
City of Duarte
City of El Cajon
City of El Mirage
City of El Segundo
City of Elk Grove
City of Escondido
City of Fairfield
City of Flagstaff
City of Folsom
City of Fontana
City of Fountain Valley
City of Fresno
City of Fresno Fire Department
City of Fresno Police Deparment
City of Fullerton
City of Garden Grove
City of Glendale, Arizona
City of Glendora
City of Hawthorne
City of Hayward
City of Henderson
City of Hermosa Beach
City of Hesperia
City of Huntington Beach
City of Huntington Park
City of Indio
City of Irvine
City of Jurupa Valley
City of La Habra
City of La Mirada
City of La Quinta
City of Lake Forest
City of Lakewood
City of Las Vegas
City of Lemoore
City of Lincoln
City of Loma Linda
City of Lompoc
City of Long Beach
City of Los Alamitos
City of Los Angeles
City of Los Angeles Department of Airports
City of Manhattan Beach
City of Mesa

City of Modesto
City of Moorpark
City of Moreno Valley
City of Mountain View
City of Murrieta
City of Napa
City of Napa d/b/a NRWS Collections
City of North Las Vegas
City of Norwalk
City of Oceanside
City of Ontario
City of Orange
City of Oxnard
City of Pacifica
City of Palm Desert
City of Palm Springs
City of Palos Verdes Estates
City of Paramount
City of Pasadena
City of Peoria Arizona
City of Phoenix
City of Pico Rivera
City of Pleasanton
City of Prescott
City of Rancho Cucamonga
City of Reedley
City of Rialto
City of Riverside
City of Rosemead
City of Sacramento
City of San Bernardino
City of San Diego
City of San Diego Police Department
City of San Dimas
City of San Jacinto
City of San Jose
City of San Luis Obispo
City of Santa Barbara
City of Santee
City of Scottsdale
City of Seal Beach
City of Signal Hill
City of Simi Valley
City of Sparks
City of Sunnyvale
City of Surprise
City of Temecula
City of Tempe
City of Thousand Oaks
City of Torrance
City of Tucson
City of Upland
City of Vacaville
City of Ventura
City of Vista
City of Walnut Creek

City of Wasco
City of West Covina
City of Westminster
City of Whittier
City of Yucaipa
City Service Contracting, Inc.
City Year, Inc.
Clark County Nevada
Contra Costa County
Contra Costa County Tax Collector
County of Alameda
County of Fresno
County of Kings
County of Los Angeles
County of Los Angeles Agricultural Commissioner
    of Weights and Measures
County of Napa
County of Orange
County of Orange Health Care Agency
    Environmental Health Division
County of Riverside
County of Riverside Department of Environment
County of Sacramento
County of San Bernardino
County of San Diego
County of San Luis Obispo
County of San Mateo
County of Santa Barbara
County of Santa Clara
County of Solano
County of Stanislaus
County of Ventura
Department of Alcoholic Beverage Control
Department of Liquor Licenses and Control
Department of Toxic Substances Control
Franchise Tax Board
Fresno County Tax Collector
Gibson Dunn & Crutcher LLP
Idaho Potato Commission
Keller and Heckman LLP
Kern County Environmental Health Services
Kern County Treasurer Tax Collector
Lake County Tax Collector
Los Angeles County Department of Public Works
Los Angeles County Fire Department
Los Angeles County Treasurer and Tax Collector
Los Angeles Superior Court
Madera County Tax Collector
Maricopa County Environmental Services
Maricopa County Treasurer
Market Based Solutions
Merced County Tax Collector
Monterey County Tax Collector
Napa County Tax Collector
Nevada Department of Agriculture
Nevada Department of Taxation

Nevada State Dairy Commission
Office of the Kings County Treasurer Tax Collector
Orange County Treasurer Tax Collector
Phoenix Police Department Code Enforcement Unit
Pinal County Treasurer
Placer County
Placer County Treasurer Tax Collector
Port City Bakery d/b/a AK Pizza Crust
Regents of the University of California Continuing
    Education of the Bar (CEB)
Regents University of California, Los Angeles
Riverside County Agricultural Commissioner Sealer
    of Weights & Measures
Riverside County Department of Environmental
    Health
Riverside County Fire Department Planning Section
Riverside County Treasurer Tax Collector's Office
Sacramento County Tax Collector
San Bernardino County Department of Health
San Diego County Treasurer Tax Collector
San Francisco County Tax Collector
San Joaquin County Tax Collector
San Joaquin Valley Unified Air Control District
San Luis Obispo County Tax Collector
San Miguel Consolidated Fire Protection District
San Ramon Valley Fire Protection District
Santa Clara County Tax Collector
Solano County Tax Collector
South Coast Air Quality Management District
Southern Nevada Health District
Stanislaus County Tax Collector
State of Arizona
State of Nevada Department of Employment Training
State Water Resources Control Board
TCI Acquisition Corporation d/b/a Tax Compliance,
    Inc.
The Bureau of National Affairs, Inc. a/k/a BNA
Town of Danville
Town of Gilbert
Tulare County Treasurer Tax Collector
United States Department of Agriculture (USDA)
United States Treasury
Washoe County Treasurer

## Major Insurers and Insurance Brokers

ACE American Insurance Company
ACE Insurance Company
Allianz S.E.
Brit Syndicates Ltd.
Catlin Group Limited
Crum & Forster Specialty Insurance Company
The Chartis Companies
Chubb Group of Insurance Companies
C.V. Starr & Company, Inc.
HCC Insurance Holdings

Hiscox Insurance Company, Ltd.
Liberty Mutual Fire Insurance Company
Liberty Surplus Insurance Corporation
QBE Insurance Corporation
RSA Insurance Group Plc
Travelers Insurance Company
Travelers Property and Casualty Co. of America
XL Insurance
Zurich Insurance Group Plc

## Significant Utility Providers

Advance Disposal Company
Allied Waste Services
Anaheim Disposal
Anderson (Rubbish) Disposal Service
APS
AT&T
Athens Services
Atlas Disposal Industries LLC
Azusa Light and Water
Burbank Water & Power
Burrtec Waste & Recycling Services
Burrtec Waste Industries, Inc.
Bz Disposal Services
California American Water
California Water Service Company
Calmet Services
Carmichael Water District
Central Telephone Company Nevada, d/b/a
    CenturyLink
Chino Hills Disposal
Chino Hills Disposal #676
Cisco Systems, Inc., d/b/a Cisco Webex LLC
City of Alhambra
City of Anaheim
City of Antioch
City of Arcadia Water
City of Avondale
City of Bakersfield
City of Brentwood
City of Buena Park
City of Camarillo
City of Chandler
City of Chula Vista Sewer Billing
City of Clovis
City of Coachella
City of Corona
City of Covina
City of Delano
City of Downey
City of El Cajon
City of El Mirage
City of Escondido
City of Folsom
City of Fontana

City of Fountain Valley
City of Fresno
City of Fullerton
City of Garden Grove
City of Glendale
City of Glendora
City of Hayward
City of Hemet
City of Henderson Water
City of Hesperia
City of Huntington Beach
City of Industry
City of La Habra
City of Lakewood
City of Las Vegas – Sewer
City of Lemoore
City of Lincoln
City of Loma Linda
City of Lompoc
City of Long Beach
City of Madera
City of Manhattan Beach
City of Mesa
City of Modesto
City of Mountain View
City of Napa
City of North Las Vegas
City of Oceanside
City of Ontario
City of Orange
City of Oxnard
City of Palm Spring
City of Paramount
City of Peoria
City of Phoenix
City of Rancho Cucamonga
City of Reedly
City of Rialto
City of Riverside
City of Sacramento
City of San Bernardino
City of San Diego
City of San Jose
City of San Luis Obispo
City of Santa Barbara
City of Scottsdale
City of Seal Beach
City of Signal Hill
City of Stockton
City of Sunnyvale
City of Tempe
City of Thousand Oaks
City of Torrance Utilities
City of Upland
City of Ventura
City of Wasco

City of Whittier
Clark County Water Reclamation District
Coachella Valley Water
Compton Municipal Water Department
Concord Disposal Service
Consolidated Disposal
Continental 2120 Corporation
Contra Costa Water District
CR&R Incorporated
Cucamonga Valley Water District
Del Paso Manor Water District
Desert Water Agency
E.J. Harrison & Sons, Inc.
East Bay Municipal Utility District
East Valley Water District
Eastern Municipal Water District
Edco Disposal Corporation
Edco Waste & Recycling Service
Edco Waste Services
El Dorado Irrigation District
El Toro Water District
Elsinore Valley Municipal Water District
Escondido Disposal, Inc.
Fairfield Municipal Utilities
Fallbrook Waste & Recycling
Fontana Water Company
Garden Grove Disposal
GI Industries
Gilton Solid Waste Management, Inc.
Golden State Water Company
Granite Telecommunications LLC
H2O, Inc.
Helix Water District
Imperial Irrigation District
Indio Water Authority
Industry Public Utility Commission – IPUC
Irvine Ranch Water District
Jamel Greenway LLC
Jones Lang LaSalle, as Agent for Fresh & Easy
    Neighborhood
Jurupa Community Services District
Lakeside Water District
Las Vegas Valley Water District
Los Angeles Department of Water and Power
M G Disposal
M G Disposal #676
Marborg Industries
Mesa Consolidated Water District
Mid-Valley Disposal
Mission Springs Water District
Modesto Irrigation District
Moreno Valley Utility
Nasa Services, Inc.
Nevada Power
Noble Americas Energy Solutions
NRWS Collections

NV Energy
Oak Park Water Service
Olivenhain Municipal Water District
Otay Water District
Padre Dam Municipal Water District
PAETEC
Palm Springs Disposal Services
Palm Springs Sanitation
Park Disposal
Park Water Company
PG&E
Pico Water District
Pleasant Valley Mutual Water Company
Pleasanton Garbage Service
Premiere Global Services
Probuild
Rainbow Disposal
Rancho Disposal Services, Inc.
Recology of The Coast
Recology Vacaville Solano
Republic Services
Sacramento County Utilities
Salt River Project Ag I & P District
San Diego Gas & Electric
San Gabriel Valley Water Company
San Jose Water Company
San Luis Garbage Company
Sandstone Rentals
Serrano Water District
SFPUC
Signal Hill Disposal (EDCO Disposal)
SMUD
Southern California Edison Company
Southern California Gas
Southwest Gas
Suburban Water Systems
Sunset Scavenger Company
Superior Sanitation Service, Inc.
Sweetwater Authority
The Gas Company
Town of Gilbert
Trico Disposal
U.S. Waste Industries LLC
Universal Waste Systems, Inc.
Vallejo Sanitation and Flood Control District
Valley Sanitary District
Varner Brothers, Inc.
Verizon California
Verizon Wireless
Vieira Enterprises, Inc.
Vista Irrigation District
Walnut Valley Water District
Ware Disposal, Inc.
Waste Management
West Valley Water District
Western Municipal Water District

Western Municipal Water District #700
Yucaipa  Disposal, Inc.
Yucaipa Valley Water District
Yukon Disposal Service

**Parties in Major Litigation with the Debtors**

Sharon Aurenheimer
Morgan Bragdon
Latara Brewster
Ernestine Carter
Robert De La Torre
G & G Construction Company
Joy Gray
John Huynh
Dandre Jackson
Danielle Kruger
Isabella Lahham
Yessenia Martinez
David Matteson
Susan McDaniel
Tom Miller
Susie Min
Belen Navarro
Network Commercial Service, Inc.
Terri Perez
Gomez Providian
Rufino Ramirez
Rolando Santiago
Gregory Schreiner
Simac Construction, Inc.
State of California
Mike Szczepinski
Sarah Townsend
WCPP-CT LLC
WCPP-LK LLC
Deanna Weatherspoon
Wilkins Family Partnership

**Debtors' Professionals, Consultants and Service Providers**

Best Best & Krieger LLP
Bingham McCutchen LLP
Biomedix
Bob Bottel Consulting
Brownstein Hyatt Farber Schreck LLP
California Grocers Association
Center for Produce Safety
Cerrell Associates, Inc.
CT Corporation
DFA America
DLA Piper US LLP
ERC Consulting
Facilitating Excellence LTD
First American Title Insurance Company

Food Safety Solutions
Foodtrack
Gallagher & Kennedy, P.A.
Greenberg Traurig LLP
Gutilla Murphy Anderson, P.C.
Hart King & Coldren
Hyman, Phelps & McNamara
Ironwood Community Plaza LLC
JCore Consulting
John Daniel Davis
Keller and Heckman LLP
Kolesar & Leatham Chtd.
LW Research Group
March Joint Powers Authority
McKenna Long & Aldridge LLP
Microtek
Moore & Van Allen PLLC
Pat Harrison Consulting
Pillsbury Winthrop Shaw Pittman LLP
QAI Organic Certification
Salem Engineering Group, Inc.
Seyfarth Shaw LLP
Sheppard Mullin Richer & Hampton LLP
Solomon Saltsman & Jamieson
The JSB Group
UL-Responsible Sourcing
United Fresh
Wyndeham Kestrel

**Bankruptcy Judges for the District of Delaware**

Chief Judge Kevin Gross
Judge Kevin J. Carey
Judge Brendan L. Shannon
Judge Christopher S. Sontchi
Judge Mary F. Walrath
Judge Peter J. Walsh
Visiting Judge Judith K. Fitzgerald

**The Attorneys for the United States Trustee's**
**Office for the District of Delaware**

Buchbinder, David
DeAngelis, Roberta A.
Hackman, Benjamin
Kenney, Mark
Leamy, Jane
Patton, Tiiara
Sarkessian, Juliet
Schepacarter, Richard
Tinker, T. Patrick