**EXHIBIT A**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| FRESH & EASY NEIGHBORHOOD | : | Case No. 13-12569 (KJC) |
| MARKET INC., *et al.*,[1] | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## <u>DECLARATION OF LISA LAUKITIS</u>

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and Rule 2014-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Rules</u>"), Lisa Laukitis declares:

1.      I am an attorney at law admitted and in good standing to practice in the State of New York and before (a) the United States District Court for the Southern District of New York and (b) the United States District Court for the Eastern District of New York.

2.      I am a partner of the law firm of Jones Day and am duly authorized to make this Declaration on behalf of Jones Day.  I make this Declaration in support of the Application of the Debtors for an Order Authorizing them to Retain and Employ Jones Day as Counsel, *Nunc Pro Tunc* as of the Petition Date (the "<u>Application</u>").[2]  The facts set forth in this Declaration are personally known to me and, if called as a witness, I could and would testify thereto.

---

[1]      The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636).  The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

[2]      Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

## Jones Day's Qualifications

3.      Jones Day is particularly well qualified to serve as the Debtors' counsel in these chapter 11 cases.  Jones Day is one of the largest law firms in the world, with a national and international practice, and has substantial experience in virtually all aspects of the law that may potentially arise in these chapter 11 cases, including bankruptcy, corporate, employee benefits, environmental, finance, intellectual property, labor and employment, litigation, mergers and acquisitions, real estate, securities and tax expertise.  Jones Day's restructuring practice group consists of approximately 74 attorneys practicing in offices throughout the United States and overseas.  Jones Day's restructuring lawyers have played significant roles in a wide array of chapter 11 cases, including those of AbitibiBowater Inc.; Adelphia Communication Corporation; AES Eastern Energy, L.P.; AFA Investment Inc.; American Airlines Inc.; Bi-Lo LLC; Boscov's, Inc.; Calpine Corporation; Chemtura Corporation; Chrysler LLC; Dana Corporation; FLYi, Inc.; Forum Health, Inc.; Fountainebleau Las Vegas Holdings LLC; Franciscan Communities St. Mary of Woods, Inc.; General Maritime Corporation; GSI Group, Inc.; Harry & David Holdings, Inc.; Hostess Brands, Inc.; Interep National Radio Sales, Inc.; Lehman Brothers Holdings, Inc.; Levitz Home Furnishings, Inc.; Los Angeles Dodgers LLC; Meridian Automotive Systems, Inc.; Metaldyne Corporation; MF Global Holdings Ltd.; NexPak Corporation; Osyka Corporation; Penton Business Media Holdings; Performance Transportation Services, Inc.; Plant Insulation Company; PLVTZ, Inc.; Proliance International, Inc.; Qimonda Richmond, LLC; Rock US Holdings Inc.; Specialty Products Holding Corp.; TOUSA, Inc.; Tribune Company; Tower Automotive, Inc.; and WHX Corporation.

4.      Jones Day is also familiar with the Debtors' business.  In connection with various prepetition matters, Jones Day's professionals have worked closely with the Debtors'

NYI-4541221
RLF1 9443434v.1

management and other professionals, and, as a result, have become well acquainted with the

Debtors' history, operations, assets and liabilities and related matters.  Accordingly, Jones Day

has developed substantial knowledge regarding the Debtors that will result in effective and

efficient services in these chapter 11 cases.

5.     Pursuant to the terms of the Engagement Letter, and subject to the Court's

approval of the Application, Jones Day intends to:  (i) charge for its legal services on an hourly

basis in accordance with its ordinary and customary hourly rates in effect on the date services are

rendered and (ii) seek reimbursement of actual and necessary out-of-pocket expenses.[3]

6.     The names, positions, resident offices and current hourly rates of those

Jones Day lawyers currently expected to spend significant time on these chapter 11 cases are

attached hereto as Schedule 3.[4]  Jones Day's hourly fees are comparable to those charged by

attorneys of similar experience and expertise for engagements of scope and complexity similar to

these chapter 11 cases.  For all of these reasons, Jones Day's rates are reasonable and favorable to

the Debtors' estates.

7.     Jones Day's hourly billing rates are subject to periodic review and

adjustments.  Prior to any increases in the rates as set forth in Schedule 3 of this Declaration,

Jones Day will file a supplemental affidavit with the Court and give ten business days' notice to

the U.S. Trustee and any official committee, which supplemental affidavit shall explain the basis

for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code

---

[3]     The hourly rates charged by Jones Day professionals differ based on, among other things, the professional's level of experience and the rates normally charged in the specific office in which the professional is resident.

[4]     Schedule 3 is a non-exclusive list of such lawyers.  Jones Day reserves the right to increase its billing rates in accordance with its normal billing policies.

and indicate whether the Debtors have received notice of and approved the proposed rate increase.

8.    Jones Day intends to maintain detailed contemporaneous time records in six minute intervals and apply to the Court for payment of compensation and reimbursement of expenses in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any additional procedures that may be established by the Court in these chapter 11 cases.  Jones Day has agreed to accept as compensation such sums as may be allowed by the Court.  In addition, Jones Day understands that interim and final fee awards are subject to approval by this Court.

9.    The Debtors have provided Jones Day with a list of the names (collectively, the "Interested Parties") of individuals, institutions or entities in the following categories:

<div style="margin-left:2em">

(a)    the Debtors;

(b)    domestic nondebtor affiliates;

(c)    foreign nondebtor affiliates;

(d)    the Debtors' current and former officers and directors;

(e)    the Debtors' current senior management;

(f)    current and former directors of the Debtors' direct parent;

(g)    the Debtors' professional memberships and commercial associations;

(h)    the Debtors' top 25 suppliers of goods for resale;

(i)    the Debtors' top 25 suppliers of services and goods not for resale;

(j)    counterparties to material contracts and agreements with the Debtors;

(k)    current and former parties to unexpired leases with the Debtors;

</div>

-4-

(l)      beneficiaries and issuers of letters of credit;

(m)     the Debtors' depository and disbursement banks and other financial service providers;

(n)     parties to inter-company agreements with the Debtors;

(o)     the Debtors' major competitors;

(p)     the Debtors' major benefits administrators or additional third party administrators;

(q)     the Debtors' major insurers and insurance brokers;

(r)     the Debtors' significant utility providers;

(s)     parties in major litigation with the Debtors;

(t)     the Debtors' professionals, consultants and service providers;

(u)     bankruptcy judges in the District of Delaware; and

(v)     the U.S. Trustee and attorneys employed by the U.S. Trustee.

The identities of the Interested Parties are set forth on Schedule 1 hereto.

10.     To check and clear potential conflicts of interest in this case, as well as to determine all "connections" (as such term is used in Bankruptcy Rule 2014) to the Debtors, their creditors, other parties in interest, their respective attorneys and accountants, the U.S. Trustee or any attorneys employed by the U.S. Trustee, Jones Day researched its client database for the past two years to determine whether it had any relationships with the Interested Parties. To the extent that Jones Day's research of its relationships with the Interested Parties indicates that Jones Day has represented in the past two years, or currently represents, any of these entities in matters unrelated to these chapter 11 cases, the identities of these entities and such entities' relationship to the Debtors and connection to Jones Day, are set forth in Schedule 2 hereto.

11.     To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I, nor Jones Day, nor any partner or associate thereof,

-5-

has any connection with the Debtors, their creditors, the U.S. Trustee or any other party with an actual or potential interest in these chapter 11 cases or their respective attorneys or accountants, except as set forth below and in Schedule 2 hereto:

(a)     Prior to the Petition Date, Jones Day performed certain legal services for the Debtors, as described herein, but the Debtors do not owe Jones Day any amount for services performed prior to the Petition Date for the Debtor.  Rather, as described in the Disclosure of Compensation, a copy of which is attached to the Application as Exhibit B, Jones Day has been paid in full for all of its prepetition services to the Debtors.

(b)     As specifically set forth in the attached Schedule 2, Jones Day represents certain of the Debtors' creditors, equity holders and other parties in interest in ongoing matters unrelated to the Debtors and the chapter 11 cases.  None of the representations described herein are materially adverse to the interests of the Debtors' estates.  Moreover, pursuant to section 327(c) of the Bankruptcy Code, Jones Day is not disqualified from acting as the Debtors' restructuring counsel merely because it represents the Debtors' creditors, equity holders and other parties in interest in matters unrelated to the chapter 11 cases.  In the event that a direct adversity develops, the Debtors are aware that they may need to retain additional representation.

(c)     In addition to the specific parties identified above, in matters unrelated to the Debtors or these chapter 11 cases, Jones Day currently represents, formerly represented or may in the future represent certain other entities that are or may be (i) creditors in these cases, (ii) parties to executory contracts and unexpired leases with the Debtors, (iii) customers of the Debtors or (iv) parties otherwise directly or indirectly

affiliated with creditors or other parties in interest in these cases.  As described above,
however, Jones Day has undertaken a detailed search to determine whether it represents,
or has represented, any significant creditors, equity security holders, insiders or other
parties in interest in such unrelated matters, and all such known representations within the
last two years are set forth in Schedule 2 hereto.

(d)     In matters unrelated to the Debtors or these chapter 11 cases, Jones
Day has been involved in out-of-court restructuring and chapter 11 cases involving
certain of the other professionals who will be representing the Debtors and other parties
in these chapter 11 cases or who have represented the Debtors in the year prior to the
Petition Date.

(e)     As disclosed in Schedule 2 attached hereto, Jones Day formerly
represented Tesco PLC, the ultimate parent of the Debtors, in a labor and employment
matter involving issues relating to the severance of a former senior executive.  Such
representation was unrelated to the Debtors' chapter 11 cases, and was terminated on
April 24, 2013.  I do not believe that Jones Day's prior representation of Tesco PLC
preclude Jones Day from being a disinterested party under the Bankruptcy Code.

(f)     As disclosed in Schedule 2 attached hereto, Jones Day currently
represents certain affiliates of The Yucaipa Companies (collectively, "Yucaipa") in
various corporate and bankruptcy matters.  Specifically, Yucaipa is the parent company
of AmeriCold Logistics LLC, which Jones Day currently represents in connection with
various corporate matters unrelated to the Debtors and the chapter 11 cases.  Yucaipa is
also a stockholder of TEN Media, LLC, which Jones Day currently represents in
connection with various corporate matters unrelated to the Debtors and the chapter 11

-7-

cases.  Yucaipa is also the parent company of AFA Foods, Inc. and United Food Group

LLC (collectively, "AFA").  Jones Day is currently serving as debtors' counsel to AFA in

connection with AFA's chapter 11 cases in the United States Bankruptcy Court for the

District of Delaware.  All of Jones Day's representations of AFA have been in matters

unrelated to the Debtors and the chapter 11 cases.  I do not believe that Jones Day's

current and prior representations of Yucaipa preclude Jones Day from being a

disinterested party under the Bankruptcy Code.

12.    Jones day has not, does not and will not represent any entity other than the

Debtors in matters related to these chapter 11 cases.

### Jones Day is a Disinterested Person

13.    To the best of my knowledge and belief, insofar as I have been able to

ascertain after reasonable inquiry, neither I, nor Jones Day, nor any partner or associate thereof,

holds or represents an interest adverse to the Debtors or their estates, and Jones Day is a

"disinterested person" as defined in section 101(14) of the Bankruptcy Code and as required by

section 327(a) of the Bankruptcy Code, in that:  (i) Jones Day has no connection with the

Debtors, their creditors, the U.S. Trustee, any person employed by the U.S. Trustee or any other

party with an actual or potential interest in these chapter 11 cases or their respective attorneys or

accountants, except as set forth herein; (ii) Jones Day is not a creditor, equity security holder or

insider of the Debtors; (iii) Jones Day is not and was not, within two years of the Petition Date, a

director, officer or employee of the Debtors; and (iv) Jones Day does not have nor represent an

interest materially adverse to the interest of the estate or of any class of creditors or equity

security holders, by reason of any direct or indirect relationship to, connection with or interest in,

the Debtors or for any other reason.

-8-

14.     Despite the efforts described above to identify and disclose connections with parties in interest in this case, because the Debtors are a large enterprise with thousands of creditors and other relationships, and because Jones Day is an international firm with more than 2,400 attorneys in 38 offices, Jones Day is unable to state with certainty that every client representation or other connection of Jones Day has been disclosed.  In this regard, if Jones Day discovers additional information that requires disclosure, Jones Day will file supplemental disclosures with the Court.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 3, 2013

Respectfully submitted,

/s/ Lisa Laukitis
Lisa Laukitis
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306

**SCHEDULE 1**

## SCHEDULE 1

## Fresh & Easy Neighborhood Market, Inc., *et al.*

## Interested Parties

### The Debtors

Fresh & Easy Neighborhood Market, Inc.
Fresh & Easy Property Company

### Domestic Nondebtor Affiliates

BzzAgent, Inc.
Dunnhumby Delaware, Inc.
Dunnhumby USA, Inc.
Dunnhumby USA LLC
Fresh & Easy Holding Company
Fresh & Easy Neighborhood Foundation
KSS Retail, Inc.

### Foreign Nondebtor Affiliates

Buttoncable Ltd.
BzzAgent UK Ltd.
Dunnhumby International Ltd.
KSS Retail Ltd.
Tesco Holdings Ltd.
Tesco Plc

### Current and Former Officers and Directors of the Debtors

Jeff Adams
Timothy R. Ashdown
John Burry
Mark Champagne
Philip Clarke
Hugh Cousins
James Dibbo
Tony Eggs
Peter Evans
Ian Fletcher
Andrew Higginson
Mary M. Kasper
Terry Leahy
Jonathan Lloyd
Tim Mason
Laurie McIlwee
Lucy Neville-Rolfe
Bryan Pugh
Doug Rutledge
Simon Uwins
Remco Waller

### Current Senior Management of the Debtors

Tim Anning
Andy Bevan
Kayvon Davar
Kate Ewart
Ian Fletcher
Mark Gniot
Kate Hancock
Vivian Hung
Paul Jevins
Anthony Johnson
Paul Keaney
Neill King
Mark Lodge
Huw Mainwaring
Rich Newsted
Kelvin Parker
Paul Stites
Beatrice Vicente
Bob White

### Current and Former Directors of the Debtors' Direct Parent

Karen Atkinson
Martin J. Field
Andrew T. Higginson
Instant Companies Limited
Jonathan M. Lloyd
Nicholas C. Mourant
Lucy J. Neville-Rolfe
Helen J. O'Keefe
Swift Incorporations
Tesco Services Limited

### Debtors' Professional Memberships and Commercial Associations

American Frozen Foods Institute (AFFI)
California Grocers Association (CGA)
California Retailers Association (CRA)
Food Marketing Institute (FMI)
Los Angeles Economic Development Corporation (LAEDC)
National Association of Licensing and Compliance Professionals (NALCP)
Produce Marketing Association (PMA)
Survey Monkey (Sensory Results)

United Fresh (Produce)
Valley Industry and Commerce Association (VICA)

**Debtors' Top Suppliers of Goods for Resale**

Andrew Williamson Fresh Produce
The Coca-Cola Company
Calavo Growers Inc.
Columbia Marketing International Inc.
Cornerstone US Wine Imports LLC
Del Monte Fresh Produce N.A., Inc.
DPI West
Eggs West LLC
Foster Farms Dairy
Frito Lay
Fusion FL
General Mills
Great Lakes Cheese Co., Inc.
Harvest Meat Company, Inc.
Hidden Villa Ranch
Il Fornaio America Corporation
International Coffee & Tea LLC
Jennie-O Turkey Store
Kraft Foods Group, Inc.
MM USA, Inc.
Niagara Bottling LLC
Pacific American Fish Company, Inc.
Pak West Paper and Packaging
Pepsi Cola
Plumrose USA
Procter & Gamble
Santa Monica Seafood Company
Smithfield Packing
Snak King Corporation
Sunland Inc.
Two Chefs
Valley Fine Foods Company

**Debtors' Top Suppliers of Services and Goods Not for Resale**

Austin Building and Design, Inc.
California State Board of Equalization
Citi Prepaid Services
Colorado Structures, Inc., d/b/a CSI Construction
Dean Socal LLC, d/b/a Swiss Dairy
Deutsch, Inc.
Fresh & Easy Property Company LLC
Jones Lang LaSalle
Kaiser Foundation Health Plan, Inc.
Kimco Staffing Services, Inc.
Kysor Warren
Liberty Mutual Insurance Company
LPS Contracting, Inc.
National Retail Service Group
NCR Corporation

Priority Business Services, Inc.
Remis America LLC
RR Donnelley & Sons Company
Ryder Integrated Logistics, Inc.
Steve Julius Construction, Inc.
Stremicks Heritage Foods LLC
The Produce Exchange
Utility Trailer Sales of Southern California LLC
Wells Fargo Bank, N.A. (for 401K)
Wyndeham Kestrel

**Parties to Material Contracts with the Debtors**

3M Company
ABM Security Service
ADP Taxware division of ADP, Inc.
ADT Security Services, Inc.
AeroTek Scientific LLC
Aetna Health of California, Inc.
Aetna Life Insurance Company
Air Liquide Industrial U.S., L.P.
Ajilon Professional Staffing LLC
ALIC Enterprises LLC, d/b/a Arizona Liquor
    Industry Consultants
American Corporate Security, Inc.
American Music Environments, Inc.
Anderson Security Agency
Andrew & Williamson Fresh Produce
Aon Risk Insurance Services West, Inc.
APCO Worldwide, Inc.
APlus Homes, Inc., d/b/a Service Master A Plus
    Clean
Apollo Technologies, Inc.
Arizona Cart Retrieval Company
Balboa Capital Corporation (lease now assigned to
    Wells Fargo Equipment Finance, Inc.)
Barrel O Fun Snack Foods Company
Bazaarvoice, Inc.
Bemus Landscape, Inc.
Bizerba USA, Inc.
Blackhawk Network, Inc.
BlueHornet Networks, Inc.
Bonents Slice of Pie
C&L Refrigeration Corporation
California Boiler
California Shopping Cart Retrieval Corporation, Inc.
Cerrell Associates, Inc.
Checkpoint Systems, Inc.
CHEP USA
Clougherty Packing LLC
Colorado BARS, Inc., d/b/a The BARS Program
ComPsych
Computer Protection Technology, Inc.
Conexis
Cornerstone US Wine Imports LLC
Crestone Group LLC

Custom Service Systems
Dawn Food Products
Del Monte Fresh Produce N.A., Inc.
Dell Marketing, L.P.
Dell Message One - Alertfind
Delta Dental of California
Dematic Corporation
Deutsch LA, Inc.
Dialogue Marketing, Inc.
DLEnglish Design Studio
EcoLab
EcoPest (division of EcoLab)
eMaint Enterprises LLC
Emerson Network Power Liebert Services
ExactTarget, Inc.
Food Safety Solutions, Inc.
Food Microbiological Labs (FML)
FoodChain Global Advisors, Inc.
Foster Poultry Farms, Inc.
Fusion Floral
Gadberry Group LLC
Garda CL West, Inc., f/k/a AT Systems West
General Electric Capital Corporation
Gourmet India Food Company
GSX, Inc.
Harris Ranch
Harvest Meat Company, Inc.
Hewlett-Packard Company
IBM Business Continuity & Recovery Services
Idaho Potato Commission
II Fornaio (America) Corporation
Inovis USA, Inc.
Intellinetics, Inc.
Intuit, Inc.
Inventure Foods, Inc.
iTEK Services, Inc.
IVIS Group Limited
Ixia Packaging Machine Solutions
John Bean Technologies Corporation
Jones Lang LaSalle Americas, Inc.
Kimco
Kohl's Value Services, Inc.
Laura Hiller Lynch, d/b/a Intelligent Database Solutions
Law Offices of Neal C. Tenen
Leader Enterprises, Inc.
LexisNexis Occupational Health Solutions, Inc.
LexisNexis Screening Solutions, Inc.
Liberty Mutual Insurance
Marel, Inc.
Marian Health Greeting Cards LLC
Marsh Risk & Insurance Services
Matheson Tri-Gas
Mercer Health & Benefits LLC
Merchants Automotive Group, Inc.
Mericle Mechanical, Inc.

Micros Retail & Manufacturing Limited
MMUSA, Inc.
Muddy Boots Software, Ltd.
Natures Way Foods USA, Inc.
NCR Corporation
NEC Corporation of America
North American Food Group Ltd.
NSF International, Inc.
Odesus, Inc.
One Source Food Solutions
Otis Elevator Company
P & D Dairy
Paramount Protective Services, Inc.
Penske Truck Leasing Co., L.P.
Polymer Logistics, Inc.
Priority Business Services
Providian Staffing
Prudential Clean Room Services
Pure Health Solutions, Inc.
Pure Water Finance
Pure Water Tech (I.E.)
Quality Assurance International (QAI)
Raymond Handling Solutions, Inc.
Redsky IT
Resource Management Group, Inc.
Retail Data LLC
Retalix USA, Inc.
Ricoh Americas Corporation
RL Public Relations + Marketing, Inc.
Romero's Food Products, Inc.
Ross Systems
RQA, Inc.
Ryder Integrated Logistics
SAI Global, Inc.
Savvis Communications Corporation
SCS, Inc.
Secova, Inc.
SEDEX Database
Select Staffing Services, Inc.
Silliker Laboratories
Simplex Grinnell, L.P.
SmartRevenue, Inc.
Snak-King Corporation
Southern Wine & Spirits of America, Inc.
Specialists in Custom Software, Inc.
Sprint Solutions, Inc.
Stericycle, Inc.
Stratex Solutions, Inc.
Sweet Life Enterprises, Inc.
Systems Maintenance Services
Talon Executive Services, Inc.
Tax Compliance, Inc,.
The Inventure Group, Inc.
The Nielsen Company (US) LLC
The Yucaipa Companies LLC
Two Chefs on a Roll, Inc.

Tyco integrated Security LLC
Unified Protective Services, Inc.
Universal Security& Fire, Inc.
USGN, Inc.
ValueLink LLC, d/b/a First Data Prepaid Services
VCG Kestrel LA Ltd.
VCG Kestrel Limited
Verisae, Inc.
WageWorks, Inc.
Westec Interactive Security, Inc.
Western Bagel
Wheat Montana
Wyndeham Kestrel LA, Inc.
Yale/Chase Equipment and Services


**Current and Former Parties to Unexpired Leases**

*Real Property Lessors (Employee Residential Leases)*

BRE Properties, Inc.
Debra Turner Living Trust UAO-2-16-06
Legacy Partners Residential, Inc.
Liam Thornton
Mehrid Kosrow-Pour
Newsen Tsang
Paul and Lana Lee
Raju Chhabria and Philomina Chhabria

*Real Property Lessors (Commercial)*

1st Commercial Realty Group, Inc.
5 R Partners LLC
A & C Properties, Inc.
ADR Preferred Business Properties
AJ Louis Corporation
Alex Management
All The Games TIC
Altapo Belwood LLC
America West Properties, Inc.
Architectural Ventures
Ardenbook, Inc.
Arizona Partners
Arlington Square, L.P.
Armistre Ametjian Staley Family Ltd.
B & L Realty Associates LLC
Beach Plaza LLC & Refoua LLC
Beltway Associates Ltd.
Benjamin John Bubenik, a/k/a Beverly Hills
    Physicians.com
BP Gilbert LLC
BP Phoenix LLC
BRH LLC
Brico Commercial Services
Brixmor Property Group
Broadmarket Plus II, L.P.

Browman Development Company, Inc.
Bullock-Golden Partnership
Buzz Oates Management Services
C&C RiverRock Newmark
Cal-Select Properties, Inc.
CAM Commercial Properties
Capital Asset Management
Carosella Properties, Inc.
CB Richard Ellis, Inc.
CBRE
Centers Business Management (CBM)
CFI
Champion
Cherry Gardena LLC
CIM Group LLC
Citadel Equities Group
Clifford Nevada LLC
CNT Investments LLC
Colliers Parrish Asset Management, Inc.
Commercial Facilities, Inc.
Commercial Property Management
Commercial Real Estate Specialists
Continental Development
Cordano Company
Coreland Companies
Corner Stone, Development
Corona Vista Properties Company
CPMC Realty
CRE7 LLC
Cushman Family Trust B
CVS Realty
Gerald Daley
Davidson Myers & Associates
Daytom Enterprises, Inc.
De Anza Properties
Del-Camp Investments, Inc.
Diamond Property Company LLC
Diamond Square LLC
Donohoe & Company, Inc.
Duckett-Wilson Development Company
Shiekh S. Ellahi
Emser International LLC
Engstrom Properties, Inc.
Euclid Ontario Development LLC
Evergreen Commercial Realty LLC
Excel Property Management Services, Inc.
Fallbrook Plaza LLC
FM Enterprises
Foothills Nevada LLC
Fortuna Asset Management
Foursquare Properties, Inc.
Fraser & MacRae, Inc.
Fritz Duda Company
Albert K. Fujisawa
Furst Enterprises Group B LLC
G3 Enterprises, Inc.

Galleria Orange LLC
GAM Venture One LLC
Garfield Beach CVS LLC
Geyser Asset Management
GGF Huntington LLC
Gilbert LLC
Globe Properties / DHM Development
Golden Heights Investment LLC
Golden Mile Investment Company
Goldenrock Investment, Inc.
Gordon Ranch Marketplace LLC
GRAE Ventures LLC / Amsted Residuals LLC
Grand Plaza LLC
Greenway 32 LLC
Gresham Savage Nolan & Tilden, P.C.
Grupe Commercial Company
GVD Commercial Properties, Inc.
GW Paramount Investment LLC
Randi Hart
Highlander Center LLC
Higley Park Commercial
Higley Pavilion LLC
Hill Management Service
Hinds Investments, L.P.
Hoefflin & Burrows
Inland Diversified RE Services
IPB Commercial
Iris Partners LLC
J & P Properties
J & S Management
J. S. Signet LLC
J. Wood Ventures LLC
J.A. Kennedy Real Estate Company
James Crone & Associates
JKG Investments
J-Mar Development Company
Johnston Property Management, Inc.
JYW Properties, L.P.
Jeffrey D. Kabakoff & Maria V. Kabakoff
Kaercher Investments
Kern River Partners LLC
William J. Knight
KP Management Group LLC (Prop. Mgr.)
La Jolla Management Company
Laguna Village
Lakemoor Properties LLC
Laurich Properties, Inc.
Legend Real Estate Management, Inc.
Todd Leger
Lewis Operating Corporation
Lin Estate, Inc.
John Lively
M & M Stone, Inc.
M. D. Atkinson Co., Inc.
M. F. Daily Corporation
Majestic Management

Mann Investments, Inc.
Maple Leaf Investments
Mar LLC
Martin Trust
Mary Bartsas 13 LLC
Mary Bartsas 15 LLC
Maverick Holding LLC
McConica 2260 LLC
McNeillis Partners LLC
Meridian Pacific, Ltd.
Metro Realty Advisors LLC
Metrowealth Properties
MLI Capital Partners LLC
MNG Real Estate Investments LLC
Dr. & Mrs. Kenneth W. Morgan
MTK Limited LLC
Nevada Capital Asset Management
Newman Development Group of Madera LLC
Newmark Merill Companies
North River Investments LLC
Northern 12 LLC
Optimus Property Management LLC
Orosco Development No. 11 LLC
Outpar LLC
Pacific Horizon Management
Pacific West Asset Management Corporation
Paddle Creek & Associates, Inc.
Parkstone Management Services, Inc.
Paul and Koula LLC
Peak Campus Management LLC
PetSmart, Inc.
Thang and Kathy Pham
Phillips Edison & Company
Plaza Sorrento Partners LLC
Ponder LLC
Primestor Development, Inc.
PRJL – Corona LLC
Property MGMT Services, Inc.
R & R Management LLC
Red Tail Acquisitions LLC
Regency Centers
Retail California
Rich Development Enterprises LLC
RiverRock Real Estate Group, Inc.
ROIC Paramount Plaza LLC
Roussey Family Partnership
Rudd Properties
Ryan/Kalof Commercial Real Estate, Inc.
Salvador S. Sanchez
Sand Hill Property Management Company
Shlemmer Investments
Smith Center Development, Inc.
Solari Enterprises, Inc.
Soraya LLC
South Mountain Pavilion CAM
Spectrum Property Management

Sperry Van Ness-RICORE
Judy Spiller
SPL, Ltd./Stonington Properties
Sports Authority
STC Management
Larry & Tammy Stewart
Stockdale Property Management, Inc.
Stolz Management
Max Stolzberg
Sun Arroyo I LLC
Sunbelt Investment Holdings, Inc.
Kay Swilkart
Tallen & Keshen Holdings LLC
Tallen Keshen Retail Ventures LLC
The Abbey Company
The Bridgeport Company
The Glenmoor Companies
The Klein Group
The Lottie A. Moore Family Trust
The Midtown Niki Group
The Remm Group
Thomaco Property Management
John Thomas
Thompson National Properties LLC
Toibb Enterprises
Andy Trachman
Triwell Properties, Inc.
Trop & Jones LLC
Turner Island Farms
Tuscany Square Partners LLC
University Capital Management, Inc.
Upland Village c/o Kodash, Inc.
Valley Field Riding & Polo Club (VFR&P Properties)
Vestar Property Management
Virtus Commercial
VK Major One LLC
Voit Real Estate Services
Walgreen Company
Warm Springs Plaza LLC
Warner Greenfield LLC
WCPP-LK LLC
Weingarten Nostate, Inc.
Wells Fargo Bank Northwest, N.A.
Wendy-Veto LLC
Peter & Lili Weng
Stanley Weissbrot
West ValleyProperties, Inc.
Westcore Freightways LLC
Western Malls LLC
Westside Business Park, L.P.
Westside Realty
Westwood Village
Wild West Westminster, Ltd.
Williams Real Estate Management, Inc.
Wohl Palm Desert LLC
Worchell Properties

YOG LLC

*Equipment Lessor*

Nik-o-Lock Service Company

**Beneficiaries and Issuers of Letters of Credit**

2800 Wilshire LLC
Agricultural Improvement and Power District
Bank of the West
City of Goleta, California
Continental 1700 Rosecrans Corporation
General Electric Capital Corporation
International Fidelity Insurance Company
Liberty Mutual Insurance Company
National Beef Packing Company LLC
Nevada Department of Taxation
Pacific Gas and Electric Company
Salt River Project
Southern California Edison
The Smithfield Packing Company, Inc.
Trop & Jones LLC
Wilkins Family Partnership, L.P.

**Depository and Disbursement Banks and Other Financial Services Providers**

American Express (Amex)
American Express Travel Related Services Company, Inc.
Citibank, N.A.
Citibank, N.A./First Data
Citicorp Payment Services, Inc.
Discover Financial Services
First Data Merchant Services Corporation
Garda World Security Corporation
Harris Bank
JPMorgan Chase Bank, N.A.
MasterCard International
Tesco Plc
Union Bank, N.A.
USA Technologies, Inc.
ValueLink LLC, d/b/a First Data Prepaid Services
Visa, Inc.

**Parties to Inter-Company Agreements with the Debtors**

Dunnhumby Delaware, Inc.
Dunnhumby International Ltd.
Fresh & Easy Property Company LLC
Tesco Hindustan Service Centre Private Limited
Tesco Stores Limited

**Major Competitors**

Albertsons, n/k/a New Albertsons, Inc.
Fry's Food Stores of Arizona, Inc.
The Kroger Company
Lucky Stores
Raleys Grocery Stores
Ralphs Grocery Company, d/b/a Food 4 Less
Safeway, Inc.
Smith's Food & Drug Centers
Stater Bros. Markets, Inc.
Trader Joe's
Vons Companies, Inc.

**Major Benefits Administrators or Additional
Third Party Administrators**

Aetna Inc.
Delta Dental of California
Kaiser Permanente, a/k/a Kaiser Foundation Health
Plan, Inc.
Vision Service Plan

**Taxing, Licensing and Permits Authorities**

Alameda County Tax Collector
All City Glass, Inc.
Amador County Tax Collector
Arizona Department of Revenue
Arizona State Board of Pharmacy
Bank of the West
California Department of Food & Agriculture
California Department of Industrial Relations
California Department of Public Health
California State Board of Equalization
CalRecycle
Carson City Sheriff's Department
Circuit City Stores, Inc.
City and County of San Francisco
City County of San Francisco Department of Public
    Health Governmental Health Section
City Kitchen
City National Bank
City of Alhambra
City of Anaheim
City of Antioch
City of Arcadia
City of Avondale
City of Azusa
City of Bakersfield
City of Baldwin Park
City of Brentwood
City of Buena Park
City of Burbank
City of Calimesa
City of Camarillo

City of Cathedral City
City of Chandler
City of Chino Hills
City of Chula Vista
City of Clovis
City of Compton
City of Concord
City of Corona
City of Costa Mesa
City of Covina
City of Delano
City of Downey
City of Duarte
City of El Cajon
City of El Mirage
City of El Segundo
City of Elk Grove
City of Escondido
City of Fairfield
City of Flagstaff
City of Folsom
City of Fontana
City of Fountain Valley
City of Fresno
City of Fresno Fire Department
City of Fresno Police Deparment
City of Fullerton
City of Garden Grove
City of Glendale, Arizona
City of Glendora
City of Hawthorne
City of Hayward
City of Henderson
City of Hermosa Beach
City of Hesperia
City of Huntington Beach
City of Huntington Park
City of Indio
City of Irvine
City of Jurupa Valley
City of La Habra
City of La Mirada
City of La Quinta
City of Lake Forest
City of Lakewood
City of Las Vegas
City of Lemoore
City of Lincoln
City of Loma Linda
City of Lompoc
City of Long Beach
City of Los Alamitos
City of Los Angeles
City of Los Angeles Department of Airports
City of Manhattan Beach
City of Mesa

City of Modesto
City of Moorpark
City of Moreno Valley
City of Mountain View
City of Murrieta
City of Napa
City of Napa d/b/a NRWS Collections
City of North Las Vegas
City of Norwalk
City of Oceanside
City of Ontario
City of Orange
City of Oxnard
City of Pacifica
City of Palm Desert
City of Palm Springs
City of Palos Verdes Estates
City of Paramount
City of Pasadena
City of Peoria Arizona
City of Phoenix
City of Pico Rivera
City of Pleasanton
City of Prescott
City of Rancho Cucamonga
City of Reedley
City of Rialto
City of Riverside
City of Rosemead
City of Sacramento
City of San Bernardino
City of San Diego
City of San Diego Police Department
City of San Dimas
City of San Jacinto
City of San Jose
City of San Luis Obispo
City of Santa Barbara
City of Santee
City of Scottsdale
City of Seal Beach
City of Signal Hill
City of Simi Valley
City of Sparks
City of Sunnyvale
City of Surprise
City of Temecula
City of Tempe
City of Thousand Oaks
City of Torrance
City of Tucson
City of Upland
City of Vacaville
City of Ventura
City of Vista
City of Walnut Creek

City of Wasco
City of West Covina
City of Westminster
City of Whittier
City of Yucaipa
City Service Contracting, Inc.
City Year, Inc.
Clark County Nevada
Contra Costa County
Contra Costa County Tax Collector
County of Alameda
County of Fresno
County of Kings
County of Los Angeles
County of Los Angeles Agricultural Commissioner
    of Weights and Measures
County of Napa
County of Orange
County of Orange Health Care Agency
    Environmental Health Division
County of Riverside
County of Riverside Department of Environment
County of Sacramento
County of San Bernardino
County of San Diego
County of San Luis Obispo
County of San Mateo
County of Santa Barbara
County of Santa Clara
County of Solano
County of Stanislaus
County of Ventura
Department of Alcoholic Beverage Control
Department of Liquor Licenses and Control
Department of Toxic Substances Control
Franchise Tax Board
Fresno County Tax Collector
Gibson Dunn & Crutcher LLP
Idaho Potato Commission
Keller and Heckman LLP
Kern County Environmental Health Services
Kern County Treasurer Tax Collector
Lake County Tax Collector
Los Angeles County Department of Public Works
Los Angeles County Fire Department
Los Angeles County Treasurer and Tax Collector
Los Angeles Superior Court
Madera County Tax Collector
Maricopa County Environmental Services
Maricopa County Treasurer
Market Based Solutions
Merced County Tax Collector
Monterey County Tax Collector
Napa County Tax Collector
Nevada Department of Agriculture
Nevada Department of Taxation

Nevada State Dairy Commission
Office of the Kings County Treasurer Tax Collector
Orange County Treasurer Tax Collector
Phoenix Police Department Code Enforcement Unit
Pinal County Treasurer
Placer County
Placer County Treasurer Tax Collector
Port City Bakery d/b/a AK Pizza Crust
Regents of the University of California Continuing
    Education of the Bar (CEB)
Regents University of California, Los Angeles
Riverside County Agricultural Commissioner Sealer
    of Weights & Measures
Riverside County Department of Environmental
    Health
Riverside County Fire Department Planning Section
Riverside County Treasurer Tax Collector's Office
Sacramento County Tax Collector
San Bernardino County Department of Health
San Diego County Treasurer Tax Collector
San Francisco County Tax Collector
San Joaquin County Tax Collector
San Joaquin Valley Unified Air Control District
San Luis Obispo County Tax Collector
San Miguel Consolidated Fire Protection District
San Ramon Valley Fire Protection District
Santa Clara County Tax Collector
Solano County Tax Collector
South Coast Air Quality Management District
Southern Nevada Health District
Stanislaus County Tax Collector
State of Arizona
State of Nevada Department of Employment Training
State Water Resources Control Board
TCI Acquisition Corporation d/b/a Tax Compliance,
    Inc.
The Bureau of National Affairs, Inc. a/k/a BNA
Town of Danville
Town of Gilbert
Tulare County Treasurer Tax Collector
United States Department of Agriculture (USDA)
United States Treasury
Washoe County Treasurer

## Major Insurers and Insurance Brokers

ACE American Insurance Company
ACE Insurance Company
Allianz S.E.
Brit Syndicates Ltd.
Catlin Group Limited
Crum & Forster Specialty Insurance Company
The Chartis Companies
Chubb Group of Insurance Companies
C.V. Starr & Company, Inc.
HCC Insurance Holdings

Hiscox Insurance Company, Ltd.
Liberty Mutual Fire Insurance Company
Liberty Surplus Insurance Corporation
QBE Insurance Corporation
RSA Insurance Group Plc
Travelers Insurance Company
Travelers Property and Casualty Co. of America
XL Insurance
Zurich Insurance Group Plc

## Significant Utility Providers

Advance Disposal Company
Allied Waste Services
Anaheim Disposal
Anderson (Rubbish) Disposal Service
APS
AT&T
Athens Services
Atlas Disposal Industries LLC
Azusa Light and Water
Burbank Water & Power
Burrtec Waste & Recycling Services
Burrtec Waste Industries, Inc.
Bz Disposal Services
California American Water
California Water Service Company
Calmet Services
Carmichael Water District
Central Telephone Company Nevada, d/b/a
    CenturyLink
Chino Hills Disposal
Chino Hills Disposal #676
Cisco Systems, Inc., d/b/a Cisco Webex LLC
City of Alhambra
City of Anaheim
City of Antioch
City of Arcadia Water
City of Avondale
City of Bakersfield
City of Brentwood
City of Buena Park
City of Camarillo
City of Chandler
City of Chula Vista Sewer Billing
City of Clovis
City of Coachella
City of Corona
City of Covina
City of Delano
City of Downey
City of El Cajon
City of El Mirage
City of Escondido
City of Folsom
City of Fontana

| | |
|---|---|
| City of Fountain Valley | City of Whittier |
| City of Fresno | Clark County Water Reclamation District |
| City of Fullerton | Coachella Valley Water |
| City of Garden Grove | Compton Municipal Water Department |
| City of Glendale | Concord Disposal Service |
| City of Glendora | Consolidated Disposal |
| City of Hayward | Continental 2120 Corporation |
| City of Hemet | Contra Costa Water District |
| City of Henderson Water | CR&R Incorporated |
| City of Hesperia | Cucamonga Valley Water District |
| City of Huntington Beach | Del Paso Manor Water District |
| City of Industry | Desert Water Agency |
| City of La Habra | E.J. Harrison & Sons, Inc. |
| City of Lakewood | East Bay Municipal Utility District |
| City of Las Vegas – Sewer | East Valley Water District |
| City of Lemoore | Eastern Municipal Water District |
| City of Lincoln | Edco Disposal Corporation |
| City of Loma Linda | Edco Waste & Recycling Service |
| City of Lompoc | Edco Waste Services |
| City of Long Beach | El Dorado Irrigation District |
| City of Madera | El Toro Water District |
| City of Manhattan Beach | Elsinore Valley Municipal Water District |
| City of Mesa | Escondido Disposal, Inc. |
| City of Modesto | Fairfield Municipal Utilities |
| City of Mountain View | Fallbrook Waste & Recycling |
| City of Napa | Fontana Water Company |
| City of North Las Vegas | Garden Grove Disposal |
| City of Oceanside | GI Industries |
| City of Ontario | Gilton Solid Waste Management, Inc. |
| City of Orange | Golden State Water Company |
| City of Oxnard | Granite Telecommunications LLC |
| City of Palm Spring | H2O, Inc. |
| City of Paramount | Helix Water District |
| City of Peoria | Imperial Irrigation District |
| City of Phoenix | Indio Water Authority |
| City of Rancho Cucamonga | Industry Public Utility Commission – IPUC |
| City of Reedly | Irvine Ranch Water District |
| City of Rialto | Jamel Greenway LLC |
| City of Riverside | Jones Lang LaSalle, as Agent for Fresh & Easy |
| City of Sacramento | Neighborhood |
| City of San Bernardino | Jurupa Community Services District |
| City of San Diego | Lakeside Water District |
| City of San Jose | Las Vegas Valley Water District |
| City of San Luis Obispo | Los Angeles Department of Water and Power |
| City of Santa Barbara | M G Disposal |
| City of Scottsdale | M G Disposal #676 |
| City of Seal Beach | Marborg Industries |
| City of Signal Hill | Mesa Consolidated Water District |
| City of Stockton | Mid-Valley Disposal |
| City of Sunnyvale | Mission Springs Water District |
| City of Tempe | Modesto Irrigation District |
| City of Thousand Oaks | Moreno Valley Utility |
| City of Torrance Utilities | Nasa Services, Inc. |
| City of Upland | Nevada Power |
| City of Ventura | Noble Americas Energy Solutions |
| City of Wasco | NRWS Collections |

NV Energy
Oak Park Water Service
Olivenhain Municipal Water District
Otay Water District
Padre Dam Municipal Water District
PAETEC
Palm Springs Disposal Services
Palm Springs Sanitation
Park Disposal
Park Water Company
PG&E
Pico Water District
Pleasant Valley Mutual Water Company
Pleasanton Garbage Service
Premiere Global Services
Probuild
Rainbow Disposal
Rancho Disposal Services, Inc.
Recology of The Coast
Recology Vacaville Solano
Republic Services
Sacramento County Utilities
Salt River Project Ag I & P District
San Diego Gas & Electric
San Gabriel Valley Water Company
San Jose Water Company
San Luis Garbage Company
Sandstone Rentals
Serrano Water District
SFPUC
Signal Hill Disposal (EDCO Disposal)
SMUD
Southern California Edison Company
Southern California Gas
Southwest Gas
Suburban Water Systems
Sunset Scavenger Company
Superior Sanitation Service, Inc.
Sweetwater Authority
The Gas Company
Town of Gilbert
Trico Disposal
U.S. Waste Industries LLC
Universal Waste Systems, Inc.
Vallejo Sanitation and Flood Control District
Valley Sanitary District
Varner Brothers, Inc.
Verizon California
Verizon Wireless
Vieira Enterprises, Inc.
Vista Irrigation District
Walnut Valley Water District
Ware Disposal, Inc.
Waste Management
West Valley Water District
Western Municipal Water District

Western Municipal Water District #700
Yucaipa  Disposal, Inc.
Yucaipa Valley Water District
Yukon Disposal Service

**Parties in Major Litigation with the Debtors**

Sharon Aurenheimer
Morgan Bragdon
Latara Brewster
Ernestine Carter
Robert De La Torre
G & G Construction Company
Joy Gray
John Huynh
Dandre Jackson
Danielle Kruger
Isabella Lahham
Yessenia Martinez
David Matteson
Susan McDaniel
Tom Miller
Susie Min
Belen Navarro
Network Commercial Service, Inc.
Terri Perez
Gomez Providian
Rufino Ramirez
Rolando Santiago
Gregory Schreiner
Simac Construction, Inc.
State of California
Mike Szczepinski
Sarah Townsend
WCPP-CT LLC
WCPP-LK LLC
Deanna Weatherspoon
Wilkins Family Partnership

**Debtors' Professionals, Consultants and
Service Providers**

Best Best & Krieger LLP
Bingham McCutchen LLP
Biomedix
Bob Bottel Consulting
Brownstein Hyatt Farber Schreck LLP
California Grocers Association
Center for Produce Safety
Cerrell Associates, Inc.
CT Corporation
DFA America
DLA Piper US LLP
ERC Consulting
Facilitating Excellence LTD
First American Title Insurance Company

Food Safety Solutions
Foodtrack
Gallagher & Kennedy, P.A.
Greenberg Traurig LLP
Gutilla Murphy Anderson, P.C.
Hart King & Coldren
Hyman, Phelps & McNamara
Ironwood Community Plaza LLC
JCore Consulting
John Daniel Davis
Keller and Heckman LLP
Kolesar & Leatham Chtd.
LW Research Group
March Joint Powers Authority
McKenna Long & Aldridge LLP
Microtek
Moore & Van Allen PLLC
Pat Harrison Consulting
Pillsbury Winthrop Shaw Pittman LLP
QAI Organic Certification
Salem Engineering Group, Inc.
Seyfarth Shaw LLP
Sheppard Mullin Richer & Hampton LLP
Solomon Saltsman & Jamieson
The JSB Group
UL-Responsible Sourcing
United Fresh
Wyndeham Kestrel

**Bankruptcy Judges for the District of Delaware**

Chief Judge Kevin Gross
Judge Kevin J. Carey
Judge Brendan L. Shannon
Judge Christopher S. Sontchi
Judge Mary F. Walrath
Judge Peter J. Walsh
Visiting Judge Judith K. Fitzgerald

**The Attorneys for the United States Trustee's
Office for the District of Delaware**

Buchbinder, David
DeAngelis, Roberta A.
Hackman, Benjamin
Kenney, Mark
Leamy, Jane
Patton, Tiiara
Sarkessian, Juliet
Schepacarter, Richard
Tinker, T. Patrick

**SCHEDULE 2**

## SCHEDULE 2

## FRESH & EASY NEIGHBORHOOD MARKET, INC., *ET AL.*

## SCHEDULE OF INTERESTED PARTIES THAT
## CURRENTLY EMPLOY OR HAVE FORMERLY EMPLOYED JONES DAY
## IN MATTERS UNRELATED TO THE DEBTORS OR THEIR CHAPTER 11 CASES

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| **PARTIES IN INTEREST (OR AFFILIATED ENTITIES) WHO ARE CURRENT CLIENTS OR WERE CLIENTS WITHIN THE LAST TWO YEARS[1]** | | |
| 3M Company | Parties to Material Contracts with the Debtors | • 3M Company is: (a) a former client (closed 2011); and (b) the employer of an individual who is a former Jones Day client (closed 2012);<br><br>• Affiliate company *3M France* is a current client; and<br><br>• Affiliate companies 3M Energy Resources LLC and 3M Management Resources LLC are affiliated with an individual who is a current Jones Day client (opened 2012). |
| ABM Security Service | Parties to Material Contracts with the Debtors | • Parent company *ABM Industries, Inc.* is a current client. |
| ADP Taxware, division of ADP, Inc. | Parties to Material Contracts with the Debtors | • Parent company Automatic Data Processing (ADP) and affiliate company ADP Dealer Services Germany GmbH are former clients (both closed 2012). |
| ADT Security Services, Inc. | Parties to Material Contracts with the Debtors | • Parent company *The ADT Corporation* is a current client. |
| *Aetna, Inc.*<br><br>Aetna Health of California, Inc.<br>Aetna Life Insurance Company | Major Benefits Administrators or Additional Third Party Administrators<br><br>Parties to Material Contracts with the Debtors | • *Aetna, Inc.* is: (a) a current client; and (b) the parent company of Aetna Health of California, Inc. and Aetna Life Insurance Company; and<br><br>• Affiliate company Aetna U.S. Healthcare, Inc. is a member of current client *Allegheny Health Education Research Foundation (AHERF) Creditors' Committee*. |

---

[1] The names of current clients of Jones Day appear in bold and italics. The disclosure of stockholder interests or other affiliate relationships among potentially related entities reflects only information known to Jones Day through its conflict reporting system. Jones Day has not performed independent research to identify all stockholder interests or other affiliate relationships with respect to interested parties. Moreover, Jones Day has not disclosed representations of trade associations and similar industry or special interest organizations in which interested parties are members.

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Ajilon Professional Staffing LLC | Parties to Material Contracts with the Debtors | • Affiliate companies *Adecco Group North America* and *MPS Group, Inc.* are current clients. |
| Alameda County Tax Collector and County of Alameda (CA) | Taxing, Licensing and Permit Authorities | • The County of Alameda (CA) is the regulating authority for the Alameda County Tax Collector and for current clients *Alameda Corridor Trans Authority* and *Alameda Health System* (a/k/a Alameda County Hospital Authority and Alameda County Medical Center).<br><br>• *See also* entries above for City of Long Beach (CA); and City of Los Angeles and City of Los Angeles Department of Airports regarding related disclosure. |
| Albertsons (a/k/a New Albertsons, Inc.) and Lucky Stores | Major Competitors | • Albertsons (a/k/a New Albertsons, Inc.) is: (a) the parent company of Lucky Stores; and (b) a former subsidiary of former client SuperValu (closed 2013); and<br><br>• New parent company Cerberus Capital Management, L.P. is: (a) the parent company of current client *Strategic Restaurants Acquisition Company*; (b) a stockholder of current client *Bluelinx Holdings, Inc.*; (c) the parent company of former client Chrysler LLC (closed 2012); and (d) a stockholder of former clients Nabi-Optima Holdings, Inc. and School Bus Holdings, Inc. (both closed 2012) and their parent company, The Traxis Group, B.V. |
| Allianz AG | Major Insurers and Insurance Brokers | • Affiliate company Fireman's Fund Insurance Company is a shareholder of current client *Magnequench International, Inc.*;<br><br>• Affiliate company AGF Private Equity is a stockholder of current client *Integragen*;<br><br>• Affiliate company Pacific Investment Management Company (PIMCO) is a member of former clients Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair (closed 2013); and Ad Hoc Committee of Bentley School Bondholders (closed 2011); and<br><br>• Affiliate companies Dresdner Kleinwort Limited (closed 2011) and PIMCO Asia Pte Ltd. (closed 2013) are former clients. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| American Express (AMEX) and American Express Travel Related Services Co., Inc. | Depository and Disbursement Banks and Other Financial Services Providers | • Affiliate company American Express Bank is a former client (closed 2011). |
| Aon Risk Insurance Services West, Inc. | Parties to Material Contracts with the Debtors | • Parent company Aon Corporation is a former client (closed 2013); and <br><br> • Affiliate company **Aon Conseil & Courtage S.A.** is a current client. |
| APCO Worldwide, Inc. | Parties to Material Contracts with the Debtors | • APCO Worldwide, Inc. is a former client (closed 2012). |
| AT&T, Inc. | Significant Utilities Provider | • AT&T, Inc. is: (a) a former client (closed 2011); and (b) a member of former client Broadband Internet Technical Advisory Group (closed 2011); <br><br> • Affiliated entity AT&T Pension Trust is a partner of current client **Morgan Stanley RE Fund II**; <br><br> • Affiliate company Comcast Corporation (f/k/a AT&T Comcast Corporation) is a former client (closed 2011); and <br><br> • Affiliate company AT&T Mobility LLC is was a participant in former joint venture (closed 2012) with current client **T-Mobile USA**. |
| Bank of the West | Beneficiaries and Issuers of Letters of Credit and Taxing, Licensing and Permits Authorities | • Parent company **BNP Paribas S.A.** is: (a) a current client; (b) the former parent company of current client **Buy Way Personal Finance S.A.** (f/k/a BNP Paribas Personal Finance Belgium and Cetelem Belgium); and (c) a client member, with affiliate companies **BNP Paribas Fortis SA/NV** and **BNP Paribas, S.A., Sucursal en España** of a current Lender Group representation; <br><br> • Affiliate company Servizio Italia Società Fiduciaria e Di Servizi is a stockholder of former client Tecnographica S.R.L. (closed 2012); <br><br> • Affiliate company BNP Paribas Assurance, doing business as Cardif S.A., was a participant in a former joint venture (closed 2011) with current client **General Electric Co, Inc.**; <br><br> • Affiliate company LaSalle Global Trust is a former co-client with current client **Bank of America Corporation** in a matter which was resolved in 2012; and |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
| --- | --- | --- |
| | | • Affiliate companies BNP Paribas Americas and BNP Paribas (London) (both closed 2013) are former clients.<br><br>• *See also*, entry below for General Electric Capital Corporation regarding related disclosure. |
| BlueHornet Networks, Inc. | Parties to Material Contracts with the Debtors | • Parent company *Digital River, Inc.* is a current client. |
| Brit Syndicates, Ltd. | Major Insurers and Insurance Brokers | • Affiliate company Brit Group Services Limited is a former client (closed 2013). |
| ***Brixmor Property Group, Inc.*** | Commercial Property Lessor | • *Brixmor Property Group, Inc.* and parent company *BRE Retail Holdings, Inc.* are current clients. |
| Brownstein Hyatt Farber Schreck LLP | Debtors' Professionals, Consultants and Service Providers | • An individual associated with Brownstein Hyatt Farber Schreck LLP is a former Jones Day client (closed 2013). |
| The Bureau of National Affairs, Inc. (a/k/a BNA, and n/k/a Bloomberg BNA) | Taxing, Licensing and Permit Authorities | • Affiliate company *BNA International, Inc.*, and ultimate parent company *Bloomberg L.P.* are current clients. |
| California Department of Food & Agriculture<br>California Department of Industrial Relations<br>California Department of Public Health<br><br><br><br><br>California State Board of Equalization<br><br><br><br><br><br><br><br><br><br>Center for Produce Safety<br><br><br>State of California | Taxing, Licensing and Permits Authorities<br><br><br><br><br><br>Debtors' Top Suppliers of Goods and Services Not for Resale<br><br>and<br><br>Taxing, Licensing and Permits Authorities<br><br>Debtors' Professionals, Consultants and Service Providers<br><br>Parties in Major Litigation with the Debtors | • State governed entities *Judicial Council of the State of California Administrative Office of the Court* and *University of California at San Franciso* are current clients;<br><br>• State governed entity *The Regents of the University of California* is: (a) a current client; (b) the governing entity for the Center for Produce Safety; and (c) a member of former client Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair (closed 2013);<br><br>• State governed entity State of California Public Employees Retirement System (CALPERS) is a member of current client *Caleast Industrial Investors, Ltd.*;<br><br>• State governed entity California State Teachers' Retirement System is a participant in a joint venture with current client *Thomas Properties Group, Inc.*; and<br><br>• State governed entity Mule Creek State Prison and California Department of Corrections & Rehabilitation is the employer of an individual who is a former client (closed 2012). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| California American Water | Significant Utilities Provider | • Parent company American Water Works, Inc. is a former client (closed 2012); and<br><br>• Affiliate company *Illinois –American Water* is a current client. |
| California Grocers Association | Debtors' Professionals, Consultants and Service Providers | • California Grocers Association is a former client (closed 2012). |
| *Catlin Group Limited* | Major Insurers and Insurance Brokers | • *Catlin Group Limited* is a current client. |
| CB Richard Ellis, Inc. | Commercial Property Lessor | • Affiliate company *CB Richard Ellis Real Estate Group Services, Inc.* is a current client. |
| Champion (name given) | Commercial Property Lessor | • To the extent it may be or is related to the named party in interest, an entity named Champion Mortgage is a subsidiary of current client *Keycorp*. |
| The Chartis Companies | Major Insurers and Insurance Brokers | • The Chartis Companies and its parent company, American International Group, Inc. (AIG) are members of current client *WallDesign Creditors' Committee*;<br><br>• Affiliate companies AIG Retirement Services and SunAmerica Life are members of former client Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair (closed 2013);<br><br>• Affiliate company Sun America is the employer of an individual who is a former Jones Day client (closed 2011); and<br><br>• Affiliate company A. I. Credit Consumer Discount Company is a former client (closed 2011). |
| CHEP USA | Parties to Material Contracts with the Debtors | • Parent company *Citigroup, Inc.* and affiliate company *CHEP (China) Company Limited* are current clients; and<br><br>• Affiliate company CHEP Benelux NV is a former client (closed 2012).<br><br>• *See also* entry below for Citi Prepaid Services, et al. regarding related disclosure. |
| CIM Group LLC | Commercial Property Lessor | • CIM Group LLC is a participant in a joint venture with current client *B3 Holding LLC*. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Cisco Systems, Inc.(d/b/a Cisco Webex LLC) | Significant Utilities Provider | • Cisco Systems, Inc. (d/b/a Cisco Webex LLC) is: (a) a former client (closed 2011); (b) a member of former client Broadband Internet Technical Advisory Group (closed 2011); and (c) an investor in former client Softbank Asia Infrastructure Fund (n/k/a SAIF Partners) (closed 2012).<br><br>• *See also* entry below for Sprint Solutions, Inc. regarding related disclosure. |
| Citi Prepaid Services<br><br><br>Citibank, N.A.<br>Citibank/First Data<br>Citicorp Payment Services, Inc. | Debtors' Top Suppliers of Goods and Services Not for Resale<br><br>Depository and Disbursement Banks and Other Financial Services Providers | • Citibank, N.A. is: (a) a member of current client **CF Housing Capital LLC**; and (b) a participant in a joint venture with former client Astro Studios (closed 2011);<br><br>• Parent company **Citigroup, Inc.** is: (a) a current client; and (b) a client member of a current Lender Group representation;<br><br>• Affiliate company **Department Stores National Bank** is a co-client in a current matter with current client **Macy's, Inc.**;<br><br>• Affiliate company Citigroup Global Markets Japan is the employer of two individuals who are current Jones Day clients (both opened 2012);<br><br>• Affiliate company Citigroup Global Markets, Inc. is a member of former client Ad Hoc Committee of Noteholders of Chemtura Corporation (closed 2012);<br><br>• Affiliate company Citigroup Global Special Situation Group is a joint venture partner in WRRH Investments, L.P., the parent company of former client Red Roof Inns, Inc. (closed 2012); and<br><br>• Affiliate companies Citigroup Global Markets Limited (closed 2011) and Citigroup Global Markets Asia Limited (closed 2012) are former clients.<br><br>• *See also* entry above for CHEP USA regarding related disclosure. |
| City National Bank | Taxing, Licensing and Permit Authorities | • City National Bank is affiliated with current client **Management Team of City National Bank**. |
| ***City of Anaheim (CA)*** | Taxing, Licensing and Permit Authorities | • The ***City of Anaheim (CA)*** is a current client. |
| ***City of Costa Mesa (CA)*** | Taxing, Licensing and Permit Authorities | • The ***City of Costa Mesa (CA)*** is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| City of Long Beach (CA) | Taxing, Licensing and Permit Authorities | • The City of Long Beach (CA) is a member of current client **Alameda Corridor Trans Authority**.<br>• *See also* entries below for City of Los Angeles (CA) and City of Los Angeles Department of Airports; and Alameda County Tax Collector and County of Alameda (CA) regarding related disclosure. |
| City of Los Angeles (CA)<br><br>and<br><br>City of Los Angeles Department of Airports | Taxing, Licensing and Permit Authorities | • The City of Los Angeles is: (a) a member of current client **Alameda Corridor Trans Authority**; and (b) the regulating authority for the Board of Education of the City of Los Angeles, which is a part of current client **Los Angeles Unified School District**.<br>• *See also* entry above for City of Long Beach (CA); and entry below for Alameda County Tax Collector and County of Alameda (CA) regarding related disclosure. |
| City of Pasadena (CA) | Taxing, Licensing and Permit Authorities | • The City of Pasadena (CA) is an affiliated entity of current client **Rose Bowl Operating Company**. |
| *City of San Jose (CA)* | Taxing, Licensing and Permit Authorities | • The **City of San Jose (CA)** is a current client. |
| *The Coca-Cola Company* | Debtors' Top Suppliers of Goods for Resale | • **The Coca-Cola Company** is a current client; and<br>• Two individuals who are stockholders and former owners of affiliated entity Cameron Coca-Cola Bottling Company are current Jones Day clients. |
| County of Fresno (CA) | Taxing, Licensing and Permit Authorities | • The County of Fresno (CA) is a former client (closed 2011). |
| *County of Los Angeles (CA)*<br><br>and<br><br>County of Los Angeles Agricultural Commissioner of Weights and Measures | Taxing, Licensing and Permit Authorities | • The **County of Los Angeles** is: (a) current client; and (b) the regulating authority for the County of Los Angeles Agricultural Commissioner of Weights and Measures; and for current client **Los Angeles County Metropolitan Transportation Authority** and former client Personal Assistance Services Council of Los Angeles (closed 2011). |
| County of Orange (CA)<br><br>and<br><br>County of Orange Health Care Agency Environmental Health Division | Taxing, Licensing and Permit Authorities | • The County of Orange (CA) is the regulating authority for County of Orange Health Care Agency Environmental Health Division and for former clients Orange County Transportation Authority (OCTA) (closed 2011) and Temporary Judge Services (closed 2013). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| County of Sacramento (CA) | Taxing, Licensing and Permit Authorities | • The County of Sacramento (CA) is the regulating authority for: (a) current client *Sacramento County Employees' Retirement System*; and (b) Sacramento County Superior Court, an affiliated entity of current client *Judicial Council of the State of California Administrative Office of the Courts.*<br><br>• *See also* entry below for County of Solano regarding related disclosure. |
| County of San Diego (CA) | Taxing, Licensing and Permit Authorities | • The County of San Diego (CA) is the regulating authority for former client San Diego County Credit Union (closed 2013). |
| County of San Mateo (CA) | Taxing, Licensing and Permit Authorities | • The County of San Mateo (CA) is a member of former client South Bayside Waste Management Authority (closed 2011). |
| County of Solano (CA) | Taxing, Licensing and Permit Authorities | • The County of Solano (CA) is the governing authority for the County of Solano Superior Court of The State of California, a former co-client with current client *Judicial Council of the State of California Administrative Office of the Courts* in a matter which was resolved in 2013. |
| Crum & Forster Specialty Insurance Company | Major Insurers and Insurance Brokers | • Parent company Fairfax Financial Holdings Limited is a shareholder of former client Bowater Incorporated (closed 2013). |
| CVS Realty<br>and<br>Garfield Beach CVS LLC | Commercial Property Lessors | • Parent company *CVS Caremark Corporation* is a current client. |
| Dell Marketing, L.P.<br>and<br>Dell Message One - AlertFind | Parties to Material Contracts with the Debtors | • Parent company *Dell, Inc.* is a current client; and<br><br>• Affiliate company Quest Software, Inc. is a former client (closed 2013). |
| Deutsch, Inc. | Debtors' Top Suppliers of Goods and Services Not for Resale | • Parent company *The Interpublic Group of Companies* is a current client; and<br><br>• Affiliate companies Dailey & Associates Advertising (closed 2013) and Octagon Athletes and Personalities (closed 2012) are former clients. |
| *Discover Financial Services* (d/b/a Novus Network) | Depository and Disbursement Banks and Other Financial Services Providers | • *Discover Financial Services* (d/b/a Novus Network) is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| DLA Piper US LLP | Debtors' Professionals, Consultants and Service Providers | • DLA Piper US LLP is the parent company of DLA Piper Rudnick Gray Cary, a former client in a joint representation with former client Eagle Real Estate Group LLC (closed 2012) in a matter that was resolved in 2012. |
| *Duckett-Wilson Development Company* | Commercial Property Lessor | • *Duckett-Wilson Development Company* is a current client. |
| Emerson Network Power Liebert Services | Parties to Material Contracts with the Debtors | • Parent company Emerson Electric Company is: (a) the parent company of current client *Emerson Process Management Power and Water Solutions, Inc.* and of Fisher Rosemount Systems, Inc., one of its shareholders; and (b) the ultimate parent company of current client *Solus Industrial Innovations LLC*. |
| ExactTarget, Inc. | Parties to Material Contracts with the Debtors | • Affiliate company *Salesforce.Com Germany GmbH* is a current client. |
| First American Title Insurance Company | Debtors' Professionals, Consultants and Service Providers | • First American Title Insurance Company is: (a) a former client (closed 2012); and (b) a former co-client with former clients Sonnenschein Nath & Rosenthal LLP and affiliate company First American Title Company in a matter which was resolved in 2011; and<br><br>• Affiliate company *First American Title LA* is a current client. |
| *First Data Merchant Services Corporation* | Depository and Deposit Banks and Other Financial Services Providers | • *First Data Merchant Services Corporation* is a current co-client in a matter with current client *Merchant Services, Inc.*;<br><br>• Parent company *First Data Corporation* is: (a) a current client; and (b) an affiliated entity of current client *Fexco Group*;<br><br>• Ultimate parent company *Kohlberg Kravis Roberts & Co., L.P.* (a/k/a *KKR & Co., L.P.*) is: (a) a current client; (b) a stockholder of Weld North LLC, the parent company of current client *Organic Avenue*; and (c) a stockholder of Tarkett S.A. (Tarkett Group), the parent company of current client *Tarkett Sports North America*;<br><br>• Affiliate company KKR Millenium GP LLC is a stockholder of current client *Toys "R" Us, S.A., Sociedad Unipersonal*;<br><br>• Affiliate company *KKR Asset Management LLC* is a client in a current senior noteholder group representation; and |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate company Accel-KKR Partners is the majority shareholder of former client Intrinsiq LLC and Intrinsiq Holdings, Inc. (closed 2013).<br><br>• *See also* entries below for Value Link LLC (d/b/a First Data Prepaid Services); and ***Wells Fargo Bank, N.A.***, et al. regarding related disclosure. |
| ***Frito Lay, Inc.***<br>Pepsi Cola | Debtors' Top Suppliers of Goods for Resale | • ***Frito Lay, Inc.***, parent company ***Pepsico, Inc.***, affiliate company ***The Pepsi Bottling Group, Inc.*** and sister company ***Noel Canning Corporation*** are current clients; and<br><br>• An individual who is an employee of parent company and client ***Pepsico, Inc.*** is a former Jones Day client (closed 2012). |
| Fry's Food Stores of Arizona, Inc.<br><br>***Ralphs Grocery Company*** (d/b/a Food 4 Less) | Major Competitors | • ***Ralphs Grocery Company*** is a current client;<br><br>• Current client ***The Kroger Company*** is: (a) an interested party in these chapter 11 cases; (b) the parent company of Fry's Food Stores of Arizona, Inc. and ***Ralphs Grocery Company*** (d/b/a Food 4 Less); and (c) a co-investor in Domestic Nondebtor Affiliate Dunnhumby USA LLC; and<br><br>• Affiliate company Food 4 Less of Atascadero (d/b/a Grocery One, Inc.) is a former client (closed 2011).<br><br>• *See also* entry below for ***The Kroger Company*** regarding related disclosure. |
| G3 Enterprises, Inc. | Commercial Property Lessor | • Parent company ***E. & J. Gallo Winery*** is a current client. |
| General Electric Capital Corporation | Parties to Material Contracts with the Debtors<br><br>and<br><br>Beneficiaries and Issuers of Letters of Credit | • General Electric Capital Corporation (a/k/a GE Capital) is a member of former client Ad Hoc Committee of Lenders to Euramax (closed 2011);<br><br>• Parent company ***General Electric Co., Inc.*** is: (a) a current client; (b) a joint venture partner in and co-owner of current client ***Universal Studios International BV***; and (c) a participant in a former joint venture (closed 2011) with former client Comcast Corporation (closed 2011);<br><br>• Affiliate Company GE Capital Corporation Prop. Ltd. is a former co-client in a matter with current client ***Allied Irish Banks Plc***; which was concluded in 2011; |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate company GE Capital Equity Investments, Inc. was an equity security holder and an interested party in the chapter 11 cases of former client Penton Business Media Holdings, Inc. (closed 2011) in which Jones Day was retained as debtors' counsel;<br><br>• Affiliate company GE Commercial Finance Energy Financial Services is the owner of a limited partner of current client **NCL Appalachian Partners, L.P.**;<br><br>• Affiliate company GE Healthcare is a stockholder of former client Nihon Medi-Physics Co., Ltd. (closed 2011); and<br><br>• Affiliate company Lineage Power Corporation is a former client (closed 2011).<br><br>• *See also* entry above for Bank of the West regarding related disclosure. |
| **General Mills, Inc.** | Debtors' Top Suppliers of Goods for Resale | • **General Mills, Inc.** is a current client. |
| GSX, Inc. | Parties to Material Contracts with the Debtors | • Affiliate company **GSX S.a.r.l.** is a current client. |
| **HCC Insurance Holdings, Inc.** | Major Insurers and Insurance Brokers | • **HCC Insurance Holdings, Inc.** is a current client. |
| Harris Bank, N.A. (a/k/a BMO Harris Bank, N.A.) | Depository and Disbursement Banks and Other Financial Services Providers | • Affiliate companies **BMO Capital Markets Corporation** and **BMO Capital Markets GKST, Inc.** are current clients; and<br><br>• Affiliate company BMO Nesbitt Burns, Inc. is a former client (closed 2011). |
| IBM Business Community and Recovery Services | Parties to Material Contracts with the Debtors | • Parent company **International Business Machines (IBM)** and affiliate company **Sterling Commerce, Inc.** are current clients; and<br><br>• Affiliate company IBM India Private Limited is a former client (closed 2012). |
| Idaho Potato Commission | Parties to Material Contracts with the Debtors<br><br>and<br><br>Taxing, Licensing and Permit Authorities | • Governing entity, the State of Idaho, is: (a) the governing entity for the Idaho State Correctional Institution, which is the employer of an individual who is a current Jones Day client (opened 2012); and (b) the governing entity for State of Idaho National Engineering & Environmental Laboratory Retirement Plan, which is a former co-client in a matter with former client Bechtel BWXT Idaho LLC (closed 2011). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Inovis USA, Inc. | Parties to Material Contracts with the Debtors | • Inovis USA, Inc. is a subsidiary of current client *GXS Holdings, Inc.*; and<br><br>• Ultimate parent company Francisco Partners Management LLC is: (a) a stockholder and private equity owner of current client *The Attachmate Group, Inc.*; and (b) the parent company of current client *Grass ValleyFrance S.A.* |
| *Intuit, Inc.* | Parties to Material Contracts with the Debtors | • *Intuit, Inc.* is a current client. |
| Jones Lang LaSalle<br><br>Jones Lang LaSalle Americas, Inc.<br><br>Jones Lang LaSalle, as Agent for Fresh & Easy Neighborhood Markets, Inc. | Debtors' Top Suppliers of Goods and Services Not for Resale<br><br>Parties to Material Contracts with the Debtors<br><br>Significant Utilities Provider | • Affiliate company *LaSalle Investment Management, Inc.* is a current client; and<br><br>• Affiliate company Jones Lang LaSalle K.K. is a former client (closed 2012). |
| *JPMorgan Chase Bank, N.A.* | Depository and Disbursement Banks and Other Financial Services Providers | • *JPMorgan Chase Bank, N.A.* is a current client;<br><br>• Parent company *JPMorgan Chase, National Association* is: (a) a current client; and (b) a member of former client General Maritime Corporation Ad Hoc Committee of Noteholders (closed 2012);<br><br>• Affiliate companies *JPMorgan Chase India Private Limited* and *JPMorgan Private Equity Ltd.* are current clients;<br><br>• Affiliate company *One Equity Partners LLC* is: (a) a current client; and (b) a minority stockholder of current client *Apollo Health Street Limited*;<br><br>• Affiliate company Highbridge Capital Management is: (a) a shareholder of former client Gavea Investimentos Ltda. (closed 2013); and (b) a participant in a former joint venture (closed 2012) with current client *OGE Energy Corporation*;<br><br>• Affiliate company Bear Stearns & Co., Inc. is: (a) a former client (closed 2011); and (b) a member of former client Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair (closed 2013);<br><br>• Affiliate company JPMorgan Securities, Inc. is the employer of an individual who is a former Jones Day client (closed 2011); and |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate companies JPMorgan Securities Limited and One Equity Partners (HK) Limited (both closed 2011) are former clients. |
| *Kaiser Foundation Health Plan, Inc.* (a/k/a Kaiser Permanente) | Debtors' Top Suppliers of Goods and Services Not For Resale and Major Benefits Administrators or Additional Third Party Administrators | • *Kaiser Foundation Health Plan, Inc.* (a/k/a Kaiser Permanente) is a current client. |
| *The Kroger Company* | Domestic Nondebtor Affiliate | • *The Kroger Company* is: (a) a current client; and (b) a co-investor in Dunnhumby USA LLC, a Domestic Nondebtor Affiliate of the Debtors. <br> • *See also* entry above for Fry's Food Stores of Arizona, Inc. and *Ralphs Grocery Company* (d/b/a Food 4 Less) regarding related disclosure. |
| Kysor Warren | Debtors' Top Suppliers of Goods and Services Not For Resale | • Parent company *Lennox International, Inc.* is a current client. |
| LexisNexis Occupational Health Solutions, Inc. and LexisNexis Screening Solutions, Inc. | Parties to Material Contracts with the Debtors | • Parent company *Reed Elsevier, Inc.* is: (a) a current client; and (b) the parent company of former client Choicepoint, Inc. (closed 2012). |
| Maricopa County Treasurer | Taxing, Licensing and Permit Authorities | • Maricopa County regulated entity Maricopa County Elections Department is a former client (closed 2011). |
| Marsh Risk & Insurance Services | Parties to Material Contracts with the Debtors | • Affiliate company *Victor O. Schinnerer & Company, Ltd.* is a current client; and <br> • Affiliate companies MMC Securities Corporation and Encon Underwriting, Ltd. are former clients (both closed 2011). |
| *Mastercard International* | Depository and Disbursement Banks and Other Financial Services Providers | • *Mastercard International* is a current client; and <br> • Affiliate company Mastercard Jupiter Investments Sprl is a joint venture partner in former client Mobile Financial Services Holding Sprl (closed 2012). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| *National Beef Packing Company LLC* | Beneficiaries and Issuers of Letters of Credit | • *National Beef Packing Company LLC* and affiliate company *Jefferies LLC* are current clients; and<br>• Affiliate company Jefferies High Yield Trading LLC is a member of former client Ad Hoc Committee of Noteholders of Chemtura Corporation (closed 2012). |
| NEC Corporation of America | Parties to Material Contracts with the Debtors | • Parent company *NEC Corporation* is: (a) a current client; and (b) a joint venture partner in former client Automotive Energy Supply Corporation (closed 2012); and<br>• Affiliate company *NED Soft Ltd.* is a current client. |
| Nevada Department of Agriculture<br>Nevada State Dairy Commission<br><br>Nevada Department of Taxation | Taxing, Licensing and Permit Authorities<br><br>Beneficiaries and Issuers of Letters of Credit<br><br>and<br><br>Taxing Licensing and Permit Authorities | • Nevada state-governed entity *Board of Regents of the Nevada System of Higher Education (on behalf of the University of Nevada, Las Vegas)* is a current client. |
| The Nielsen Company (US), Inc. | Parties to Material Contracts with the Debtors | • Parent company *The Nielsen Company B.V.* is a current client. |
| Noble Americas Energy Solutions | Significant Utilities Provider | • Parent company Noble Group Limited is a former client (closed 2011). |
| Otis Elevator Company | Parties to Material Contracts with the Debtors | • Affiliate company *Goodrich Corporation* is a current client. |
| *Pacific Gas and Electric Company* | Beneficiaries and Issuers of Letters of Credit | • *Pacific Gas and Electric Company* is: (a) a current client; (b) the employer of an individual who is a former Jones Day client (closed 2013); and (c) a participant in a joint venture with Gill Ranch Storage, a subsidiary of former client Northwest Natural Gas (closed 2011).<br>• *See also* entry below for PG&E Corporation regarding related disclosure. |
| Penske Truck Leasing Co., L.P. | Parties to Material Contracts with the Debtors | • Penske Truck Leasing Co., L.P. and affiliated company Penske Logistics LLC are former co-clients (both closed 2013); and<br>• Affiliated company *Penske Automotive Group, Inc.* is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Petsmart, Inc. | Commercial Property Lessor | • Petsmart, Inc. is a former client (closed 2013). |
| PG&E Corporation | Significant Utilities Provider | • Affiliate company *Pacific Gas & Electric Company* is a current client.<br>• *See also* entry above for *Pacific Gas & Electric Company* regarding related disclosure. |
| *Premiere Global Services, Inc.* | Significant Utilities Provider | • *Premiere Global Services, Inc.* is a current client. |
| *Procter & Gamble Company* | Debtors' Top Suppliers of Goods for Resale | • *Procter & Gamble Company* is a current client. |
| QBE Insurance Group Limited | Major Insurers and Insurance Brokers | • QBE Insurance Group Limited is a former client (closed 2013). |
| Regents of the University of California Continuing Education of the Bar (CEB) | Taxing, Licensing and Permit Authorities | • Governing entity *The Regents of the University of California* is: (a) a current client; (b) the governing entity of current client *University of California at San Franciso*; and (c) a member of former client Adelphia Non-Agent Committee c/o Oak Hill Advisors, L.P., Committee Chair (closed 2013). |
| *RR Donnelley & Sons Company* | Debtors' Top Suppliers of Goods and Services Not For Resale | • *RR Donnelley & Sons Company* is a current client. |
| *RQA, Inc.* | Parties to Material Contracts with the Debtors | • *RQA, Inc.* is a current client. |
| Ryder Integrated Logistics, Inc. | Debtors' Top Suppliers of Goods and Services Not For Resale<br><br>and<br><br>Parties to Material Contracts with the Debtors | • Parent company *Ryder System, Inc.* is a current client. |
| San Diego Gas & Electric<br><br>and<br><br>Southern California Gas | Significant Utilities Providers | • Parent company *Sempra Energy* is a current client; and<br>• Affiliate company Sempra Generation is a joint venture partner in current client *Mehoopany Wind Energy LLC*. |
| Simplex Grinnell, L.P.<br><br>and<br><br>Tyco Integrated Security LLC | Parties to Material Contracts with the Debtors | • Parent company Tyco International Limited is a former client (closed 2011). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| South Coast Air Quality Management District | Taxing, Licensing and Permit Authorities | • South Coast Air Quality Management District is a former client (closed 2011). |
| *Southern California Edison Company* | Beneficiaries and Issuers of Letters of Credit<br><br>and<br><br>Significant Utilities Provider | • *Southern California Edison Company* is a current client;<br><br>• Affiliate company *Edison Mission Energy Ltd.* is: (a) a current client; and (b) a stockholder of current client *Sunrise Power Company LLC*; and<br><br>• Affiliated company *EDF (Electricité de France)* is a current client. |
| Sprint Solutions, Inc. | Parties to Material Contracts with the Debtors | • New parent company Softbank Corporation is the parent company of current client *Softbank China & India Holdings LLC*;<br><br>• Affiliate companies *Sprint Corporation* (f/k/a Sprint Nextel Corporation) and *NII Holdings, Inc.* are current clients;<br><br>• Affiliate company Sprint Capital Partners L.P. is the sole shareholder of current client *GreatGroup Investments Limited*;<br><br>• Affiliated entity SAIF Partners, (f/k/a Softbank Asia Infrastructure Fund) is: (a) a former client (closed 2012); and (b) the former controlling stockholder of current client *Intelligroup, Inc.*;<br><br>• Affiliate company US Unwired, Inc. is affiliated with an individual who is a former Jones Day client (closed 2013); and<br><br>• Affiliated company Softbank Mobile Corporation is a former client (closed 2011).<br><br>• *See also* entry above for Cisco Systems, Inc. (d/b/a Cisco Webex LLC) regarding related disclosure. |
| Tax Compliance, Inc. (a/k/a TCI Acquisition Corporation) | Parties to Material Contracts with the Debtors<br><br>and<br><br>Taxing, Licensing and Permit Authorities | • Parent company *Corporation Service Company, Inc.* is a current client. |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Tesco Plc<br><br>Tesco Services Limited | Foreign Nondebtor Affiliate<br><br>and<br><br>Depository and Disbursement Banks and Other Financial Services Providers<br><br>Foreign Nondebtor Affiliate | • Tesco Plc is: (a) a former client (closed 2013); (b) the parent company of Tesco Services Limited; and (c) the ultimate parent company of the Debtors; and<br><br>• Affiliate company **Tesco Pension Investment Limited** is a current client. |
| **Union Bank, N.A.** | Depository and Disbursement Banks and Other Financial Services Providers | • **Union Bank, N.A.** (f/k/a Union Bank of California) and affiliate companies **Mitsubishi UFJ Lease & Finance Company Limited**, **Mitsubishi UFJ Research & Consulting Co., Ltd.**, **Mitsubishi UFJ Nicos Co., Ltd.** and **BOT Lease Co., Ltd.** are current clients;<br><br>• Affiliate companies **Mitsubishi UFJ Securities International Plc** and **Bank of Tokyo-Mitsubishi UFJ Ltd., Sucursal en España** are client members of a current lender group representation;<br><br>• Affiliate company Mitsubishi UFJ Securities is a participant in a joint venture with former client MUS Roosevelt Capital Advisers (Hong Kong) Limited (closed 2012);<br><br>• Affiliate company and current client **The Bank of Tokyo-Mitsubishi, UFJ, Ltd.** is a former co-client in a matter with former client Dexia Credit Local, S.A. (closed 2013); and<br><br>• Affiliate company Mitsubishi UFJ Trust and Banking Corporation is a former client (closed 2013). |
| United States Treasury | Taxing, Licensing and Permit Authorities | • The United States Treasury is: (a) an investor in current client **Old Carco Liquidation Trust**; and (b) a stockholder of former client Chrysler Group LLC (closed 2012). |
| Vallejo Sanitation and Flood Control District | Significant Utilities Provider | • Vallejo Sanitation and Flood Control District is a former client (closed 2012). |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| Value Link LLC (d/b/a First Data Prepaid Services) | Parties to Material Contracts with the Debtors<br><br>and<br><br>Depository and Disbursement Banks and Other Financial Services Providers | • Parent company **First Data Corporation** and ultimate parent company **Kohlberg Kravis Roberts & Co., L.P.** (a/k/a **KKR & Co., L.P.**) are current clients.<br><br>• *See also* entry above for **First Data Merchant Services Corporation**; and entry below for **Wells Fargo Bank, N.A.**, et al. regarding related disclosure. |
| Verisae, Inc. | Parties to Material Contracts with the Debtors | • Affiliated company Marlin Equity Partners, LLC is a former client (closed 2012). |
| Verizon California<br>and<br>**Verizon Wireless, Inc.** | Significant Utilities Providers | • **Verizon Wireless, Inc.** is: (a) a current client; and (b) a participant in a former joint venture (closed 2012) with current client **T-Mobile USA**;<br><br>• Parent company **Verizon Communications, Inc.** is: (a) a current client; and (b) a member of former client Broadband Internet Technical Advisory Group (closed 2011);<br><br>• Affiliate companies **Verizon Deutschalnd GmbH** and **Verizon Japan, Ltd.** are current clients; and<br><br>• Affiliate company Verizon Business is a former client (closed 2011). |
| **Visa, Inc.** | Depository and Disbursement Banks and Other Financial Services Providers | • **Visa, Inc.** is a current co-client with affiliated companies and clients **Visa USA, Inc.** and **Visa International Association**. |
| **Walgreen Company** | Commercial Property Lessor | • **Walgreen Company** is a current client. |
| **Wells Fargo Bank, N.A.**<br><br><br>Wells Fargo Bank Northwest, N.A.<br><br>Wells Fargo Equipment Finance, Inc., as assignor under assignment of lease between the Debtors and Balboa Capital Corporation | Debtors' Top Suppliers of Goods and Services Not For Resale<br><br>Commercial Property Lessor<br><br>Parties to Material Contracts with the Debtors | • **Wells Fargo Bank, N.A.** and affiliate company **Norwest Venture Partners** are current clients;<br><br>• Affiliate company **National Payment Processing** is a co-client in a current matter with current client **Merchant Services, Inc.**;<br><br>• Affiliate company Wachovia Securities is a limited partner of Chipwill LLC, the parent company of former client KW Investment KK (closed 2012);<br><br>• Affiliate company Norwest Venture Partners is an investor in former client Basis Science, Inc. (closed 2013); and |

| INTERESTED PARTY | RELATIONSHIP TO THE DEBTOR | CLIENTS AND THEIR AFFILIATES |
|---|---|---|
| | | • Affiliate companies Wells Fargo Capital Finance LLC, Wachovia Bank N.A. and Wachovia Corporate Services, Inc. (all closed 2012) and Wachovia Bank, as Trustee (closed 2013) are former clients.<br><br>• *See also* entries above for **First Data Merchant Services Corporation** and Value Link LLC (d/b/a First Data Prepaid Services) regarding related disclosure. |
| The Yucaipa Companies LLC | Potential Purchaser of Certain Assets of the Debtors and<br><br>Party to Significant Contracts with the Debtors | • The Yucaipa Companies LLC is: (a) the parent company of current client **Americold Logistics LLC**; (b) a stockholder of current client **TEN Media LLC**; (c) the parent company of current clients **AFA Foods, Inc.** and **United Food Group LLC**, debtors, and YCIF II, Second Lien Holdings LLC and Yucaipa Corporate Initiatives Fund II LLC, equity security holders of the debtors, in the **AFA Foods, Inc.**, *et al.* chapter 11 cases in which Jones Day is debtors' counsel; (d) an affiliated entity of former client Homewood Capital LLC (closed 2012); and (e) a stockholder of former client Americold Realty Trust (closed 2012). |
| Zurich Insurance Group AG | Major Insurers and Insurance Brokers | • Affiliate company **Zurich Vida Compañia de Seguros, S.A.** is a current client; and<br><br>• Affiliate company Associated Marine Insurers & Agents Pty Ltd. is a former client (closed 2012). |

**SCHEDULE 3**

NONEXCLUSIVE LIST OF CERTAIN
JONES DAY PROFESSIONALS AND THEIR HOURLY RATES

| NAME | LOCATION | POSITION | BILLING RATE IN EFFECT AS OF THE PETITION DATE |
|---|---|---|---|
| Paul Leake | New York | Partner | $1,000.00 |
| Lisa Laukitis | New York | Partner | $825.00 |
| Randi Lesnick | New York | Partner | $800.00 |
| Timothy Hoffmann | Chicago | Associate | $650.00 |
| Jae Woo Park | New York | Associate | $575.00 |
| Justin Carroll | New York | Associate | $575.00 |
| George Howard | New York | Associate | $575.00 |
| Lauren Buonome | New York | Associate | $575.00 |
| Christa Smith | Dallas | Paralegal | $225.00 |