## EXHIBIT B

NYI-4541221
RLF1 9443434v.1

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| FRESH & EASY NEIGHBORHOOD MARKET INC., *et al.*,[1] | : | Case No. 13-12569 (KJC) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

**DISCLOSURE OF COMPENSATION OF JONES DAY**

Pursuant to section 329(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Lisa Laukitis hereby certifies as follows:

1.      I am a partner of the law firm of Jones Day and am duly authorized to make this Disclosure of Compensation on behalf of Jones Day in connection with the Application of the Debtors for an Order Authorizing Them to Retain and Employ Jones Day as Counsel, *Nunc Pro Tunc* as of the Petition Date (the "Application").[2]

2.      The Debtors retained Jones Day to provide advice in connection with the restructuring of their businesses in August 2013. On September 17, 2013, the Debtors provided Jones Day with a retainer in the amount of $750,000.00 (the "Retainer"). Thereafter, Jones Day drew down the Retainer for work performed and expenses incurred pursuant to Jones Day's representation of the Debtors and the Retainer was replenished by the Debtors from time to time prior to the Petition Date as detailed on Exhibit 1. As of the Petition Date, the amount of the

---

[1]   The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses): Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636). The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

[2]   Capitalized terms not otherwise defined herein have the meanings given to them in the Application.

Retainer, based on an estimated invoice for prepetition fees and expenses for the period of September 26, 2013 through the Petition Date and subject to final reconciliation, was $449,804.60.

        3.      Jones Day proposes that any portion of the Retainer in excess of Jones Day's prepetition fees and expenses be treated as an evergreen retainer to be held by Jones Day as security throughout the bankruptcy cases until Jones Day's fees and expenses are awarded by final order and are then payable to Jones Day.  While Jones Day has not reconciled the final amount of its prepetition fees and expenses, it is expected that the Retainer payments received by Jones Day are substantially in excess of such prepetition fees and expenses.

        4.      An accounting of payments made to Jones Day prior to the Petition Date (collectively, the "Prepetition Payments") is attached hereto as Exhibit 1.  I have been advised by the Debtors that the Prepetition Payments were paid by, and the source of such funds was, the Debtors.

        5.      To the best of my knowledge and belief, insofar as I have been able to ascertain after reasonable inquiry, neither I nor Jones Day, nor any partner or associate thereof, has received or been promised any compensation for legal services rendered or to be rendered in any capacity in connection with the Debtors' chapter 11 cases, other than as permitted by the Bankruptcy Code.  Jones Day has not agreed to share compensation received in connection with these cases with any other person, except as permitted by section 504(b) of the Bankruptcy Code and Bankruptcy Rule 2016(b) in respect of the sharing of compensation among Jones Day's partners.

[The remainder of this page is intentionally blank.]

-3-

Dated: October 3, 2013

Respectfully submitted,

/s/ Lisa Laukitis
Lisa Laukitis
JONES DAY
222 East 41st Street
New York, New York  10017
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

# EXHIBIT 1

## Accounting Summary of Payments

| Date | Transaction | Invoices Issued / Retainer Debits for Legal Services Rendered by Jones Day | Funds Received by Jones Day | Retainer Account Balance |
|---|---|---|---|---|
| 09/17/13 | Retainer received from Debtors | | $750,000.00 | $750,000.00 |
| 09/25/13 | Invoice No. 32614426 reduced from retainer for services rendered through 09/13/13 | $368,436.60 | | $381,563.40 |
| 09/25/13 | Wire transfer from the Debtors to replenish retainer | | $368,436.60 | $750,000.00 |
| 09/27/13 | Invoice No. 32618569 reduced from retainer for services rendered through 9/25/13 | $288,802.40 | | $461,197.60 |
| 09/27/13 | Wire transfer from the Debtors to replenish retainer | | $288,607.00 | $749,804.60 |
| 09/28/13 | Invoice No. 32619281 reduced from retainer for estimated services rendered through 9/30/13 | $300,000.00 | | $449,804.60 |