# EXHIBIT E

## Section 2(B) to the Engagement Letter

**Section 2B to the Engagement Letter**

2.B. <u>Store FF&E</u>.

- At any time and from time to time during the Term, the Company may request that Consultant assist it in selling Store furniture, fixtures, and equipment.  The Company shall designate in writing the items of Store furniture, fixtures, and equipment that it wishes to sell (and, for the avoidance of doubt, the Company is free to include/exclude items in its sole discretion, and to sell or otherwise dispose of excluded items, including by contracting with others to do so on its behalf).  Notwithstanding the foregoing, Consultant shall not have any obligation to sell, handle, or clean-out/remove any furniture, fixtures, and equipment containing hazardous materials (including, without limitation, Freon), nor shall the Consultant be responsible for selling, disposing of or cleaning-out/removing any furniture, fixtures, and equipment that, at such time, contains any hazardous materials. With respect to all Store furniture, fixtures, and equipment that the Company does wish the Consultant to assist it in selling ("**FF&E**"), Consultant shall assist with the marketing and sale of such FF&E, and the Company shall pay Consultant a commission equal to (i) twenty percent (20%) of the first $5.0 million of gross sales of FF&E net only of sales tax plus (ii) five percent (5%) of any additional gross sales of FF&E net only of sales taxes  ("**FF&E Commission**").  On a weekly basis, the Company shall pay Consultant the portion of the FF&E Commission earned on account of sales of FF&E made during each prior week.  For the avoidance of doubt, in the event that any Store furniture, fixtures and equipment which are not specifically designated as FF&E in accordance with this Paragraph B are disposed of or transferred in connection with a transaction under or pursuant to the Real Estate Services, Consultant shall not be entitled to a separate fee under this Paragraph B.

- The Company shall reimburse Consultant for its marketing and sales expenses associated with the sale of FF&E, not to exceed an amount to be mutually agreed upon based upon the composition and location of the FF&E as determined by the Company ("**FF&E Expense Budget**").  The Company shall make such reimbursements weekly upon the receipt of reasonable documentation therefore.

- Consultant shall have the right to abandon any unsold Store furniture, fixtures, and equipment (including without limitation FF&E) at the Stores at the conclusion of the Term, without liability to the Company, any landlord or any other third party; provided however, that at the Company's request, Consultant would be pleased to assist the Company in cleaning-out/removing any unsold Store furniture, fixtures, and equipment (including without limitation FF&E) in which case the Company and Consultant would need to mutually agree upon an increase to the FF&E Expense Budget to reflect any such clean-out/removal expenses to be incurred by Consultant.

- Company shall be solely responsible for the collection, reporting and payment of all sales and similar taxes related to the sale of FF&E and Consultant shall have no responsibility therefore.