## EXHIBIT C

**Declaration of Marc Liebman**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| FRESH & EASY NEIGHBORHOOD | : | Case No. 13-12569 (KJC) |
| MARKET INC., *et al.*,[1] | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

### DECLARATION OF MARC LIEBMAN IN SUPPORT OF DEBTORS' APPLICATION PURSUANT TO SECTIONS 327(a) AND 328(a) OF THE BANKRUPTCY CODE (I) AUTHORIZING THE EMPLOYMENT AND RETENTION OF (A) ALVAREZ & MARSAL NORTH AMERICA, LLC AS FINANCIAL ADVISORS AND (B) ALVAREZ & MARSAL SECURITIES, LLC AS INVESTMENT BANKERS TO THE DEBTORS *NUNC PRO TUNC* TO THE PETITION DATE AND (II) WAIVING CERTAIN REPORTING REQUIREMENTS PURSUANT TO LOCAL RULE 2016-2(d)

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Marc Liebman declares:

1.    I am a Managing Director with Alvarez & Marsal Securities, LLC ("A&M-S"); together with its parent company Alvarez & Marsal North America, LLC ("A&M-NA" and, together with A&M-S and employees of A&M-S's professional service provider affiliates, all of which are wholly-owned by A&M-NA's parent company and employees, "A&M"), a restructuring advisory services firm with numerous offices throughout the country.  I submit this declaration on behalf of A&M (the "Declaration") in support of the Debtors' Application Pursuant to Sections 327(a) and 328(a) of the Bankruptcy Code (I) Authorizing the Employment and Retention of (A) Alvarez & Marsal North America, LLC as Financial Advisors and (B) Alvarez & Marsal Securities, LLC as Investment Bankers to the Debtors *Nunc Pro Tunc*

---

[1]    The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636).  The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

to the Petition Date and (II) Waiving Certain Reporting Requirements Pursuant to Local Rule 2016-2(d) (the "Application")[2] on the terms and conditions set forth in the Application and the engagement letter between Debtors and A&M annexed to the Application as Exhibit "A" (the "Engagement Letter").  Except as otherwise noted,[3] I have personal knowledge of the matters set forth herein.

## Disinterestedness and Eligibility

      2.      A&M together with its affiliates (the "Firm") utilize certain procedures ("Firm Procedures") to determine the Firm's relationships, if any, to parties that may have a connection to a debtor client.  In implementing the Firm Procedures, the following actions were taken to identify parties to which the Firm has a relationship that may also have connections to the Debtors:

      a.      A&M requested and obtained from the Debtors a schedule of interested parties and significant creditors (the "Potential Parties in Interest").[4] The list of Potential Parties in Interest that A&M reviewed is annexed hereto as Schedule 1.  The Potential Parties in Interest reviewed include, among others, the Debtors, their current and former officers and directors, current senior managers, current and former officers and directors of the Debtors' direct parent company, nondebtor affiliates, the Debtors' professional memberships and commercial associations,  the twenty-five largest suppliers of goods for resale, the twenty-five largest suppliers of goods not for  resale, parties to material contracts with the Debtors, current and former parties to unexpired leases, beneficiaries and issuers of letters of credit, depository and disbursement banks and other financial service providers, parties to inter-company agreements with the Debtors, major

---

[2]      Capitalized terms used but not otherwise defined herein have the meanings set forth in the Application.

[3]      Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information provided by them.

[4]      The list of Potential Parties in Interest is expected to be updated during these cases.  A&M continues to review the relationships its attorneys may have with potentially interested parties and to determine whether any relationships other than those set forth herein exist.  As may be necessary, A&M will supplement this Declaration if it becomes aware of a relationship that may adversely affect A&M's retention in these cases or discovers additional parties in interest through the filing of statements of financial affairs or statements under Rule 2019.  A&M will update this disclosure if it is advised of any trading of claims against or interests in the Debtors that may relate to A&M's retention or otherwise requires such disclosure.

competitors, major insurers and insurance brokers, Debtors' professionals, consultants and service providers, and the Debtors stalking horse bidder.

b.     A&M then compared the names of each of the Potential Parties in Interest to the names in its master electronic database of the Firm's current and recent clients (the "Client Database"). The Client Database generally includes the name of each client of the Firm, the name of each party who is or was known to be adverse to the client of the Firm in connection with the matter in which the Firm is representing such client, the name of each party that has, or had, a substantial role with regard to the subject matter of the Firm's retention, and the names of the Firm professionals who are, or were, primarily responsible for matters for such clients.

c.     An email was issued to all Firm professionals requesting disclosure of information regarding: (i) any known personal connections between the respondent and/or the Firm on the one hand, and either the Potential Parties in Interest or the Debtors, on the other hand,[5] (ii) any known connections or representation by the respondent and/or the Firm of any of the Potential Parties in Interest in matters relating to the Debtors; and (iii) any other conflict or reason why A&M may be unable to represent the Debtors.

d.     Known connections between former or recent clients of the Firm and the Potential Parties in Interest were compiled for purposes of preparing this Declaration. These connections are listed in Schedule 2 annexed hereto.

3.     As a result of the Firm Procedures, I have thus far ascertained that, except

as may be set forth herein, upon information and belief, if retained, A&M:

a.     is not a creditor[6] of the Debtors (including by reason of unpaid fees for prepetition services), an equity security holder of the Debtors (except certain Firm employees may own de minimis amounts representing not more than 0.01% of the equity interests in the related entity), or an

---

[5]     In reviewing its records and the relationships of its professionals, A&M did not seek information as to whether any A&M professional or member of his/her immediate family: (a) indirectly owns, through a public mutual fund or through partnerships in which certain A&M professionals have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors or any other party in interest; or (b) has engaged in any ordinary course consumer transaction with any party in interest. If any such relationship does exist, I do not believe it would impact A&M's disinterestedness or otherwise give rise to a finding that A&M holds or represents an interest adverse to the Debtors' estates. It is also noted that in the course of our review it came to A&M's attention that A&M personnel hold de minimis investments, representing not more than 0.01% of the equity interests in the related entity, in various parties in interest, including but not limited to Citigroup, JPMorgan Chase, Travelers and Wells Fargo.

[6]     See paragraph 8 below.

"insider" of the Debtors, as that term is defined in section 101(31) of the Bankruptcy Code;

b.    is not, and has not been, within two (2) years before the date of the filing of the petition, a director, officer, or employee of the Debtors; and

c.    does not have an interest materially adverse to the interests of the Debtors' estates, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

4.    As can be expected with respect to any international professional services firm such as A&M, the Firm provides services to many clients with interests in the Debtors' Chapter 11 cases.  To the best of my knowledge, except as indicated below, the Firm's services for such clients do not relate to the Debtors' Chapter 11 cases.

5.    In addition to the relationships disclosed on Schedule 2, it should be noted that:

a.    JPMorgan Chase Bank, N.A. ("JPMC") together with certain of its affiliates (collectively, "JPM") and Wells Fargo Bank, National Association ("WFBNA") together with certain of its affiliates (collectively, "Wells Fargo") are Potential Interested Parties in the Debtors' chapter 11 cases.  Under certain credit facilities (the "Credit Facilities") to A&M's parent company Alvarez & Marsal Holdings, LLC ("A&M Holdings"): WFBNA is the administrative agent, swingline lender and issuing lender, JPMC is the syndication agent and participating lender, and Wells Fargo Securities, LLC and J.P. Morgan Securities LLC are the joint lead arrangers and joint book runners.  In addition to WFBNA's and JPMC's receipt of interest in their capacity as lenders under the Credit Facilities, Wells Fargo and JPM have received certain customary and negotiated fees and reimbursement of expenses in connection with their roles under the Credit Facilities.

b.    A&M provides advisory services to counsel to the agent for a group of lenders to a supplier to the Debtors identified on Schedule 1.  A&M's services in such engagement are unrelated to the Debtors and no personnel working on such engagement are providing services to the Debtors.

6.    Further, as part of its diverse practice, the Firm appears in numerous cases and proceedings, and participates in transactions that involve many different professionals,

including attorneys, accountants, and financial consultants, who represent claimants and parties-in-interest in the Debtors' Chapter 11 cases.  Further, the Firm has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings.  Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which A&M is to be employed, and none are in connection with these cases.

7.      To the best of my knowledge, no employee of the Firm is a relative of, or has been connected with the United States Trustee in this district or its employees.

8.      Accordingly, to the best of my knowledge, A&M is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that A&M:  (i) is not a creditor, equity security holder, or insider of the Debtors; (ii) was not, within two (2) years before the date of filing of the Debtors' Chapter 11 petitions, a director, officer, or employee of the Debtors; and (iii) does not have an interest materially adverse to the interest of the Debtors' estates or of any class of creditors or equity security holders.

9.      If any new material relevant facts or relationships are discovered or arise, A&M will promptly file a supplemental declaration.

## Compensation

10.      The terms and conditions of A&M-S's compensation are set forth in the Engagement Letter.  Consistent with the Engagement Letter, A&M-S will be paid a monthly fee of $150,000, commencing as of the effective date of the Engagement Letter.  In addition, A&M-S will be entitled to a Sale Transaction Fee based on the consummation of a Sale Transaction, as fully set forth in the Engagement Letter.

11.     To the best of my knowledge (i) no commitments have been made or received by A&M with respect to compensation or payment in connection with these cases other than in accordance with applicable provisions of the Bankruptcy Code and the Bankruptcy Rules, and (ii) A&M has no agreement with any other entity to share with such entity any compensation received by A&M in connection with these Chapter 11 cases.

12.     By reason of the foregoing, I believe A&M-S is eligible for employment and retention by the Debtors pursuant to sections 327(a) (as modified by sections 1107(b)), 328, 330 and 331 of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

13.     Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 3, 2013
      Phoenix, Arizona

                                              /s/ Marc Liebman
                                              Marc Liebman
                                              Managing Director

**SCHEDULE 1 TO THE LIEBMAN DECLARATION**

## SCHEDULE 1

## Fresh & Easy Neighborhood Market, Inc., *et al.*

## Interested Parties

### The Debtors

Fresh & Easy Neighborhood Market, Inc.
Fresh & Easy Property Company

### Domestic Nondebtor Affiliates

BzzAgent, Inc.
Dunnhumby Delaware, Inc.
Dunnhumby USA, Inc.
Dunnhumby USA LLC
Fresh & Easy Holding Company
Fresh & Easy Neighborhood Foundation
KSS Retail, Inc.

### Foreign Nondebtor Affiliates

Buttoncable Ltd.
BzzAgent UK Ltd.
Dunnhumby International Ltd.
KSS Retail Ltd.
Tesco Holdings Ltd.
Tesco Plc

### Current and Former Officers and Directors of the Debtors

Jeff Adams
Timothy R. Ashdown
John Burry
Mark Champagne
Philip Clarke
Hugh Cousins
James Dibbo
Tony Eggs
Peter Evans
Ian Fletcher
Andrew Higginson
Mary M. Kasper
Terry Leahy
Jonathan Lloyd
Tim Mason
Laurie McIlwee
Lucy Neville-Rolfe
Bryan Pugh
Doug Rutledge
Simon Uwins
Remco Waller

### Current Senior Management of the Debtors

Tim Anning
Andy Bevan
Kayvon Davar
Kate Ewart
Ian Fletcher
Mark Gniot
Kate Hancock
Vivian Hung
Paul Jevins
Anthony Johnson
Paul Keaney
Neill King
Mark Lodge
Huw Mainwaring
Rich Newsted
Kelvin Parker
Paul Stites
Beatrice Vicente
Bob White

### Current and Former Directors of the Debtors' Direct Parent

Karen Atkinson
Martin J. Field
Andrew T. Higginson
Instant Companies Limited
Jonathan M. Lloyd
Nicholas C. Mourant
Lucy J. Neville-Rolfe
Helen J. O'Keefe
Swift Incorporations
Tesco Services Limited

### Debtors' Professional Memberships and Commercial Associations

American Frozen Foods Institute (AFFI)
California Grocers Association (CGA)
California Retailers Association (CRA)
Food Marketing Institute (FMI)
Los Angeles Economic Development Corporation (LAEDC)
National Association of Licensing and Compliance Professionals (NALCP)
Produce Marketing Association (PMA)
Survey Monkey (Sensory Results)

United Fresh (Produce)
Valley Industry and Commerce Association (VICA)

**Debtors' Top Suppliers of Goods for Resale**

Andrew Williamson Fresh Produce
The Coca-Cola Company
Calavo Growers Inc.
Columbia Marketing International Inc.
Cornerstone US Wine Imports LLC
Del Monte Fresh Produce N.A., Inc.
DPI West
Eggs West LLC
Foster Farms Dairy
Frito Lay
Fusion FL
General Mills
Great Lakes Cheese Co., Inc.
Harvest Meat Company, Inc.
Hidden Villa Ranch
Il Fornaio America Corporation
International Coffee & Tea LLC
Jennie-O Turkey Store
Kraft Foods Group, Inc.
MM USA, Inc.
Niagara Bottling LLC
Pacific American Fish Company, Inc.
Pak West Paper and Packaging
Pepsi Cola
Plumrose USA
Procter & Gamble
Santa Monica Seafood Company
Smithfield Packing
Snak King Corporation
Sunland Inc.
Two Chefs
Valley Fine Foods Company

**Debtors' Top Suppliers of Services and Goods Not for Resale**

Austin Building and Design, Inc.
California State Board of Equalization
Citi Prepaid Services
Colorado Structures, Inc., d/b/a CSI Construction
Dean Socal LLC, d/b/a Swiss Dairy
Deutsch, Inc.
Fresh & Easy Property Company LLC
Jones Lang LaSalle
Kaiser Foundation Health Plan, Inc.
Kimco Staffing Services, Inc.
Kysor Warren
Liberty Mutual Insurance Company
LPS Contracting, Inc.
National Retail Service Group
NCR Corporation

Priority Business Services, Inc.
Remis America LLC
RR Donnelley & Sons Company
Ryder Integrated Logistics, Inc.
Steve Julius Construction, Inc.
Stremicks Heritage Foods LLC
The Produce Exchange
Utility Trailer Sales of Southern California LLC
Wells Fargo Bank, N.A. (for 401K)
Wyndeham Kestrel

**Parties to Material Contracts with the Debtors**

3M Company
ABM Security Service
ADP Taxware division of ADP, Inc.
ADT Security Services, Inc.
AeroTek Scientific LLC
Aetna Health of California, Inc.
Aetna Life Insurance Company
Air Liquide Industrial U.S., L.P.
Ajilon Professional Staffing LLC
ALIC Enterprises LLC, d/b/a Arizona Liquor
        Industry Consultants
American Corporate Security, Inc.
American Music Environments, Inc.
Anderson Security Agency
Andrew & Williamson Fresh Produce
Aon Risk Insurance Services West, Inc.
APCO Worldwide, Inc.
APlus Homes, Inc., d/b/a Service Master A Plus
        Clean
Apollo Technologies, Inc.
Arizona Cart Retrieval Company
Balboa Capital Corporation (lease now assigned to
        Wells Fargo Equipment Finance, Inc.)
Barrel O Fun Snack Foods Company
Bazaarvoice, Inc.
Bemus Landscape, Inc.
Bizerba USA, Inc.
Blackhawk Network, Inc.
BlueHornet Networks, Inc.
Bonents Slice of Pie
C&L Refrigeration Corporation
California Boiler
California Shopping Cart Retrieval Corporation, Inc.
Cerrell Associates, Inc.
Checkpoint Systems, Inc.
CHEP USA
Clougherty Packing LLC
Colorado BARS, Inc., d/b/a The BARS Program
ComPsych
Computer Protection Technology, Inc.
Conexis
Cornerstone US Wine Imports LLC
Crestone Group LLC

Custom Service Systems
Dawn Food Products
Del Monte Fresh Produce N.A., Inc.
Dell Marketing, L.P.
Dell Message One - Alertfind
Delta Dental of California
Dematic Corporation
Deutsch LA, Inc.
Dialogue Marketing, Inc.
DLEnglish Design Studio
EcoLab
EcoPest (division of EcoLab)
eMaint Enterprises LLC
Emerson Network Power Liebert Services
ExactTarget, Inc.
Food Safety Solutions, Inc.
Food Microbiological Labs (FML)
FoodChain Global Advisors, Inc.
Foster Poultry Farms, Inc.
Fusion Floral
Gadberry Group LLC
Garda CL West, Inc., f/k/a AT Systems West
General Electric Capital Corporation
Gourmet India Food Company
GSX, Inc.
Harris Ranch
Harvest Meat Company, Inc.
Hewlett-Packard Company
IBM Business Continuity & Recovery Services
Idaho Potato Commission
II Fornaio (America) Corporation
Inovis USA, Inc.
Intellinetics, Inc.
Intuit, Inc.
Inventure Foods, Inc.
iTEK Services, Inc.
IVIS Group Limited
Ixia Packaging Machine Solutions
John Bean Technologies Corporation
Jones Lang LaSalle Americas, Inc.
Kimco
Kohl's Value Services, Inc.
Laura Hiller Lynch, d/b/a Intelligent Database Solutions
Law Offices of Neal C. Tenen
Leader Enterprises, Inc.
LexisNexis Occupational Health Solutions, Inc.
LexisNexis Screening Solutions, Inc.
Liberty Mutual Insurance
Marel, Inc.
Marian Health Greeting Cards LLC
Marsh Risk & Insurance Services
Matheson Tri-Gas
Mercer Health & Benefits LLC
Merchants Automotive Group, Inc.
Mericle Mechanical, Inc.

Micros Retail & Manufacturing Limited
MMUSA, Inc.
Muddy Boots Software, Ltd.
Natures Way Foods USA, Inc.
NCR Corporation
NEC Corporation of America
North American Food Group Ltd.
NSF International, Inc.
Odesus, Inc.
One Source Food Solutions
Otis Elevator Company
P & D Dairy
Paramount Protective Services, Inc.
Penske Truck Leasing Co., L.P.
Polymer Logistics, Inc.
Priority Business Services
Providian Staffing
Prudential Clean Room Services
Pure Health Solutions, Inc.
Pure Water Finance
Pure Water Tech (I.E.)
Quality Assurance International (QAI)
Raymond Handling Solutions, Inc.
Redsky IT
Resource Management Group, Inc.
Retail Data LLC
Retalix USA, Inc.
Ricoh Americas Corporation
RL Public Relations + Marketing, Inc.
Romero's Food Products, Inc.
Ross Systems
RQA, Inc.
Ryder Integrated Logistics
SAI Global, Inc.
Savvis Communications Corporation
SCS, Inc.
Secova, Inc.
SEDEX Database
Select Staffing Services, Inc.
Silliker Laboratories
Simplex Grinnell, L.P.
SmartRevenue, Inc.
Snak-King Corporation
Southern Wine & Spirits of America, Inc.
Specialists in Custom Software, Inc.
Sprint Solutions, Inc.
Stericycle, Inc.
Stratex Solutions, Inc.
Sweet Life Enterprises, Inc.
Systems Maintenance Services
Talon Executive Services, Inc.
Tax Compliance, Inc,.
The Inventure Group, Inc.
The Nielsen Company (US) LLC
The Yucaipa Companies LLC
Two Chefs on a Roll, Inc.

Tyco integrated Security LLC
Unified Protective Services, Inc.
Universal Security& Fire, Inc.
USGN, Inc.
ValueLink LLC, d/b/a First Data Prepaid Services
VCG Kestrel LA Ltd.
VCG Kestrel Limited
Verisae, Inc.
WageWorks, Inc.
Westec Interactive Security, Inc.
Western Bagel
Wheat Montana
Wyndeham Kestrel LA, Inc.
Yale/Chase Equipment and Services


**Current and Former Parties to Unexpired Leases**

*Real Property Lessors (Employee Residential Leases)*

BRE Properties, Inc.
Debra Turner Living Trust UAO-2-16-06
Legacy Partners Residential, Inc.
Liam Thornton
Mehrid Kosrow-Pour
Newsen Tsang
Paul and Lana Lee
Raju Chhabria and Philomina Chhabria

*Real Property Lessors (Commercial)*

1st Commercial Realty Group, Inc.
5 R Partners LLC
A & C Properties, Inc.
ADR Preferred Business Properties
AJ Louis Corporation
Alex Management
All The Games TIC
Altapo Belwood LLC
America West Properties, Inc.
Architectural Ventures
Ardenbook, Inc.
Arizona Partners
Arlington Square, L.P.
Armistre Ametjian Staley Family Ltd.
B & L Realty Associates LLC
Beach Plaza LLC & Refoua LLC
Beltway Associates Ltd.
Benjamin John Bubenik, a/k/a Beverly Hills
      Physicians.com
BP Gilbert LLC
BP Phoenix LLC
BRH LLC
Brico Commercial Services
Brixmor Property Group
Broadmarket Plus II, L.P.

Browman Development Company, Inc.
Bullock-Golden Partnership
Buzz Oates Management Services
C&C RiverRock Newmark
Cal-Select Properties, Inc.
CAM Commercial Properties
Capital Asset Management
Carosella Properties, Inc.
CB Richard Ellis, Inc.
CBRE
Centers Business Management (CBM)
CFI
Champion
Cherry Gardena LLC
CIM Group LLC
Citadel Equities Group
Clifford Nevada LLC
CNT Investments LLC
Colliers Parrish Asset Management, Inc.
Commercial Facilities, Inc.
Commercial Property Management
Commercial Real Estate Specialists
Continental Development
Cordano Company
Coreland Companies
Corner Stone, Development
Corona Vista Properties Company
CPMC Realty
CRE7 LLC
Cushman Family Trust B
CVS Realty
Gerald Daley
Davidson Myers & Associates
Daytom Enterprises, Inc.
De Anza Properties
Del-Camp Investments, Inc.
Diamond Property Company LLC
Diamond Square LLC
Donohoe & Company, Inc.
Duckett-Wilson Development Company
Shiekh S. Ellahi
Emser International LLC
Engstrom Properties, Inc.
Euclid Ontario Development LLC
Evergreen Commercial Realty LLC
Excel Property Management Services, Inc.
Fallbrook Plaza LLC
FM Enterprises
Foothills Nevada LLC
Fortuna Asset Management
Foursquare Properties, Inc.
Fraser & MacRae, Inc.
Fritz Duda Company
Albert K. Fujisawa
Furst Enterprises Group B LLC
G3 Enterprises, Inc.

Galleria Orange LLC
GAM Venture One LLC
Garfield Beach CVS LLC
Geyser Asset Management
GGF Huntington LLC
Gilbert LLC
Globe Properties / DHM Development
Golden Heights Investment LLC
Golden Mile Investment Company
Goldenrock Investment, Inc.
Gordon Ranch Marketplace LLC
GRAE Ventures LLC / Amsted Residuals LLC
Grand Plaza LLC
Greenway 32 LLC
Gresham Savage Nolan & Tilden, P.C.
Grupe Commercial Company
GVD Commercial Properties, Inc.
GW Paramount Investment LLC
Randi Hart
Highlander Center LLC
Higley Park Commercial
Higley Pavilion LLC
Hill Management Service
Hinds Investments, L.P.
Hoefflin & Burrows
Inland Diversified RE Services
IPB Commercial
Iris Partners LLC
J & P Properties
J & S Management
J. S. Signet LLC
J. Wood Ventures LLC
J.A. Kennedy Real Estate Company
James Crone & Associates
JKG Investments
J-Mar Development Company
Johnston Property Management, Inc.
JYW Properties, L.P.
Jeffrey D. Kabakoff & Maria V. Kabakoff
Kaercher Investments
Kern River Partners LLC
William J. Knight
KP Management Group LLC (Prop. Mgr.)
La Jolla Management Company
Laguna Village
Lakemoor Properties LLC
Laurich Properties, Inc.
Legend Real Estate Management, Inc.
Todd Leger
Lewis Operating Corporation
Lin Estate, Inc.
John Lively
M & M Stone, Inc.
M. D. Atkinson Co., Inc.
M. F. Daily Corporation
Majestic Management

Mann Investments, Inc.
Maple Leaf Investments
Mar LLC
Martin Trust
Mary Bartsas 13 LLC
Mary Bartsas 15 LLC
Maverick Holding LLC
McConica 2260 LLC
McNeillis Partners LLC
Meridian Pacific, Ltd.
Metro Realty Advisors LLC
Metrowealth Properties
MLI Capital Partners LLC
MNG Real Estate Investments LLC
Dr. & Mrs. Kenneth W. Morgan
MTK Limited LLC
Nevada Capital Asset Management
Newman Development Group of Madera LLC
Newmark Merill Companies
North River Investments LLC
Northern 12 LLC
Optimus Property Management LLC
Orosco Development No. 11 LLC
Outpar LLC
Pacific Horizon Management
Pacific West Asset Management Corporation
Paddle Creek & Associates, Inc.
Parkstone Management Services, Inc.
Paul and Koula LLC
Peak Campus Management LLC
PetSmart, Inc.
Thang and Kathy Pham
Phillips Edison & Company
Plaza Sorrento Partners LLC
Ponder LLC
Primestor Development, Inc.
PRJL – Corona LLC
Property MGMT Services, Inc.
R & R Management LLC
Red Tail Acquisitions LLC
Regency Centers
Retail California
Rich Development Enterprises LLC
RiverRock Real Estate Group, Inc.
ROIC Paramount Plaza LLC
Roussey Family Partnership
Rudd Properties
Ryan/Kalof Commercial Real Estate, Inc.
Salvador S. Sanchez
Sand Hill Property Management Company
Shlemmer Investments
Smith Center Development, Inc.
Solari Enterprises, Inc.
Soraya LLC
South Mountain Pavilion CAM
Spectrum Property Management

Sperry Van Ness-RICORE
Judy Spiller
SPL, Ltd./Stonington Properties
Sports Authority
STC Management
Larry & Tammy Stewart
Stockdale Property Management, Inc.
Stolz Management
Max Stolzberg
Sun Arroyo I LLC
Sunbelt Investment Holdings, Inc.
Kay Swilkart
Tallen & Keshen Holdings LLC
Tallen Keshen Retail Ventures LLC
The Abbey Company
The Bridgeport Company
The Glenmoor Companies
The Klein Group
The Lottie A. Moore Family Trust
The Midtown Niki Group
The Remm Group
Thomaco Property Management
John Thomas
Thompson National Properties LLC
Toibb Enterprises
Andy Trachman
Triwell Properties, Inc.
Trop & Jones LLC
Turner Island Farms
Tuscany Square Partners LLC
University Capital Management, Inc.
Upland Village c/o Kodash, Inc.
Valley Field Riding & Polo Club (VFR&P Properties)
Vestar Property Management
Virtus Commercial
VK Major One LLC
Voit Real Estate Services
Walgreen Company
Warm Springs Plaza LLC
Warner Greenfield LLC
WCPP-LK LLC
Weingarten Nostate, Inc.
Wells Fargo Bank Northwest, N.A.
Wendy-Veto LLC
Peter & Lili Weng
Stanley Weissbrot
West ValleyProperties, Inc.
Westcore Freightways LLC
Western Malls LLC
Westside Business Park, L.P.
Westside Realty
Westwood Village
Wild West Westminster, Ltd.
Williams Real Estate Management, Inc.
Wohl Palm Desert LLC
Worchell Properties

YOG LLC

*Equipment Lessor*

Nik-o-Lock Service Company

**Beneficiaries and Issuers of Letters of Credit**

2800 Wilshire LLC
Agricultural Improvement and Power District
Bank of the West
City of Goleta, California
Continental 1700 Rosecrans Corporation
General Electric Capital Corporation
International Fidelity Insurance Company
Liberty Mutual Insurance Company
National Beef Packing Company LLC
Nevada Department of Taxation
Pacific Gas and Electric Company
Salt River Project
Southern California Edison
The Smithfield Packing Company, Inc.
Trop & Jones LLC
Wilkins Family Partnership, L.P.

**Depository and Disbursement Banks and Other
Financial Services Providers**

American Express (Amex)
American Express Travel Related Services Company,
Inc.
Citibank, N.A.
Citibank, N.A./First Data
Citicorp Payment Services, Inc.
Discover Financial Services
First Data Merchant Services Corporation
Garda World Security Corporation
Harris Bank
JPMorgan Chase Bank, N.A.
MasterCard International
Tesco Plc
Union Bank, N.A.
USA Technologies, Inc.
ValueLink LLC, d/b/a First Data Prepaid Services
Visa, Inc.

**Parties to Inter-Company Agreements with the
Debtors**

Dunnhumby Delaware, Inc.
Dunnhumby International Ltd.
Fresh & Easy Property Company LLC
Tesco Hindustan Service Centre Private Limited
Tesco Stores Limited

**Major Competitors**

Albertsons, n/k/a New Albertsons, Inc.
Fry's Food Stores of Arizona, Inc.
The Kroger Company
Lucky Stores
Raleys Grocery Stores
Ralphs Grocery Company, d/b/a Food 4 Less
Safeway, Inc.
Smith's Food & Drug Centers
Stater Bros. Markets, Inc.
Trader Joe's
Vons Companies, Inc.

**Major Benefits Administrators or Additional Third Party Administrators**

Aetna Inc.
Delta Dental of California
Kaiser Permanente, a/k/a Kaiser Foundation Health Plan, Inc.
Vision Service Plan

**Taxing, Licensing and Permits Authorities**

Alameda County Tax Collector
All City Glass, Inc.
Amador County Tax Collector
Arizona Department of Revenue
Arizona State Board of Pharmacy
Bank of the West
California Department of Food & Agriculture
California Department of Industrial Relations
California Department of Public Health
California State Board of Equalization
CalRecycle
Carson City Sheriff's Department
Circuit City Stores, Inc.
City and County of San Francisco
City County of San Francisco Department of Public Health Governmental Health Section
City Kitchen
City National Bank
City of Alhambra
City of Anaheim
City of Antioch
City of Arcadia
City of Avondale
City of Azusa
City of Bakersfield
City of Baldwin Park
City of Brentwood
City of Buena Park
City of Burbank
City of Calimesa
City of Camarillo

City of Cathedral City
City of Chandler
City of Chino Hills
City of Chula Vista
City of Clovis
City of Compton
City of Concord
City of Corona
City of Costa Mesa
City of Covina
City of Delano
City of Downey
City of Duarte
City of El Cajon
City of El Mirage
City of El Segundo
City of Elk Grove
City of Escondido
City of Fairfield
City of Flagstaff
City of Folsom
City of Fontana
City of Fountain Valley
City of Fresno
City of Fresno Fire Department
City of Fresno Police Deparment
City of Fullerton
City of Garden Grove
City of Glendale, Arizona
City of Glendora
City of Hawthorne
City of Hayward
City of Henderson
City of Hermosa Beach
City of Hesperia
City of Huntington Beach
City of Huntington Park
City of Indio
City of Irvine
City of Jurupa Valley
City of La Habra
City of La Mirada
City of La Quinta
City of Lake Forest
City of Lakewood
City of Las Vegas
City of Lemoore
City of Lincoln
City of Loma Linda
City of Lompoc
City of Long Beach
City of Los Alamitos
City of Los Angeles
City of Los Angeles Department of Airports
City of Manhattan Beach
City of Mesa

City of Modesto
City of Moorpark
City of Moreno Valley
City of Mountain View
City of Murrieta
City of Napa
City of Napa d/b/a NRWS Collections
City of North Las Vegas
City of Norwalk
City of Oceanside
City of Ontario
City of Orange
City of Oxnard
City of Pacifica
City of Palm Desert
City of Palm Springs
City of Palos Verdes Estates
City of Paramount
City of Pasadena
City of Peoria Arizona
City of Phoenix
City of Pico Rivera
City of Pleasanton
City of Prescott
City of Rancho Cucamonga
City of Reedley
City of Rialto
City of Riverside
City of Rosemead
City of Sacramento
City of San Bernardino
City of San Diego
City of San Diego Police Department
City of San Dimas
City of San Jacinto
City of San Jose
City of San Luis Obispo
City of Santa Barbara
City of Santee
City of Scottsdale
City of Seal Beach
City of Signal Hill
City of Simi Valley
City of Sparks
City of Sunnyvale
City of Surprise
City of Temecula
City of Tempe
City of Thousand Oaks
City of Torrance
City of Tucson
City of Upland
City of Vacaville
City of Ventura
City of Vista
City of Walnut Creek

City of Wasco
City of West Covina
City of Westminster
City of Whittier
City of Yucaipa
City Service Contracting, Inc.
City Year, Inc.
Clark County Nevada
Contra Costa County
Contra Costa County Tax Collector
County of Alameda
County of Fresno
County of Kings
County of Los Angeles
County of Los Angeles Agricultural Commissioner
    of Weights and Measures
County of Napa
County of Orange
County of Orange Health Care Agency
    Environmental Health Division
County of Riverside
County of Riverside Department of Environment
County of Sacramento
County of San Bernardino
County of San Diego
County of San Luis Obispo
County of San Mateo
County of Santa Barbara
County of Santa Clara
County of Solano
County of Stanislaus
County of Ventura
Department of Alcoholic Beverage Control
Department of Liquor Licenses and Control
Department of Toxic Substances Control
Franchise Tax Board
Fresno County Tax Collector
Gibson Dunn & Crutcher LLP
Idaho Potato Commission
Keller and Heckman LLP
Kern County Environmental Health Services
Kern County Treasurer Tax Collector
Lake County Tax Collector
Los Angeles County Department of Public Works
Los Angeles County Fire Department
Los Angeles County Treasurer and Tax Collector
Los Angeles Superior Court
Madera County Tax Collector
Maricopa County Environmental Services
Maricopa County Treasurer
Market Based Solutions
Merced County Tax Collector
Monterey County Tax Collector
Napa County Tax Collector
Nevada Department of Agriculture
Nevada Department of Taxation

Nevada State Dairy Commission
Office of the Kings County Treasurer Tax Collector
Orange County Treasurer Tax Collector
Phoenix Police Department Code Enforcement Unit
Pinal County Treasurer
Placer County
Placer County Treasurer Tax Collector
Port City Bakery d/b/a AK Pizza Crust
Regents of the University of California Continuing
    Education of the Bar (CEB)
Regents University of California, Los Angeles
Riverside County Agricultural Commissioner Sealer
    of Weights & Measures
Riverside County Department of Environmental
    Health
Riverside County Fire Department Planning Section
Riverside County Treasurer Tax Collector's Office
Sacramento County Tax Collector
San Bernardino County Department of Health
San Diego County Treasurer Tax Collector
San Francisco County Tax Collector
San Joaquin County Tax Collector
San Joaquin Valley Unified Air Control District
San Luis Obispo County Tax Collector
San Miguel Consolidated Fire Protection District
San Ramon Valley Fire Protection District
Santa Clara County Tax Collector
Solano County Tax Collector
South Coast Air Quality Management District
Southern Nevada Health District
Stanislaus County Tax Collector
State of Arizona
State of Nevada Department of Employment Training
State Water Resources Control Board
TCI Acquisition Corporation d/b/a Tax Compliance,
    Inc.
The Bureau of National Affairs, Inc. a/k/a BNA
Town of Danville
Town of Gilbert
Tulare County Treasurer Tax Collector
United States Department of Agriculture (USDA)
United States Treasury
Washoe County Treasurer

**Major Insurers and Insurance Brokers**

ACE American Insurance Company
ACE Insurance Company
Allianz S.E.
Brit Syndicates Ltd.
Catlin Group Limited
Crum & Forster Specialty Insurance Company
The Chartis Companies
Chubb Group of Insurance Companies
C.V. Starr & Company, Inc.
HCC Insurance Holdings

Hiscox Insurance Company, Ltd.
Liberty Mutual Fire Insurance Company
Liberty Surplus Insurance Corporation
QBE Insurance Corporation
RSA Insurance Group Plc
Travelers Insurance Company
Travelers Property and Casualty Co. of America
XL Insurance
Zurich Insurance Group Plc

**Significant Utility Providers**

Advance Disposal Company
Allied Waste Services
Anaheim Disposal
Anderson (Rubbish) Disposal Service
APS
AT&T
Athens Services
Atlas Disposal Industries LLC
Azusa Light and Water
Burbank Water & Power
Burrtec Waste & Recycling Services
Burrtec Waste Industries, Inc.
Bz Disposal Services
California American Water
California Water Service Company
Calmet Services
Carmichael Water District
Central Telephone Company Nevada, d/b/a
    CenturyLink
Chino Hills Disposal
Chino Hills Disposal #676
Cisco Systems, Inc., d/b/a Cisco Webex LLC
City of Alhambra
City of Anaheim
City of Antioch
City of Arcadia Water
City of Avondale
City of Bakersfield
City of Brentwood
City of Buena Park
City of Camarillo
City of Chandler
City of Chula Vista Sewer Billing
City of Clovis
City of Coachella
City of Corona
City of Covina
City of Delano
City of Downey
City of El Cajon
City of El Mirage
City of Escondido
City of Folsom
City of Fontana

City of Fountain Valley
City of Fresno
City of Fullerton
City of Garden Grove
City of Glendale
City of Glendora
City of Hayward
City of Hemet
City of Henderson Water
City of Hesperia
City of Huntington Beach
City of Industry
City of La Habra
City of Lakewood
City of Las Vegas – Sewer
City of Lemoore
City of Lincoln
City of Loma Linda
City of Lompoc
City of Long Beach
City of Madera
City of Manhattan Beach
City of Mesa
City of Modesto
City of Mountain View
City of Napa
City of North Las Vegas
City of Oceanside
City of Ontario
City of Orange
City of Oxnard
City of Palm Spring
City of Paramount
City of Peoria
City of Phoenix
City of Rancho Cucamonga
City of Reedly
City of Rialto
City of Riverside
City of Sacramento
City of San Bernardino
City of San Diego
City of San Jose
City of San Luis Obispo
City of Santa Barbara
City of Scottsdale
City of Seal Beach
City of Signal Hill
City of Stockton
City of Sunnyvale
City of Tempe
City of Thousand Oaks
City of Torrance Utilities
City of Upland
City of Ventura
City of Wasco

City of Whittier
Clark County Water Reclamation District
Coachella Valley Water
Compton Municipal Water Department
Concord Disposal Service
Consolidated Disposal
Continental 2120 Corporation
Contra Costa Water District
CR&R Incorporated
Cucamonga Valley Water District
Del Paso Manor Water District
Desert Water Agency
E.J. Harrison & Sons, Inc.
East Bay Municipal Utility District
East Valley Water District
Eastern Municipal Water District
Edco Disposal Corporation
Edco Waste & Recycling Service
Edco Waste Services
El Dorado Irrigation District
El Toro Water District
Elsinore Valley Municipal Water District
Escondido Disposal, Inc.
Fairfield Municipal Utilities
Fallbrook Waste & Recycling
Fontana Water Company
Garden Grove Disposal
GI Industries
Gilton Solid Waste Management, Inc.
Golden State Water Company
Granite Telecommunications LLC
H2O, Inc.
Helix Water District
Imperial Irrigation District
Indio Water Authority
Industry Public Utility Commission – IPUC
Irvine Ranch Water District
Jamel Greenway LLC
Jones Lang LaSalle, as Agent for Fresh & Easy
    Neighborhood
Jurupa Community Services District
Lakeside Water District
Las Vegas Valley Water District
Los Angeles Department of Water and Power
M G Disposal
M G Disposal #676
Marborg Industries
Mesa Consolidated Water District
Mid-Valley Disposal
Mission Springs Water District
Modesto Irrigation District
Moreno Valley Utility
Nasa Services, Inc.
Nevada Power
Noble Americas Energy Solutions
NRWS Collections

NV Energy
Oak Park Water Service
Olivenhain Municipal Water District
Otay Water District
Padre Dam Municipal Water District
PAETEC
Palm Springs Disposal Services
Palm Springs Sanitation
Park Disposal
Park Water Company
PG&E
Pico Water District
Pleasant Valley Mutual Water Company
Pleasanton Garbage Service
Premiere Global Services
Probuild
Rainbow Disposal
Rancho Disposal Services, Inc.
Recology of The Coast
Recology Vacaville Solano
Republic Services
Sacramento County Utilities
Salt River Project Ag I & P District
San Diego Gas & Electric
San Gabriel Valley Water Company
San Jose Water Company
San Luis Garbage Company
Sandstone Rentals
Serrano Water District
SFPUC
Signal Hill Disposal (EDCO Disposal)
SMUD
Southern California Edison Company
Southern California Gas
Southwest Gas
Suburban Water Systems
Sunset Scavenger Company
Superior Sanitation Service, Inc.
Sweetwater Authority
The Gas Company
Town of Gilbert
Trico Disposal
U.S. Waste Industries LLC
Universal Waste Systems, Inc.
Vallejo Sanitation and Flood Control District
Valley Sanitary District
Varner Brothers, Inc.
Verizon California
Verizon Wireless
Vieira Enterprises, Inc.
Vista Irrigation District
Walnut Valley Water District
Ware Disposal, Inc.
Waste Management
West Valley Water District
Western Municipal Water District

Western Municipal Water District #700
Yucaipa  Disposal, Inc.
Yucaipa Valley Water District
Yukon Disposal Service

**Parties in Major Litigation with the Debtors**

Sharon Aurenheimer
Morgan Bragdon
Latara Brewster
Ernestine Carter
Robert De La Torre
G & G Construction Company
Joy Gray
John Huynh
Dandre Jackson
Danielle Kruger
Isabella Lahham
Yessenia Martinez
David Matteson
Susan McDaniel
Tom Miller
Susie Min
Belen Navarro
Network Commercial Service, Inc.
Terri Perez
Gomez Providian
Rufino Ramirez
Rolando Santiago
Gregory Schreiner
Simac Construction, Inc.
State of California
Mike Szczepinski
Sarah Townsend
WCPP-CT LLC
WCPP-LK LLC
Deanna Weatherspoon
Wilkins Family Partnership

**Debtors' Professionals, Consultants and Service Providers**

Best Best & Krieger LLP
Bingham McCutchen LLP
Biomedix
Bob Bottel Consulting
Brownstein Hyatt Farber Schreck LLP
California Grocers Association
Center for Produce Safety
Cerrell Associates, Inc.
CT Corporation
DFA America
DLA Piper US LLP
ERC Consulting
Facilitating Excellence LTD
First American Title Insurance Company

Food Safety Solutions
Foodtrack
Gallagher & Kennedy, P.A.
Greenberg Traurig LLP
Gutilla Murphy Anderson, P.C.
Hart King & Coldren
Hyman, Phelps & McNamara
Ironwood Community Plaza LLC
JCore Consulting
John Daniel Davis
Keller and Heckman LLP
Kolesar & Leatham Chtd.
LW Research Group
March Joint Powers Authority
McKenna Long & Aldridge LLP
Microtek
Moore & Van Allen PLLC
Pat Harrison Consulting
Pillsbury Winthrop Shaw Pittman LLP
QAI Organic Certification
Salem Engineering Group, Inc.
Seyfarth Shaw LLP
Sheppard Mullin Richer & Hampton LLP
Solomon Saltsman & Jamieson
The JSB Group
UL-Responsible Sourcing
United Fresh
Wyndeham Kestrel

**Bankruptcy Judges for the District of Delaware**

Chief Judge Kevin Gross
Judge Kevin J. Carey
Judge Brendan L. Shannon
Judge Christopher S. Sontchi
Judge Mary F. Walrath
Judge Peter J. Walsh
Visiting Judge Judith K. Fitzgerald

**The Attorneys for the United States Trustee's
Office for the District of Delaware**

Buchbinder, David
DeAngelis, Roberta A.
Hackman, Benjamin
Kenney, Mark
Leamy, Jane
Patton, Tiiara
Sarkessian, Juliet
Schepacarter, Richard
Tinker, T. Patrick

**SCHEDULE 2 TO THE LIEBMAN DECLARATION**

**In re FRESH & EASY NEIGHBORHOOD MARKET INC., et al.,**

**Current and Former Clients of A&M and/or its Affiliates** [1]

AT&T
Ace American Insurance Company
Ace Insurance Company
Aetna Inc.
Albertsons, n/k/a New Albertsons, Inc.
Allianz S.E.
American Express (Amex)
Bank of the West
BRE Properties
Bureau of National Affairs
CB Richard Ellis Inc.
CenturyLink
Chartis Companies
Chubb Group of Insurance Companies
CIM Group LLC
Cisco Systems, Inc.
Citadel Equities Group
Citi Prepaid Services
City National Bank
City of Avondale
City of Glendale
City of Los Angeles
City of Riverside
County of Alameda
County of Orange
County of Riverside
County of Sacramento
County of Santa Clara
Coca- Cola Company
Dairy Farmers of America (DFA America)
Del Monte Foods Company
Donohoe & Company, Inc.
First Data Merchant Services Corporation
General Mills
Harris Bank
HCC Insurance Holdings
Hiscox Insurance

JPMorgan Chase Bank N.A.
Kaiser Permanente, a/k/a Kaiser Foundation Health Plan, Inc.
Liberty Mutual Insurance Company
Mastercard International
Pacific Gas and Electric Company
Pepsi Cola
Phillips Edison & Company
Procter & Gamble
QBE Insurance Corporation
R.R. Donnelley & Sons Company
Regents of the Univ. of California
Republic Services
Ryder Integrated Logistics Inc.
Safeway Inc.
Snak King Corp
Southern California Edison
Sperry Van Ness
Sports Authority Inc.
State of California
Tesco Holdings Ltd.
Travelers Insurance Company
Travelers Property Casualty Company of America
Union Bank N.A.
Verizon
Vestar Property Management
Visa Inc.
Waste Management
Wells Fargo N.A.
XL Insurance
Zurich Insurance Group PLC

**Significant Equity Holders of Current and Former A&M Clients** [2]

AT&T
Allianz SE
American Express (Amex)
Bank of the West

---

[1]      A & M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters..

[2]      These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

**In re FRESH & EASY NEIGHBORHOOD MARKET INC., et al.,**

CenturyLink
Chartis Companies
Cisco Systems, Inc.
Citadel Equities Group
Citi Prepaid Services
Coca- Cola Company
JPMorgan Chase Bank N.A.
Liberty Mutual Insurance Company
NCR Corporation
Pacific Gas and Electric Company
QBE Insurance Corporation
Safeway Inc.
Southern California Gas
State of California
Tesco Holdings Ltd.
Travelers Insurance Company
Union Bank N.A.
Verizon
Vestar Capital Partners
Waste Management
Wells Fargo N.A
Yucaipa
Zurich Insurance Group PLC

**Creditors in A&M Engagements**[3]
Aetna Inc.
Bank of the West
Citadel Equities Group
Citi Prepaid Services
Coca- Cola Company
Del Monte Foods Company
General Mills
Harris Bank
JPMorgan Chase Bank N.A.
Kraft Foods Group Inc.
Nevada Department of Taxation

Paetec/Windstream
Pepsi Cola
R.R. Donnelley & Sons Company
Waste Management
Wells Fargo N.A

**Members of Noteholders Group** [4]
American Express (Amex)
Citi Prepaid Services
Wells Fargo N.A.

**Board Members**[5]
Richard Newsted
Robert White

**Professionals & Advisors**[6]
Best Best & Krieger LLP
Bingham McCutchen LLP
Brownstein Hyatt Farber Schreck LLP
Davis Polk & Wardwell
DLA Piper US LLP
Gallagher & Kennedy PA
Greenberg Traurig LLP
Jones Day
McKenna Long & Aldridge LLP
Moore & Van Allen PLC
Pillsbury Winthrop Shaw

---

[4]     A&M is currently advising or has previously advised various official or unofficial noteholders' committees in which these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds managed by such managers) were members or which represented the interests of these parties or their affiliates.

[5]     These parties or their affiliates are board members of other clients or former clients of A&M or their affiliates in wholly unrelated matters.

[6]     These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client.  In certain cases, these professionals may have engaged A&M on behalf of such client.

---

[3]     A&M is currently advising or has previously advised these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds managed by such managers) as creditors or various official creditors' committees in which these parties or their affiliates were members or which represented the interests of these parties or their affiliates.

**In re FRESH & EASY NEIGHBORHOOD MARKET INC., et al.,**

Seyfarth Shaw LLP
Sheppard Mullin Richer & Hampton LLP

**A&M Vendors**[7]
Aetna Inc.
Allianz S.E.
American Express (Amex)
American Express travel Related Services
AT&T
Bingham McCutchen LLP
BP Gilbert LLC
BRE Properties, Inc.
Brownstein Hyatt Farber Schreck LLP
Bureau of National Affairs
CB Richard Ellis Inc.
Chubb Group of Insurance Companies
Citi Prepaid Services
City Kitchen
Cisco Systems, Inc.
Continental Development
CT Corporation
Dairy Farmers of America (DFA America)
Davis Polk & Wardwell
Delta Dental of California
Discover Financial Services
DLA Piper US LLP
First American Title Insurance Company
General Mills
Greenberg Traurig LLP
Jones Day
Jones Lang Lasalle
JPMorgan Chase Bank N.A.
McKenna Long & Aldridge LLP
Pacific Gas and Electric Company
Pillsbury Winthrop Shaw
R.R. Donnelley & Sons Company
Sheppard Mullin Richer & Hampton LLP
State of California
Survey Monkey
Verizon
Wells Fargo N.A
Zurich Insurance Group PLC

---

[7]    These parties or their affiliates provide or
have provided products, goods and/or
services (including but not limited to legal
representation) to A&M and/or its affiliates