IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: Fresh & Easy Neighborhood Market Inc., et al., | : : : : : : : | Chapter 11 Case No. 13-12569 Jointly Administered |
|---|---|---|
| Debtors. | | |

## INITIAL MONTHLY OPERATING REPORT

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief.

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | Exhibit A | See attachment |
| **Certificates of Insurance:** | | |
| Workers Compensation | Exhibit B | See attachment |
| Property | Exhibit B | See attachment |
| General Liability | Exhibit B | See attachment |
| Vehicle | Exhibit B | See attachment |
| Other: | Exhibit B | See attachment |
| Identify areas of self-insurance with liability caps | NA | NA |
| **Evidence of Debtor in Possession Bank Accounts** | | |
| Tax Escrow Account | Exhibit C | See attachment |
| General Operating Account | Exhibit C | See attachment |
| Money Market Account Pursuant to Local Rule 4001-3 for | Exhibit C | See attachment |
| the District of Delaware *only*. Refer to: | Exhibit C | See attachment |
| http://www.deb.uscourts.gov | Exhibit C | See attachment |
| Other: | Exhibit C | See attachment |
| **Retainers Paid (Form IR-2)** | Exhibit D | See Attachment |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____    _October 15, 2013_
Signature of Authorized Individual*    Date

_James Dibbo_    _CFO_
Printed Name of Authorized Individual    Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

**Fresh & Easy Neighborhood Market Inc.**
**Exhibit A - Cashflow Projections**
*In re: Fresh & Easy Neighborhood Market Inc., et al.*
*Case No. 13-12569*

The Debtors' do not prepare 12 month cash flow projections in accordance with Form IR-1, however, do prepare a 13 week cash flow projection which details the forecast cash flows for the Debtors' through the week ended 5 January 2014 and then through the remainder of the case.

The Debtors' provide this budget, as detailed below, in lieu of Form IR-1

| Cashflow ($000's) | 13-Oct | 20-Oct | 27-Oct | 3-Nov | 10-Nov | 17-Nov | 24-Nov | 1-Dec | 8-Dec | 15-Dec | 22-Dec | 29-Dec | 5-Jan | Remainder of the Case [1] | Forecast Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ended: Week #: | 1 Forecast | 2 Forecast | 3 Forecast | 4 Forecast | 5 Forecast | 6 Forecast | 7 Forecast | 8 Forecast | 9 Forecast | 10 Forecast | 11 Forecast | 12 Forecast | 13 Forecast | Forecast | |
| **Operating Receipts** | | | | | | | | | | | | | | | |
| Receipts from Sales | 17,960 | 18,008 | 18,082 | 17,917 | 17,822 | 18,045 | 17,589 | - | - | - | - | - | - | - | 125,424 |
| Other Receipts | 300 | 300 | 300 | 300 | 300 | 300 | 300 | - | - | - | - | - | - | - | 2,100 |
| **Total Operating Receipts** | 18,260 | 18,308 | 18,382 | 18,217 | 18,122 | 18,346 | 17,889 | - | - | - | - | - | - | - | 127,524 |
| **Operating Disbursements** | | | | | | | | | | | | | | | |
| Stock Purchases | (4,025) | (6,815) | (10,381) | (13,840) | (13,899) | (14,665) | (14,867) | - | - | - | - | - | - | - | (78,493) |
| Trade Creditor Payments - GNFR | (1,158) | (1,961) | (2,987) | (3,982) | (3,999) | (4,219) | (4,278) | - | - | - | - | - | - | - | (22,584) |
| Rent | - | - | (4,213) | - | - | - | (4,213) | - | - | - | - | - | - | - | (8,457) |
| Payroll | - | (5,568) | - | (5,553) | - | (5,553) | (2,777) | (30) | - | (30) | - | (10) | - | (20) | (19,612) |
| Taxes | - | (2,030) | (2,800) | (640) | (330) | (1,190) | - | - | - | - | - | (30) | - | (70) | (6,990) |
| Other | (101) | (101) | (101) | (101) | (101) | - | - | - | - | - | - | - | - | - | (503) |
| **Total Operating Disbursements** | (5,284) | (16,474) | (20,482) | (24,116) | (18,329) | (25,626) | (26,135) | (30) | - | (30) | - | (40) | - | (90) | (136,639) |
| **Total Operating Cashflow** | 12,976 | 1,835 | (2,100) | (5,899) | (207) | (7,282) | (8,246) | (30) | - | (30) | - | (40) | - | (90) | (9,115) |
| **Non-Operating Receipts / (Disbursements)** | | | | | | | | | | | | | | | |
| PTO Disbursement | - | - | - | - | - | - | (4,784) | - | - | - | - | - | - | - | (4,784) |
| Utility Deposits | - | (686) | - | - | - | - | - | - | - | - | - | - | - | - | (686) |
| Professional / Transaction Fees | - | - | - | - | - | - | - | (2,876) | - | - | - | - | (2,956) | (10,713) | (16,545) |
| Cash Working Capital Transfer to Yucaipa | - | - | - | - | - | - | (20,000) | - | - | - | (11,882) | - | - | - | (31,882) |
| Return of Store Cash & Other Cash | - | - | - | - | - | - | 10,540 | - | - | - | - | - | - | - | 10,540 |
| **Total Non-Operating Receipts / (Disbursements)** | - | (686) | - | - | - | - | (14,244) | (2,876) | - | - | (11,882) | - | (2,956) | (10,713) | (43,356) |
| **Net Cashflow before Financing** | 12,976 | 1,149 | (2,100) | (5,899) | (207) | (7,282) | (22,490) | (2,906) | - | (30) | (11,882) | (40) | (2,956) | (10,803) | (52,471) |
| Tesco Funding - Loss Reimbursement | - | - | - | - | - | - | - | - | - | - | - | - | - | 7,011 | 7,011 |
| **Net Cashflow after Financing** | 12,976 | 1,149 | (2,100) | (5,899) | (207) | (7,282) | (22,490) | (2,906) | - | (30) | (11,882) | (40) | (2,956) | (3,792) | (45,460) |
| Opening Cash Balance - Concentration Account | 50,000 | 62,976 | 64,124 | 62,024 | 56,125 | 55,918 | 48,637 | 26,147 | 23,241 | 23,241 | 23,241 | 11,329 | 11,288 | 8,332 | 50,000 |
| Net Cash Flow | 12,976 | 1,149 | (2,100) | (5,899) | (207) | (7,282) | (22,490) | (2,906) | - | (30) | (11,882) | (40) | (2,956) | (3,792) | (45,460) |
| **Ending Concentration Account Cash Balance** | 62,976 | 64,124 | 62,024 | 56,125 | 55,918 | 48,637 | 26,147 | 23,241 | 23,241 | 23,211 | 11,329 | 11,288 | 8,332 | 4,540 | 4,540 |
| **Consolidated F&E Cash** | | | | | | | | | | | | | | | |
| Concentration Account | 62,976 | 64,124 | 62,024 | 56,125 | 55,918 | 48,637 | 26,147 | 23,241 | 23,241 | 23,211 | 11,329 | 11,288 | 8,332 | 4,540 | 4,540 |
| Other Accounts | 1,631 | 1,631 | 1,631 | 1,631 | 1,631 | 1,631 | - | - | - | - | - | - | - | - | - |
| PropCo Account Balance | 1,928 | 1,928 | 1,928 | 1,928 | 1,928 | 1,928 | - | - | - | - | - | - | - | - | - |
| Store Cash | 6,981 | 6,981 | 6,981 | 6,981 | 6,981 | 6,981 | - | - | - | - | - | - | - | - | - |
| **Ending F&E Cash Balance** | 73,516 | 74,664 | 72,564 | 66,665 | 66,459 | 59,177 | 26,147 | 23,241 | 23,241 | 23,211 | 11,329 | 11,288 | 8,332 | 4,540 | 4,540 |

Notes:
[1] Forecast does not consider settlement of claims or proceeds from real estate asset sales

**Fresh & Easy Neighborhood Market Inc.**
*Exhibit B - Certificates of Insurance*
*In re: Fresh & Easy Neighborhood Market Inc., et al.*
*Case No. 13-12569*

Evidence of Insurance, including naming US Trustee as notice party for the following policies:
- Workers Compensation and Employers' Liability Insurance
- Property Insurance
- General Liability Insurance
- Automobile Liability Insurance
- Umbrella Liability Insurance

# ACORD® CERTIFICATE OF LIABILITY INSURANCE

**DATE (MM/DD/YYYY):** 10/09/2013

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Marsh Risk & Insurance Services
CA License #0437153
777 South Figueroa Street
Los Angeles, CA 90017

309102-ALL-GL&LL-13/14

**INSURED**
Fresh & Easy Neighborhood Market Inc.
2120 Park Place, Suite 200
El Segundo, CA 90245

**CONTACT NAME:**
**PHONE (A/C, No, Ext):**
**FAX (A/C, No):**
**E-MAIL ADDRESS:**

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Liberty Mutual Fire Ins Co | 23035 |
| INSURER B: Liberty Insurance Corporation | 42404 |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**COVERAGES**  **CERTIFICATE NUMBER:** LOS-001573879-01  **REVISION NUMBER:** 3

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSR | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | **GENERAL LIABILITY** X COMMERCIAL GENERAL LIABILITY  CLAIMS-MADE  X OCCUR  X LIQUOR LIABILITY  $1,000,000 Per Occ.  GEN'L AGGREGATE LIMIT APPLIES PER: X POLICY  PRO-JECT  LOC | | | TB2-661-066017-033 | 03/01/2013 | 03/01/2014 | EACH OCCURRENCE  DAMAGE TO RENTED PREMISES (Ea occurrence)  MED EXP (Any one person)  PERSONAL & ADV INJURY  GENERAL AGGREGATE  PRODUCTS - COMP/OP AGG | $ 1,000,000  $ 1,000,000  $ 10,000  $ 1,000,000  $ 2,000,000  $ 2,000,000 |
| A | **AUTOMOBILE LIABILITY** X ANY AUTO  ALL OWNED AUTOS  SCHEDULED AUTOS  HIRED AUTOS  NON-OWNED AUTOS | | | AS2-661-066017-043 | 03/01/2013 | 03/01/2014 | COMBINED SINGLE LIMIT (Ea accident)  BODILY INJURY (Per person)  BODILY INJURY (Per accident)  PROPERTY DAMAGE (Per accident)  Comp & Coll. Deductible | $ 1,000,000  $  $  $  $ 1,000 |
| B | X **UMBRELLA LIAB** X OCCUR  EXCESS LIAB  CLAIMS-MADE  DED  RETENTION $ | | | TH7-661-066017-013 | 03/01/2013 | 03/01/2014 | EACH OCCURRENCE  AGGREGATE | $ 5,000,000  $ 5,000,000  $ |
| B | **WORKERS COMPENSATION AND EMPLOYERS' LIABILITY** Y/N ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? N (Mandatory in NH) If yes, describe under DESCRIPTION OF OPERATIONS below | | N/A | WC7-661-066017-023 | 03/01/2013 | 03/01/2014 | X WC STATU-TORY LIMITS  OTH-ER  E.L. EACH ACCIDENT  E.L. DISEASE - EA EMPLOYEE  E.L. DISEASE - POLICY LIMIT | $ 1,000,000  $ 1,000,000  $ 1,000,000 |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (Attach ACORD 101, Additional Remarks Schedule, if more space is required)
Evidence of Insurance

**CERTIFICATE HOLDER**
U.S. Trustee
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

**CANCELLATION**
SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
of Marsh Risk & Insurance Services
Angel Hovsepian  *Angel Hovsepian*

© 1988-2010 ACORD CORPORATION. All rights reserved.
ACORD 25 (2010/05)  The ACORD name and logo are registered marks of ACORD

# ACORD® EVIDENCE OF PROPERTY INSURANCE

**DATE (MM/DD/YYYY):** 10/09/2013

THIS EVIDENCE OF PROPERTY INSURANCE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE ADDITIONAL INTEREST NAMED BELOW. THIS EVIDENCE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS EVIDENCE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE ADDITIONAL INTEREST.

**AGENCY**
Marsh Risk & Insurance Services
CA License #0437153
777 South Figueroa Street
Los Angeles, CA 90017

309102-ACE--13/14

**PHONE (A/C, No, Ext):**
**FAX (A/C, No):**
**E-MAIL ADDRESS:**
**CODE:**   **SUB CODE:**
**AGENCY CUSTOMER ID #:**

**COMPANY**
ACE American Insurance Company

**INSURED**
Fresh & Easy Neighborhood Market Inc.
2120 Park Place, Suite 200
El Segundo, CA 90245

**LOAN NUMBER:** 1004637
**POLICY NUMBER:** CXD35705612
**EFFECTIVE DATE:** 03/01/2013
**EXPIRATION DATE:** 03/01/2014
**CONTINUED UNTIL TERMINATED IF CHECKED**
**THIS REPLACES PRIOR EVIDENCE DATED:**

## PROPERTY INFORMATION

**LOCATION/DESCRIPTION**
Evidence of Insurance

THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS EVIDENCE OF PROPERTY INSURANCE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

## COVERAGE INFORMATION

| COVERAGE / PERILS / FORMS | AMOUNT OF INSURANCE | DEDUCTIBLE |
|---|---|---|
| All Risk Coverage, Subject to Policy Terms, Conditions, & Exclusions | 162,214,000 | 162,214 |
| Flood Coverage, Excluding 100yr Flood Plain as Designated by FEMA | 40,553,500 | |
| Replacement Cost Valuation - Real & Personal Property | | |
| Business Interruption - Actual Loss Sustained | | |

**REMARKS (Including Special Conditions)**

## CANCELLATION

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**ADDITIONAL INTEREST**   LOS-001573882-01

**NAME AND ADDRESS**
U.S. Trustee
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19881

☐ MORTGAGEE  ☐ ADDITIONAL INSURED
☐ LOSS PAYEE
**LOAN #:** 1004637

**AUTHORIZED REPRESENTATIVE**
of Marsh Risk & Insurance Services
Angel Hovsepian    *Angel Hovsepian*

ACORD 27 (2009/12)

© 1993-2009 ACORD CORPORATION. All rights reserved.
The ACORD name and logo are registered marks of ACORD

Fresh & Easy Neighborhood Market Inc.

*Exhibit C - Evidence of Debtor In Possession Bank Accounts*

*In re: Fresh & Easy Neighborhood Market Inc., et al.*

*Case No. 13-12569*

Per the:

i. Motion of the Debtors for an Order (i) Approving the Continued Use of the Debtors' Cash Management System and (ii) Granting Related Relief; and

ii. Order (i) Approving the Continued Use of the Debtors' Cash management System and (ii) Granting Related Relief;

The Debtors are permitted to maintain their existing bank accounts and are not required to maintain separate Debtor in Possession bank accounts and the Motion and Interim Order are herein noted as sufficient evidence.

Fresh & Easy Neighborhood Market Inc.
Exhibit D - Schedule of Retainers Paid to Professionals (Form IR - 2)
In re: Fresh & Easy Neighborhood Market Inc., et al.
Case No. 13-12569

| Supplier | Retainer (Date) | Original Retainer Amount | Subsequent Payments | | | | | | Current Balance |
|---|---|---|---|---|---|---|---|---|---|
| | | | Invoice Date | Invoice Amount | Increase in Retainer Date | Increase in Retainer Amount | Amount Applied | Replenishment | |
| Alvarez & Marsal North America LLC | 8/29/2013 | 500,000 | 9/16/2013 | 755,541 | | | - | 500,000 | 500,000 |
| | | | 9/19/2013 | 225,464 | | | (500,000) | 225,464 | 500,000 |
| | | | 9/24/2013 | 415,426 | | | (225,464) | 415,426 | 500,000 |
| | | | 9/26/2013 | 504,599 | | | (415,426) | 500,000 | 500,000 |
| | | | 10/14/2013 | 59,956 | | | (500,000) | - | 440,044 |
| | | | | | | | (59,956) | | |
| John Timothy Scott | 8/20/2013 | 50,000 | 9/25/2013 | 59,436 | | - | (59,436) | 59,436 | 50,000 |
| Jones Day | 9/17/2013 | 750,000 | 9/25/2013 | 368,437 | | - | (368,437) | 368,437 | 750,000 |
| | | | 9/27/2013 | 288,607 | | | (288,802) | 288,607 | 749,805 |
| | | | 9/28/2013 | (300,000) | | | (300,000) | - | 449,805 |
| Mckenna Long & Aldridge LLP | 9/27/2013 | 150,000 | 9/27/2013 | 208,630 | | - | (208,630) | 208,630 | 150,000 |
| Pillsbury Winthrop Shaw Pittman LLP | 7/8/2013 | 350,000 | | | 9/10/2013 | 350,000 | - | - | 700,000 |
| | | | 9/19/2013 | 7,332 | | | (6,669) | - | 693,331 |
| | | | 9/25/2013 | 586,945 | | | (586,945) | - | 106,387 |
| | | | 9/25/2013 | 7,332 | | | - | 7,332 | 113,719 |
| | | | 9/26/2013 | 290,000 | | | - | 290,000 | 403,719 |
| | | | 9/27/2013 | 73,720 | | | (73,720) | - | 330,000 |
| Prime Clerk LLC | 9/26/2013 | 25,000 | 9/23/2013 | 12,084 | 9/26/2013 | - | (12,084) | 12,084 | 12,916 |
| | | | | | | | | | 25,000 |
| Richards Layton & Finger | 9/19/2013 | 125,000 | 9/26/2013 | 57,710 | 9/26/2013 | 75,000 | - | - | 200,000 |
| | | | | | | | (57,710) | - | 142,290 |
| Sheppard Mullin Richter & Hampton LLP | 8/20/2013 | 95,000 | 9/23/2013 | 56,090 | 9/23/2013 | 55,000 | (56,090) | 56,090 | 150,000 |
| | | | 9/26/2013 | 61,094 | | | (61,094) | 61,094 | 150,000 |
| | | | 9/26/2013 | 70,023 | | | (70,023) | 70,023 | 150,000 |