## CERTIFICATE OF SERVICE

I, Kelly M. Conlan, hereby certify that on the 11th day of November 2013, I caused a true and correct copy of the foregoing to be served upon the persons below in the manner indicated.

Kelly M. Conlan (#4786)

**VIA U. S. MAIL &**
**ELECTRONIC MAIL**
Mark D. Collins, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE  19801
Email:  collins@rlf.com

Tiiara Patton, Esquire
Office of the United States Trustee
884 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801
Email:  tiiara.patton@usdoj.gov

Michael Nestor, Esquire
Young Conaway Stargatt & Taylor LLP
1000 North King Street
Wilmington, DE  19801
Email:  mnestor@ycst.com

Bradford J. Sandler, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE  19801
Email:  bsandler@pszjlaw.com

Robert A. Klyman, Esquire
Latham & Watkins
355 South Grand Avenue
Los Angeles, CA  90071-1560
Email:  robert.klyman@lw.com

Paul D. Leake, Esquire
Lisa Laukitis, Esquire
Jones Day
222 East 41st Street
New York, NY  10017-6702
Email:  pdleake@jonesday.com
Email:  llaukitis@jonesday.com

Donald S. Bernstein, Esquire
Damon P. Meyer, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY  10017
Email:  donald.bernstein@davispolk.com
Email:  damon.meyer@davispolk.com

Jeffrey N. Pomerantz, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA  90067
Email:  jpomerantz@pszjlaw.com

**VIA U.S. MAIL**
Ms. Mary Kasper
Fresh & Easy
2120 Park Place, Suite 200
El Segundo, CA  90245

{05076681.DOC.}