UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: Fresh & Easy Neighborhood Market Inc., et al.,
Debtor

Case No.: 13-12569
Reporting Period: September 29 - October 27, 2013

## MONTHLY OPERATING REPORT

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit / Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | Yes | | |
| Bank Reconciliation | MOR-1a | Yes | | |
| Schedule of Professional Fees Paid | MOR-1b | Yes | | |
| Copies of bank statements | | No | Note 1 | |
| Cash disbursements journals | | No | Note 1 | |
| Statement of Operations | MOR-2 | Yes | | |
| Balance Sheet | MOR-3 | Yes | | |
| Status of Post-Petition Taxes | MOR-4 | Yes | | MOR-4A & 4B |
| Copies of IRS Form 6123 or payment receipt | | No | Note 1 | |
| Copies of tax returns filed during reporting period | | No | Note 1 | |
| Summary of Unpaid Post-Petition Debts | MOR-4 | Yes | | |
| Listing of aged accounts payable | MOR-4 | No | Note 1 | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | Yes | | |
| Debtor Questionnaire | MOR-5 | Yes | | |

**Notes:**

(1) Due to system constraints and/or the volume of records, UST has agreed to waive requirement to provide requested information.

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Authorized Individual*

JAMES DIBBO
Printed Name of Authorized Individual

Date: 11/18/13.

CFO
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re: Fresh & Easy Neighborhood Market Inc., et al.,  
    Debtor

Case No. : 13-12569  
Reporting Period: September 29 - October 27, 2013

### MOR-1: CONSOLIDATED SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

**OPERATING COMPANY**

| | CURRENT MONTH (1) ACTUAL | CURRENT MONTH (1) PROJECTED (3) | CUMULATIVE FILING TO DATE ACTUAL | CUMULATIVE FILING TO DATE PROJECTED |
|---|---:|---:|---:|---:|
| BEGINNING CASH (2) | $ 50,089,229 | $ 50,089,229 | $ 50,089,229 | $ 50,089,229 |
| **RECEIPTS** | | | | |
| CASH RECEIPTS | 70,769,385 | 72,062,851 | 70,769,385 | 72,062,851 |
| OTHER RECEIPTS | 571,939 | 902,846 | 571,939 | 902,846 |
| TOTAL RECEIPTS | 71,341,323 | 72,965,697 | 71,341,323 | 72,965,697 |
| **DISBURSEMENTS** | | | | |
| STOCK PURCHASES | (26,132,858) | (26,295,082) | (26,132,858) | (26,295,082) |
| TRADE CREDITOR PAYMENTS - GNFR | (8,614,162) | (10,516,778) | (8,614,162) | (10,516,778) |
| RENT | (1,183,151) | (5,325,335) | (1,183,151) | (5,325,335) |
| PAYROLL | (11,094,403) | (11,642,867) | (11,094,403) | (11,642,867) |
| INSURANCE | - | - | - | - |
| TAXES | (1,228,699) | (4,832,871) | (1,228,699) | (4,832,871) |
| OTHER | (32,656) | (301,520) | (32,656) | (301,520) |
| PROFESSIONAL / TRANSACTION FEES | - | - | - | - |
| TOTAL DISBURSEMENTS | (48,285,929) | (58,914,454) | (48,285,929) | (58,914,454) |
| NET CASH FLOW | 23,055,394 | 14,051,243 | 23,055,394 | 14,051,243 |
| ENDING CASH (2) | $ 73,144,623 | $ 64,140,473 | $ 73,144,623 | $ 64,140,473 |

**PROPERTY COMPANY**

| | CURRENT MONTH (1) ACTUAL | CURRENT MONTH (1) PROJECTED (4) | CUMULATIVE FILING TO DATE ACTUAL | CUMULATIVE FILING TO DATE PROJECTED |
|---|---:|---:|---:|---:|
| BEGINNING CASH | $ 1,947,890 | $ 1,947,890 | $ 1,947,890 | $ 1,947,890 |
| **RECEIPTS** | | | | |
| CASH RECEIPTS | 268,075 | 268,075 | 268,075 | 268,075 |
| TOTAL RECEIPTS | 268,075 | 268,075 | 268,075 | 268,075 |
| **DISBURSEMENTS** | | | | |
| TOTAL DISBURSEMENTS | - | - | - | - |
| NET CASH FLOW | 268,075 | 268,075 | 268,075 | 268,075 |
| ENDING CASH (2) | $ 2,215,964 | $ 2,215,964 | $ 2,215,964 | $ 2,215,964 |

Notes:  
(1) Cash flow activity for fiscal weeks ending October 6, October 13, October 20 and October 27 is based on weekly cash reporting  
(2) Bank balance contains one account held in foreign currency (GBP). This balance is converted to USD at the spot rate at close of business October 27  
(3) Projected includes one week of actual numbers (week ending October 6) and three weeks of projected numbers (weeks ending October 13, October 20 and October 27)  
(4) There is no projected cashflow forecast for the Property Company accordingly, actual numbers are populated in the projected column

In re: Fresh & Easy Neighborhood Market Inc., et al.,  
    Debtor

Case No.: 13-12569  
Reporting Period: September 29 - October 27, 2013

## MOR-1A: BANK RECONCILIATIONS

**Operating Company (USD Accounts)**

| BANK NAME | Account Description | Account Number | Balance($) |
|---|---|---|---|
| Citibank, N.A. | F&E Neighborhood Market Inc - Group Treasury | XXXX-8348 | 63,259,121.66 |
| Citibank, N.A. | F&E Neighborhood Market Inc - Accounts Payable Controlled Disbursement | XXXX-4502 | 8,294,941.45 |
| Citibank, N.A. | F&E Neighborhood Market Inc - Payroll Controlled Disbursement | XXXX-4529 | 3,605.63 |
| Citibank, N.A. | F&E Neighborhood Market Inc - Wire Disbursement | XXXX-8529 | - |
| Citibank, N.A. | F&E Neighborhood Market Inc - Card Collections | XXXX-6528 | - |
| Citibank, N.A. | F&E Neighborhood Market Inc - Cash Collections | XXXX-8356 | - |
| Citibank, N.A. | F&E Neighborhood Market Inc - AR Deposit Account | XXXX-9839 | - |
| Citibank, N.A. | F&E Neighborhood Market Inc - Fintech BWS | XXXX-0047 | - |
| Citibank, N.A. | F&E Neighborhood Market Inc - Deposits | XXXX-2261 | 686,026.00 |
| Citibank, N.A. | F&E Neighborhood Market Inc - Citi California Misc Check Deposits | XXXXXXX-80687 | 446,722.21 |
| Citibank, N.A. | F&E Holding Company - Group Treasury | XXXX-4419 | - |
| Citibank, N.A. | F&E Foundation Company - Group Treasury | XXXX-6677 | 38,124.21 |
| Harris Bank | JLLA aff Fresh and Easy NBHD Operating | XXX-381-7 | 314,870.55 |
| Harris Bank | JLLA aff Fresh and Easy NBHD Subtenant Rev | XXX-273-1 | 835.23 |
| Union Bank, N.A. | F&E WIC account | XXXX212832 | 14,383.35 |
| Union Bank, N.A. | F&E WIC Trust account | XXXX037190 | - |

**Operating Company (GBP Accounts)**

| BANK NAME | Account Description | Account Number | Balance (£) |
|---|---|---|---|
| Citibank, N.A. (1) | F&E Neighborhood Market Pound Sterling Account | XXXX-1378 | 76,245.33 |

**Property Company**

| BANK NAME | Account Description | Account Number | Balance($) |
|---|---|---|---|
| Citibank, N.A. | F&E Property Company LLC - Group Treasury | XXXX-9263 | 2,215,864.29 |
| Citibank, N.A. | F&E Property Company LLC - Receipts | XXXX-2843 | - |
| Citibank, N.A. | F&E Property Company LLC - Wire/ACH Payments | XXXX-9255 | - |
| Citibank, N.A. | F&E Property Company LLC - Check Payments | XXXX-4259 | - |
| Harris Bank | JLLA Inc aff Fresh and Easy Property Company Rev | XXX-302-3 | 100.00 |

Notes:  
(1) Balance is held in GBP

I attest that each of the Debtors' corporate bank accounts is reconciled to monthly bank statements. The Company's standard practice is to ensure that each corporate bank account is reconciled to monthly bank statements for each fiscal month within 30 days after month end. See attached listing of each of the Debtors' bank accounts and the book balance of the account as of the end of the fiscal month covered by this report.

_____  
Authorized Representative

J. DIBBO  
_____  
Printed Name of Authorized Representative

In re: Fresh & Easy Neighborhood Market Inc., et al.,  
Debtor

Case No. : 13-12569  
Reporting Period: September 29 - October 27, 2013

## MOR 1B: SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

No fees were paid to Professionals retained pursuant to an order of the Court during the reporting period

In re: Fresh & Easy Neighborhood Market Inc., et al.,  
Debtor

Case No. : 13-12569  
Reporting Period: September 29 - October 27, 2013

## MOR-2: STATEMENT OF OPERATIONS

**OPERATING COMPANY**

| REVENUES | Current Month | Cumulative Filing to Date |
|---|---|---|
| Net Sales | $ 69,543 | $ 69,543 |
| **OPERATING EXPENSES** | | |
| Cost of Good Sold | (48,997) | (48,997) |
| Selling, General and Administrative Expenses | (35,841) | (35,841) |
| Total Operating Expenses | (84,837) | (84,837) |
| Operating Income | (15,294) | (15,294) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (Expense), Net | (4,390) | (4,390) |
| Interest Expense | (202) | (202) |
| Net Profit (Loss) | $ (19,886) | $ (19,886) |

**PROPERTY COMPANY**

| REVENUES | Current Month | Cumulative Filing to Date |
|---|---|---|
| Rent Revenue | $ 1,061 | $ 1,061 |
| **OPERATING EXPENSES** | | |
| General and Administrative Expenses | (25) | (25) |
| Total Operating Expenses | (25) | (25) |
| Operating Income | 1,036 | 1,036 |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (Expense), Net | 247 | 247 |
| Interest Expense | (25) | (25) |
| Income Taxes (Expense) | (400) | (400) |
| Net Profit (Loss) | $ 858 | $ 858 |

In re: Fresh & Easy Neighborhood Market Inc., et al.,  
Debtor

Case No.: 13-12569  
Reporting Period: September 29 - October 27, 2013

## MOR-3: BALANCE SHEET

| OPERATING COMPANY ASSETS<br>CURRENT ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Cash and Cash Equivalents | $ 92,357,934 | $ 71,818,680 |
| Stock | 78,688,526 | 84,141,577 |
| Trade Receivables | 25,646,951 | 24,167,929 |
| Prepayments and Accrued Income | 15,160,077 | 21,919,124 |
| Other Receivables | 11,434,193 | 11,112,955 |
| TOTAL CURRENT ASSETS | 223,287,681 | 213,160,265 |
| **PROPERTY AND EQUIPMENT** | | |
| Property, Plant and Equipment & Intangible Assets | 67,276,719 | 67,457,772 |
| | | |
| **TOTAL ASSETS** | $ 290,564,400 | $ 280,618,036 |

| LIABILITIES AND OWNER EQUITY<br>LIABILITIES NOT SUBJECT TO COMPROMISE (Post-Petition) | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Trade Payables (1) | $ (29,226,426) | $ - |
| Accruals and Deferred Income | (8,606,252) | - |
| Deferred Rent (2) | (97,453,054) | (96,214,660) |
| Current Tax Liability | - | - |
| Other Payables | (31,645,271) | - |
| Deferred Tax Liability Non-Current | (10,289,432) | (10,289,432) |
| Onerous Lease Provision (3) | (37,329,678) | (36,840,207) |
| TOTAL POST-PETITION LIABILITIES | (214,550,113) | (143,344,300) |
| **LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)** | | |
| Trade Payables (1) | (22,489,247) | (30,299,616) |
| Payables Intercompany | (648,075,091) | (647,742,787) |
| Other Payables | (11,533,327) | (38,314,354) |
| Accruals and Deferred Income | (176,277,737) | (183,188,536) |
| Finance Lease Liability Non-Current | (5,208,402) | (5,517,845) |
| TOTAL PRE-PETITION LIABILITIES | (863,583,804) | (905,063,138) |
| | | |
| **TOTAL LIABILITIES** | (1,078,133,917) | (1,048,407,437) |
| **OWNER EQUITY** | | |
| Profit (YTD) | 147,073,015 | 127,007,512 |
| Retained Earnings | 3,197,750,943 | 3,197,750,943 |
| Share Based Payments Reverse | (10,990,888) | (10,705,501) |
| Share Capital | (2) | (2) |
| Share Premium Account | (2,546,263,552) | (2,546,263,552) |
| NET OWNER EQUITY | 787,569,517 | 767,789,401 |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ (290,564,400) | $ (280,618,036) |

Notes:  
(1) Trade Payables includes a component of intra-company sales between divisions. These amounts are eliminated on consolidation  
(2) The Deferred Rent (accounting straight line-lease liability) reflects the full liability for leases the Company is subject to. When the proposed transaction closes, the balance related to those Properties will be removed. We expect the remaining balance to be adjusted through the claims reconciliation process  
(3) The Onerous Lease provision does not reflect the upside from successful Lease Termination agreements of 62 Leases. We expect the remaining balance to be adjusted through the claims reconciliations process

In re: Fresh & Easy Neighborhood Market Inc., et al.,  
    Debtor

Case No. : 13-12569  
Reporting Period: September 29 - October 27, 2013

MOR-3: BALANCE SHEET

| PROPERTY COMPANY | | |
|---|---|---|
| **ASSETS** | **BOOK VALUE AT END OF CURRENT REPORTING MONTH** | **BOOK VALUE ON PETITION DATE** |
| **CURRENT ASSETS** | | |
| Cash and Cash Equivalents | $ 2,215,409 | $ 1,949,873 |
| Stock | - | - |
| Trade Receivables | - | (162,285) |
| Prepayments and Accrued Income | - | 344,223 |
| Other Receivables | - | 0 |
| *TOTAL CURRENT ASSETS* | 2,215,409 | 2,131,811 |
| **PROPERTY AND EQUIPMENT** | | |
| Property, Plant and Equipment & Intangible Assets | 12,391,474 | 12,378,186 |
| **TOTAL ASSETS** | $ 14,606,883 | $ 14,509,997 |

| **LIABILITIES AND OWNER EQUITY** | **BOOK VALUE AT END OF CURRENT REPORTING MONTH** | **BOOK VALUE ON PETITION DATE** |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Post-Petition)* | | |
| Trade Payables | $ - | $ - |
| Accruals and Deferred Income (1) | 8,944,837 | 7,688,355 |
| Deferred Rent | - | - |
| Current Tax Liability | (700,000) | (300,000) |
| Other Payables | (203,650) | - |
| Deferred Tax Liability Non-Current | - | - |
| Finance Lease Liability Non-Current | - | - |
| Onerous Lease Provision | - | - |
| *TOTAL POST-PETITION LIABILITIES* | 8,041,186 | 7,388,355 |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Trade Payables | (188) | (188) |
| Accruals and Deferred Income | (161,931) | (37,855) |
| Payables Intercompany | (87,024,737) | (87,064,109) |
| Other Payables | - | (192,536) |
| *TOTAL PRE-PETITION LIABILITIES* | (87,186,855) | (87,294,688) |
| **TOTAL LIABILITIES** | (79,145,669) | (79,906,333) |
| **OWNER EQUITY** | | |
| Profit (YTD) | 68,663,001 | 69,520,551 |
| Retained Earnings | 51,876,710 | 51,876,710 |
| Share Based Payments Reverse | - | - |
| Share Capital | - | - |
| Share Premium Account | (56,000,925) | (56,000,925) |
| *NET OWNER EQUITY* | 64,538,786 | 65,396,336 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ (14,606,883) | $ (14,509,997) |

Notes:  
(1) Balance reflects the straightlining of lease income. When the proposed sale transaction closes, the balance related to those Properties will be removed. We expect the remaining balance to be adjusted through the claims reconciliation process

In re: Fresh & Easy Neighborhood Market Inc., et al.,  
Debtor

Case No.: 13-12569  
Reporting Period: September 29 - October 27, 2013

## MOR-4: STATUS OF POST-PETITION TAXES

### OPERATING COMPANY

| Operating Company | Beginning Tax Liability (1) (2) | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Payroll Taxes | $ (3,170,452) | $ (3,171,738) | $ 4,327,514 | Various | Various | $ (2,014,676) |
| Real and Personal Property Tax | (5,428,212) | (1,293,819) | 3,434 | Various | Various | (6,718,598) |
| Sales and Use Tax | (1,276,142) | (734,945) | 1,156,804 | Various | Various | (854,283) |
| Corporate Income Tax | 185,500,000 | - | - | | | 185,500,000 |
| **Total Operating Company Taxes** | $ 175,625,193 | $ (5,200,502) | $ 5,487,752 | | | $ 175,912,444 |

### Property Company

| | Beginning Tax Liability (1) (2) | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| Corporate Income Tax | (300,000) | (400,000) | - | Various | Various | (700,000) |
| Sales and Use Tax | 28,370 | (4,324) | 481 | See MOR-4a | See MOR-4a | 24,526 |
| Real and Personal Property Tax | (227,689) | (7,270) | - | Various | Various | (234,959) |
| **Total State and Local Taxes** | $ (499,319) | $ (411,595) | $ 481 | | | $ (910,433) |

Notes:

(1) The Debtors have received permission from the Court to pay their pre-petition tax obligations. Beginning balances include pre-petition tax liabilities.  
(2) All tax withholdings are reported on one line in both Federal and State.

I attest that all sales and use tax returns have been filed in accordance with state/county/city requirements for the above referenced period and according to the Company's tax payment schedule (See attached Schedule MOR4 -B.) Any payments remitted have been reported on Fresh and Easy's Schedule of Cash Receipts and Disbursements at MOR-1.

All payroll taxes and tax returns are paid through ADP a third party payroll processor. Taxes withheld from employee wages are remitted by the Company to ADP. ADP is responsible for remitting both the employer and employee portion of payroll tax liabilities to the appropriate jurisdictions. The attached is confirmation that the Company has remitted payroll tax obligations to ADP for each of the payroll runs during the fiscal period covered by this report. Any payments remitted have been reported on Fresh and Easy's Schedule of Cash Receipts and Disbursements at MOR-1.

_____  
Authorized Representative

J. M. DiBBo  
Printed Name of Authorized Representative

## MOR-4: SUMMARY OF UNPAID POST-PETITION DEBTS

### OPERATING COMPANY

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Trade Payables | $ (29,226,426) | | | | | $ (29,226,426) |
| Accruals and Deferred Income | (8,606,252) | | | | | (8,606,252) |
| Deferred Rent | (97,453,054) | | | | | (97,453,054) |
| Current Tax Liability | - | | | | | - |
| Other Payables | (31,645,271) | | | | | (31,645,271) |
| Deferred Tax Liability | (10,289,432) | | | | | (10,289,432) |
| Onerous Lease Provision | (37,329,678) | | | | | (37,329,678) |
| **Total Post-Petition Debts** | $ (214,550,113) | $ - | $ - | $ - | $ - | $ (214,550,113) |

### PROPERTY COMPANY

| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
|---|---|---|---|---|---|---|
| Trade Payables | $ - | | | | | $ - |
| Accruals and Deferred Income | 8,944,837 | | | | | 8,944,837 |
| Deferred Rent | - | | | | | - |
| Current Tax Liability | (700,000) | | | | | (700,000) |
| Other Payables | (203,650) | | | | | (203,650) |
| Deferred Tax Liability | - | | | | | - |
| Finance Lease Liability | - | | | | | - |
| Onerous Lease Provision | - | | | | | - |
| **Total Post-Petition Debts** | $ 8,041,186 | $ - | $ - | $ - | $ - | $ 8,041,186 |

In re: Fresh & Easy Neighborhood Market Inc., et al.,  
Debtor

Case No.: 13-12569  
Reporting Period: September 29 - October 27, 2013

## MOR 4A: VERIFICATION OF TAX PAYMENTS

**Operating Company**

| FEDERAL, STATE AND LOCAL TAXES | Vendor Number | Vendor Name | Amount Paid (1) | Payment Date | EFT / Check Number |
|---|---|---|---|---|---|
| Federal and State Payroll Taxes | | ADP | $ 21,159 | 9/30/2013 | WIRE |
| Federal and State Payroll Taxes | | ADP | 464,825 | 10/2/2013 | WIRE |
| Federal and State Payroll Taxes | | ADP | 1,133,632 | 10/16/2013 | WIRE |
| Federal and State Payroll Taxes | | ADP | 2,707,899 | 10/2/2013 | WIRE |
| Total Federal, State and Local | | | $ 4,327,514 | | |
| **SALES & USE** | | | | | |
| Sales & Use | 112647 | City of Avondale Sales & Use Tax | $ 8,807 | 10/25/2013 | 61177 |
| Sales & Use | 112647 | City of Avondale Sales & Use Tax | 11,144 | 10/25/2013 | 61177 |
| Sales & Use | 112647 | City of Avondale Sales & Use Tax | 8,603 | 10/25/2013 | 61177 |
| Sales & Use | 111056 | City of Chandler Privilege (Sales) Tax | 4,739 | 10/25/2013 | 61178 |
| Sales & Use | 111056 | City of Chandler Privilege (Sales) Tax | 6,378 | 10/25/2013 | 61178 |
| Sales & Use | 111056 | City of Chandler Privilege (Sales) Tax | 6,091 | 10/25/2013 | 61178 |
| Sales & Use | 112561 | City of Mesa Privilege (Sales) & Use Tax | 4,066 | 10/25/2013 | 61179 |
| Sales & Use | 112650 | City of Phoenix Privilege (Sales) Tax | 68,055 | 10/25/2013 | 61190 |
| Sales & Use | 111121 | City of Scottsdale Privilege (Sales) Tax | 4,886 | 10/25/2013 | 61180 |
| Sales & Use | 111121 | City of Scottsdale Privilege (Sales) Tax | 4,843 | 10/25/2013 | 61180 |
| Sales & Use | 111121 | City of Scottsdale Privilege (Sales) Tax | 6,627 | 10/25/2013 | 61180 |
| Sales & Use | 112652 | City of Tempe Privilege (Sales) Tax | 7,902 | 10/25/2013 | 61181 |
| Sales & Use | 110900 | Privilege (Sales) & Use Tax Return | 106,480 | 10/22/2013 | ACH DEBIT |
| Sales & Use | 110403 | Sales & Use Tax Return - Prepayment | 826,314 | 10/23/2013 | ACH DEBIT |
| Sales & Use | 112655 | Sales & Use Tax Return | 81,596 | 10/25/2013 | 61189 |
| Total Sales & Use | | | $ 1,156,530 | | |
| **Real and Personal Property Tax** | | | | | |
| Real and Personal Property Tax | 114785 | Highland - La Quinta | 3,434 | 10/17/2013 | 755242 |
| Total Real Estate and Personal Property | | | $ 3,434 | | |

**Property Company**

| SALES & USE TAXES | Vendor Number | Vendor Name | Amount Paid (1) | Payment Date | EFT / Check Number |
|---|---|---|---|---|---|
| Sales & Use | 110900 | Privilege (Sales) & Use Tax Return | $ 481 | 10/25/2013 | 200434 |
| Total Sales & Use | | | $ 481 | | |

Notes:

In re: Fresh & Easy Neighborhood Market Inc., et al.,  
    Debtor

Case No. : 13-12569  
Reporting Period: September 29 - October 27, 2013

## MOR 4B: SUMMARY OF TAX RETURNS FILED DURING REPORTING PERIOD

**Operating Company**

| TAXING AUTHORITY | State | Type of Tax | Due Date |
|---|---|---|---|
| City of Avondale Sales & Use Tax | AZ | Sales & Use | 10/21/2013 |
| City of Avondale Sales & Use Tax | AZ | Sales & Use | 10/21/2013 |
| City of Avondale Sales & Use Tax | AZ | Sales & Use | 10/21/2013 |
| City of Chandler Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| City of Chandler Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| City of Chandler Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| City of Mesa Privilege (Sales) & Use Tax | AZ | Sales & Use | 10/21/2013 |
| City of Phoenix Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| City of Phoenix Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| City of Scottsdale Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| City of Scottsdale Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| City of Scottsdale Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| City of Tempe Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| Privilege (Sales) & Use Tax Return | AZ | Sales & Use | 10/21/2013 |
| Privilege (Sales) & Use Tax Return | AZ | Sales & Use | 10/21/2013 |
| City of Avondale Privilege (Sales) & Use Tax | AZ | Sales & Use | 10/21/2013 |
| City of Chandler Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| City of Chandler Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| City of Mesa Privilege (Sales) & Use Tax | AZ | Sales & Use | 10/21/2013 |
| City of Mesa Privilege (Sales) & Use Tax | AZ | Sales & Use | 10/21/2013 |
| City of Mesa Privilege (Sales) & Use Tax | AZ | Sales & Use | 10/21/2013 |
| City of Mesa Privilege (Sales) & Use Tax | AZ | Sales & Use | 10/21/2013 |
| City of Peoria Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| City of Peoria Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| City of Phoenix Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| City of Phoenix Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| City of Phoenix Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| City of Phoenix Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| City of Phoenix Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| City of Phoenix Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| City of Scottsdale Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |
| Sales & Use Tax Return | CA | Sales & Use | 10/31/2013 |
| Sales & Use Tax Return | NV | Sales & Use | 10/31/2013 |
| Quarterly 941 Return | CA, NE, AZ, Fed | Payroll | 10/31/2013 |

**Operating Company**

| TAXING AUTHORITY | State | Type of Tax | Due Date |
|---|---|---|---|
| City of Phoenix Privilege (Sales) Tax | AZ | Sales & Use | 10/21/2013 |

In re: Fresh & Easy Neighborhood Market Inc., et al.,  
    Debtor

Case No. : 13-12569  
Reporting Period: September 29 - October 27, 2013

## MOR-5: ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period, net | $ 2,675,917 |
| + Amounts billed during the period | 918,442 |
| - Amounts collected during the period | (899,314) |
| Total Accounts Receivable at the end of the reporting period, net | $ 2,695,044 |

| Accounts Receivable Aging | Amount |
|---|---|
| 0 - 30 days old | $ 1,460,383 |
| 31 - 60 days old | 740,817 |
| 61 - 90 days old | 80,029 |
| 91+ days old | 413,816 |
| Total Accounts Receivable | 2,695,044 |
| Amount considered uncollectible (Bad Debt) | (182,529) |
| Accounts Receivable (Net) | $ 2,512,516 |

## MOR-5: DEBTOR QUESTIONNAIRE

| | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | | X |
| 3. Have all post-petition tax returns been timely filed? If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). (1) If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

Notes: