## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | : | |
| In re | : | Chapter 11 |
| | : | |
| FRESH & EASY NEIGHBORHOOD | : | Case No. 13-12569 (KJC) |
| MARKET INC., *et al.*,[1] | : | |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## AFFIDAVIT OF SERVICE

I, Jamar Vines, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On March 5, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight on the service list attached hereto as **Exhibit A**:

- Notice of First Interim Fee Application  [Docket No. 595]

On March 11, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Fee Auditors service list attached hereto as **Exhibit B**:

- Fee Examiner's Final Report Regarding First Interim Fee Application Request of Alvarez & Marsal North America, LLC [Docket No. 607]

On March 11, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail and email on the Core/2002 service list attached hereto as **Exhibit C**:

- Omnibus Notice of Hearing with Respect to Fee Application Requests for the First Interim Period From September 30, 2013 through December 31, 2013 [Docket No. 608]

- Debtors' Motion for an Order Authorizing and Approving the Settlement Agreement with Liberty Surplus Insurance Company Pursuant to Sections 105 and 363 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure [Docket No. 609]

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in parentheses):  Fresh & Easy Neighborhood Market Inc. (7028) and Fresh & Easy Property Company LLC (9636).  The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

On March 11, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Professionals service list attached hereto as **Exhibit D**:

- Omnibus Notice of Hearing with Respect to Fee Application Requests for the First Interim Period From September 30, 2013 through December 31, 2013 [Docket No. 608]

On March 11, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Additional Parties service list attached hereto as **Exhibit E**:

- Debtors' Motion for an Order Authorizing and Approving the Settlement Agreement with Liberty Surplus Insurance Company Pursuant to Sections 105 and 363 of the Bankruptcy Code and Rule 9019 of the Federal Rules of Bankruptcy Procedure [Docket No. 609]

On March 11, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) via first class mail on the Attorney General Service list attached hereto as **Exhibit F** and (2) via first class mail on the Class Counsel service list attached hereto as **Exhibit G**:

- Joint Motion Seeking to (I) Approve a Settlement, (II) Certify a Class of California Wage and Hour Claimants for Settlement Purpose Only, (III) Appoint Class Counsel and Class Representatives, (IV) Preliminarily Approve the Settlement Agreement, (V) Approve the Form and Manner of Notice to Class Members of the Class Certification and Settlement, (VI) Schedule a Fairness Hearing to Consider Final Approval of Settlement, (VII) Finally Approve the Settlement After the Fairness Hearing, and (VIII) Grant Related Relief [Docket No. 611]

On March 11, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Claims Stipulation service list attached hereto as **Exhibit H**:

- Debtors' Motion Pursuant to Bankruptcy Rule 9019(a) for an Order Approving Stipulation to Reduce and Allow Claims [Docket No. 612]

On March 11, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Core/2002 attached hereto as **Exhibit C**:

- Joint Motion Seeking to (I) Approve a Settlement, (II) Certify a Class of California Wage and Hour Claimants for Settlement Purpose Only, (III) Appoint Class Counsel and Class Representatives, (IV) Preliminarily Approve the Settlement Agreement, (V) Approve the Form and Manner of Notice to Class Members of the Class Certification and Settlement,

(VI) Schedule a Fairness Hearing to Consider Final Approval of Settlement, (VII) Finally Approve the Settlement After the Fairness Hearing, and (VIII) Grant Related Relief [Docket No. 611]

- Debtors' Motion Pursuant to Bankruptcy Rule 9019(a) for an Order Approving Stipulation to Reduce and Allow Claims [Docket No. 612]

On March 12, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via first class mail on the Core/2002 service list attached hereto as **Exhibit C**:

- Certification of Counsel Regarding Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During the First Interim Period [Docket No. 613]

- Certification of Counsel Regarding Stipulation Regarding Limited Relief from Automatic Stay [Docket No. 619]

On March 12, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via first class mail on the Professionals service list attached hereto as **Exhibit D**:

- Certification of Counsel Regarding Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred During the First Interim Period [Docket No. 613]

On March 12, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) via first class mail on the Attorney General service list attached hereto as **Exhibit F** (2) via first class mail on the Tax Authority service list attached hereto as **Exhibit I** and (3) via first class mail on the State Labor Department service list attached hereto as **Exhibit J**

- Debtors Old FENM Inc. (f/k/a Fresh & Easy Neighborhood Market Inc.) and Old FEPC LLC (f/k/a Fresh & Easy Property Company LLC)'s 28 U.S.C § 1715 Notice of Class Settlement

On March 13, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served (1) via first class mail on the Core/2002 service list attached hereto as **Exhibit C** and (2) via first class mail on the service list attached hereto as **Exhibit K**:

- Order Approving Stipulation Regarding Limited Relief from Automatic Stay [Docket No. 626]

On March 13, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following document to be served via overnight mail and email on the Core/2002 service list attached hereto as **Exhibit C**:

- Debtors' Second Motion for an Order Extending their Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof  [Docket No. 634]

Dated: March 17, 2014

_____
Jamar Vines

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on March 17, 2014, by Jamar Vines, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature:

BENJAMIN P D SCHRAG
NOTARY PUBLIC-STATE OF NEW YORK
No. 02SC6288607
Qualified in New York County
My Commission Expires September 09, 2017

**<u>Exhibit A</u>**

Exhibit A
Fee Application Notice Parties Service List
Served via Overnight Mail

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| Fresh and Easy Neighborhood Mkt Inc | Mary Kasper | 2120 Park Place Ste 200 | | El Segundo | CA | 90245 |
| Office of the United States Trustee | Tiiara Patton | 844 King St Ste 2207 | | Wilmington | DE | 19899-0035 |
| Davis Polk Wardwell LLP | Don Bernstein Damon Meyer | 450 Lexington Ave | | New York | NY | 10017 |
| Pachulski Stang Ziehl Jones LLP | Jeffery N Pomerantz | 10100 Santa Monica Blvd | 13th Floor | Los Angeles | CA | 90067 |
| Pachulski Stang Ziehl Jones LLP | Bradford J Sandler | 919 N Market Street | 17th Floor | Wilmington | DE | 19801 |
| Richards Layton Finger PA | John H Knight Mark D Collins | One Rodney Square | 920 North King St | Wilmington | DE | 19801 |
| Jones Day | Lisa Laukitis and Justin Carroll | 222 East 41st St | | New York | NY | 10017 |
| Direct Fee Review LLC | W Joseph Dryer | 1000 N West St Ste 1200 | | Wilmington | DE | 19801 |

**Exhibit B**

Exhibit B
Fee Auditors Service List
Served via First Class Mail

| Notice | Address 1 | Address 2 | | City | State | Zip |
|---|---|---|---|---|---|---|
| Office of the United States Trustee | Tiiara Patton | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 |
| Pachulski Stang Ziehl & Jones LLP | Jeffery N Pomerantz | 10100 Santa Monica Blvd | 13th Floor | Los Angeles | CA | 90067 |
| Pachulski Stang Ziehl & Jones LLP | Bradford J Sandler | 919 N Market Street | 17th Floor | Wilmington | DE | 19801 |
| ALVAREZ & MARSAL NORTH AMERICA LLC | Dennis E Stogsdill | 600 Madison Avenue 8th Fl | | New York | NY | 10022 |

**Exhibit C**

Exhibit C
Core 2002 Service List
Served via First Class Mail and Email

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Brookmat Corp; McNellis Parters LLC | Trainor Fairbrook | Jennifer L Pruski | PO Box 255824 | | Sacramento | CA | 95865 | | jpruski@trainorfairbrook.com |
| Counsel to Dot-Cor Associates | Law Offices of Jo Anne M. Bernhard | Jo Anne M. Bernhard | 2621 "K" Street | | Sacramento | CA | 95816 | | jbernhard@bernhardlaw.com |
| Counsel to IBM | IBM Corporation | Attn Bankruptcy Coordinator | 275 Viger East | Suite 400 | Montreal | QC | H2X 3R7 | Canada | rogerl@ca.ibm.com |
| Counsel to XTRA Lease LLC | Bryan Cave LLP | David M Unseth | 211 North Broadway | Suite 3600 | St Louis | MO | 63102 | | dmunseth@bryancave.com |
| Counsel to XTRA Lease LLC | Bryan Cave LLP | Michelle Mcmahon | 1290 Avenue of Americas | | New York | NY | 10104 | | michelle.mcmahon@bryancave.com |
| Counsel to Brixmore Property Group, Inc.; Federal Realty Investment Trust; Rite Aid Corporation; Thrifty Payless, Inc.; Phillips Edison & Company; Silver State Station LLC | Ballard Spahr LLP | David L Pollack Jeffrey Meyers Jon T Pearson | 51st Floor- Mellon Bank Ctr | 1735 Market Street | Philadelphia | PA | 19103 | | pollack@ballardspahr.com; meyers@ballardspahr.com |
| Counsel to Brixmore Property Group, Inc.; Federal Realty Investment Trust; Rite Aid Corporation; Thrifty Payless, Inc.; Phillips Edison & Company; Silver State Station LLC | Ballard Spahr LLP | Tobey Marie Daluz Matthew Summers | 919 Market Street | 11th Floor | Wilmington | DE | 19801 | | summersm@ballardspahr.com; daluzt@ballardspahr.com |
| Counsel to Citibank North America | Chadbourne & Parke LLP | Douglas E Deutsch Eric Daucher | 30 Rockfeller Plaza | | New York | NY | 10112 | | ddeutsch@chadbourne.com; edaucher@chadbourne.com |
| Debtor | Fresh and Easy Neighborhood Mkt Inc | Mary Kasper | 2120 Park Place Ste 200 | | El Segundo | CA | 90245 | | mary.kasper@freshandeasy.com |
| Claims Agent | Prime Clerk LLC | Ben Steele | 830 3rd Ave FL 9 | | New York | NY | 10022 | | freshandeasyinfo@primeclerk.com |
| Counsel to Debtor | Richards Layton Finger PA | John H Knight Mark D Collins | One Rodney Square | 920 North King St | Wilmington | DE | 19801 | | knight@rlf.com; collins@rlf.com |
| Counsel to Debtor | Jones Day | Paul D Leake Lisa Laukitis | 222 E 41st St | | New York | NY | 10017 | | pdleake@jonesday.com; llaukitis@jonesday.com |
| Counsel to Foursquare Properties, Inc.; West Valley Properties, Inc. | Katten Muchin Rosenman LLP | Dustin Branch Brian Huben | 2029 Century Park East | Ste 2600 | Los Angeles | CA | 90067-3012 | | dustin.branch@kattenlaw.com; brian.huben@kattenlaw.com |
| Counsel to Inland Diversified Real Estate Services, LLC | Connolly Gallagher LLP | Karen C Bifferato Christina M Thompson Kelly M Conlan | Brandywine Bldg | 1000 West St Ste 1400 | Wilmington | DE | 19801 | | kbifferato@connollygallagher.com; cthompson@connollygallagher.com; kconlan@connollygallagher.com |
| Counsel to Judy L. Lee | Trainor Fairbrook | David W Creeggan | PO Box 255824 | | Sacramento | CA | 95865 | | dcreeggan@trainorfairbrook.com |
| Counsel to Proposed Buyer | Latham Watkins LLP | Robert Klyman | 355 South Grand Ave | | Los Angeles | CA | 90071-1560 | | robert.klyman@lw.com |
| Counsel to Proposed Buyer | Young Conaway Stargatt Taylor LLP | Michael R Nestor | Rodney Square | 1000 North King St | Wilmington | DE | 19801 | | mnestor@ycst.com |
| Counsel to Regency Centers, L.P.; Weingarten Realty Investors; Jones Lang LaSalle Americas, Inc. | Kelley Drye Warren LLP | Robert L LeHane | 101 Park Ave | | New York | NY | 10178 | | kdwbankruptcydepartment@kelleydrye.com |
| Counsel to Tesco PLC | Davis Polk Wardwell LLP | Don Bernstein Damon Meyer | 450 Lexington Ave | | New York | NY | 10017 | | donald.bernstein@davispolk.com; damon.meyer@davispolk.com |
| Counsel to Tesco PLC | Morris Nichols Arsht Tunnell LLP | Robert J Dehney Gregory W Werkheiser | 1201 North Market St | 16th Fl | Wilmington | DE | 19801 | | rdehney@mnat.com; gwerkheiser@mnat.com |
| Delaware Attorney General | Delaware Attorney General | Attn Bankruptcy Dept | Carvel State Office Bldg | 820 N French St 6th Fl | Wilmington | DE | 19801 | | attorney.general@state.de.us |
| Delaware Division of Revenue | Delaware Division of Revenue | Zillah Frampton | 820 N French St | | Wilmington | DE | 19801 | | FASNotify@state.de.us |
| Delaware Secretary of State | Corporations Franchise Tax | Delaware Secretary of State | Townsend Building, Suite 1 | 401 Federal Street | Dover | DE | 19901 | | dosdoc_Ftax@state.de.us |
| Delaware State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd Ste 100 | | Dover | DE | 19904 | | statetreasurer@state.de.us |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | 2970 Market St | | Philadelphia | PA | 19104-5016 | | |
| IRS Insolvency Section | Internal Revenue Service | Insolvency Section | 31 Hopkins Plz Rm 1150 | | Baltimore | MD | 21201 | | SBSE.Insolvency.Balt@irs.gov |
| IRS Insolvency Section | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | Philadelphia | PA | 19101-7346 | | |
| United States Trustee District of Delaware | Office of the United States Trustee | Tiiara Patton | 844 King St Ste 2207 | Lockbox 35 | Wilmington | DE | 19899-0035 | | tiiara.patton@usdoj.gov |
| US Attorney for the District of Delaware | US Attorney for Delaware | Charles Oberly c/o Ellen Slights | 1007 Orange St Ste 700 | PO Box 2046 | Wilmington | DE | 19899-2046 | | usade.ecfbankruptcy@usdoj.gov |
| Counsel to Botteling Group LLC | FrankGecker LLP | Joseph D Frank Jeremy C Kleinman | 325 North LaSalle Street | Suite 625 | Chicago | IL | 60654 | | jfrank@fgllp.com; jkleinman@fgllp.com |
| Counsel to Creditors Committee | Pachulski Stang Ziehl & Jones LLP | Jeffery N Pomerantz | 10100 Santa Monica Blvd | 13th Floor | Los Angeles | CA | 90067 | | jpomerantz@pszjlaw.com |
| Counsel to Creditors Committee | Pachulski Stang Ziehl & Jones LLP | Bradford J Sandler | 919 N Market Street | 17th Floor | Wilmington | DE | 19801 | | bsandler@pszjlaw.com |
| Counsel to Domino Foods Inc | Blanco Tackabery & Matamoros PA | Ashley S Rusher | 110 S Stratford Road | 5th Floor | Winston-Salem | NC | 27104-4299 | | asr@blancolaw.com |
| Counsel to CML-NV Longford, LLC | Polis and Associates | Thomas J Polis | 19800 MacArthur Boulevard | Suite 1000 | Irvine | CA | 92612-2433 | | tom@polis-law.com |
| Counsel to General Electric Capital Corporation | Reed Smith LLP | Kurt F Gwynne Joseph M Grieco | 1201 Market Street | Suite 1500 | Wilmington | DE | 19801 | | kgwynne@reedsmith.com; jgrieco@reedsmith.com |
| Counsel to Boulder Village LLC Stewart & Nellis Partners LLC | Kogan Law Firm | Michael Kogan | 1901 Avenue of the Stars | Suite 1050 | Los Angeles | CA | 90067 | | mkogan@koganlawfirm.com |
| Counsel to Ventura Foods LLC | Troutman Sanders LLP | Penelope Parmes | 5 Park Plaza | Suite 1400 | Irvine | CA | 92614-2545 | | penelope.parmes@troutmansanders.com |
| Counsel to Adams 365 Commercial LLC | Duane Morris LLP | Jeff D Kahane | 865 South Figueroa Street | Suite 3100 | Los Angeles | CA | 90017-5450 | | jkahane@duanemorris.com |
| Counsel to Adams 365 Commercial LLC | Duane Morris LLP | Richard W Riley | 222 Delaware Avenue | Suite 1600 | Wilmington | DE | 19801-1659 | | rwriley@duanemorris.com |
| Counsel to FDC Eagle Landing Investment Company | Maupin Cox Legoy PC | Christopher D Jaime | PO Box 30000 | | Reno | NV | 89520 | | cjaime@mclrenolaw.com |
| Counsel to Costa Mesa Courtyards LLC; Cornerstone Real Estate Advisors LLC | Morris James LLP | Carl N Kunz III | 500 Delaware Avenue | Suite 1500 | Wilmington | DE | 19801-1494 | | ckunz@morrisjames.com |
| Counsel to Costa Mesa Courtyards LLC; Cornerstone Real Estate Advisors LLC | Davis Wright Tremaine LLP | Steven G Polard | 865 South Figueroa Street | Suite 2400 | Los Angeles | CA | 90017-2566 | | StevenPolard@dwt.com |
| Counsel to Conopco Inc dba Unilever | Parker Ibrahim & Berg LLC | Joseph H Lemkin | 270 Davidson Avenue | | Somerset | NJ | 08873 | | joseph.lemkin@piblaw.com |
| Counsel to Harris Ranch Beef Company | Walter & Wilhelm Law Group | Riley C Walter | 205 E River Park Circle | Suite 410 | Fresno | CA | 93720 | | rileywalter@w2lg.com |
| Counsel to Wilkins Family Partnership LP | O'Kelly Ernst & Bielli LLC | David M Klauder Shannon J Dougherty | 901 N Market St | Suite 1000 | Wilmington | DE | 19801 | | dklauder@oeblegal.com; sdougherty@oeblegal.com |
| Counsel to CVS Las Vegas, LLC | Saul Ewing LLP | Mark Minuti | 222 Delaware Avenue Ste 1200 | PO Box 1266 | Wilmington | DE | 19899 | | mminuti@saul.com |
| Counsel to CVS Las Vegas, LLC | Saul Ewing LLP | Edith K Altice | 500 East Pratt Street | Suite 900 | Baltimore | MD | 21202-3133 | | ealtice@saul.com |
| Counsel to Albertson's LLC and ASR Owner LLC | Greenberg Traurig LLP | Sandra G M Selzer | 1007 North Orange Street | Suite 1200 | Wilmington | DE | 19801 | | selzers@gtlaw.com |
| Counsel to Albertson's LLC and ASR Owner LLC | Greenberg Traurig LLP | Nancy A Peterman | 77 West Wacker Drive | Suite 3100 | Chicago | IL | 60601 | | petermann@gtlaw.com |
| Counsel to NMC Whittier II, LLC, Arlington Square, LP and PRJL-Corona, LLC | Landsberg & Associates | Ian S Landsberg | 5950 Canoga Avenue | Suite 605 | Woodland Hills | CA | 91367 | | |
| Counsel to The Beacon Group, INC., A California Corporation | Bewley, Lassleben & Miller LLP | Ernie Zachary Park | 13215 E. Penn Street | Suite 510 | Whittier | CA | 90602-1797 | | Ernie.Park@bewleylaw.com |
| Counsel to Galleria Orange, LLC | Greenberg Traurig LLP | Howard Steinberg | 1840 Century Park East | Suite 1900 | Los Angeles | CA | 90067 | | steinbergh@gtlaw.com |
| Counsel to La Alameda, LLC | Law Offices of Robert P Friedman | Robert P Friedman | 827 Moraga Drive | | Bel Air | CA | 90049 | | Robert@rpfesq.com |

Exhibit C
Core 2002 Service List
Served via First Class Mail and Email

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY | EMAIL |
|---|---|---|---|---|---|---|---|---|---|
| Counsel to Turner Island Farms | Lang Richert & Patch | Rene Lastreto Michael J Gomez | 5200 North Palm Ave | Ste 401 | Fresno | CA | 93704 | | rl2@lrplaw.net; mjg@lrplaw.net |
| Counsel to Anheuser-Busch Companies | Munsch Hardt Kopf & Harr PC | Jay H Ong | 401 Congress Avenue | Suite 3050 | Austin | TX | 78701 | | jong@munsch.com |
| Counsel to 2010 CRE Venture, LLC | Andante Law Group of Daniel E Garrison PLLC | Fay Waldo | 4110 North Scottsdale Rd | Ste 330 | Scottsdale | AZ | 85251 | | fay@andantelaw.com |
| Counsel to ROIC Paramount Plaza LLC | Dunn Carney Allen Higgins & Tongue LLP | Christopher L Parnell | 851 SW Sixth | Suite 1500 | Portland | OR | 97204 | | cparnell@dunncarney.com |
| Counsel to Maricopa County Treasurer | Office of Maricopa County Attorney | Lori A Lewis | 222 North Central Ave Ste 1100 | | Phoenix | AZ | 85004-2206 | | LewisL01@mcao.maricopa.gov |
| San Diego County Treasurer-Tax Collector | San Diego County Treasurer-Tax Collector | Dan McAllister | Attn Bankruptcy Desk | 1600 Pacific Highway Room 162 | San Diego | CA | 92101 | | |
| Daimler Trust | Daimler Trust | c/o BK Servicing, LLC | PO Box 131265 | | Roseville | MN | 55113-0011 | | notices@bkservicing.com |
| Counsel to North River Investments, LLC; Iris Partners, LLC; Mon Mon, LLC; Cherry Gardena, LLC | Buckner Robinson & Mirkovich | Catherine J Weinberg William D Buckner | 3146 RedHill Ave Ste 200 | | Costa Mesa | CA | 92625 | | cweinberg@bamlaw.net; wbuckner@bamlaw.net |
| Counsel to United Food & Commercial Workers International Union | Weinberg Roger & Rosenfeld | CHRISTIAN RAISNER EMILY RICH JORDAN MAZUR | 1001 Marina Village Parkway | Suite 200 | Alameda | CA | 94501 | | bankruptcycourtnotices@unioncounsel.net; craisner@unioncounsel.net; erich@unioncounsel.net; jmazur@unioncounsel.net |
| Counsel to The McClatchy Company and The Sacramento Bee | Felderstein Fitzgerald Willoughby & Pascuzzi LLP | Paul J Pascuzzi | 400 Capitol Mall Ste 1750 | | Sacramento | CA | 95814 | | ppascuzzi@ffwplaw.com |
| Kern County Treasurer/Tax Collector | Kern County Treasurer and Tax Collector | Bankruptcy Division | Salina Thomas | PO Box 579 | Bakersfield | CA | 93302-0579 | | bankruptcy@co.kern.ca.us |
| Counsel to Cynthia Smith | Murphy & Landon | Jonathan L Parshall | 1011 Centre Road Ste 210 | | Wilmington | DE | 19580 | | |
| Counsel to Susie Min | GIBBONS P.C. | Natasha M Songonuga | 1000 N West Street | | Wilmington | DE | 19801-1058 | | nsongonuga@gibbonslaw.com |
| Counsel to Susie Min | GIBBONS P.C. | Karen A Giannelli | One Gateway Center | | Newark | NJ | 07102-5310 | | kgiannelli@gibbonslaw.com |
| Counsel to Susie Min | GREENBERG & WEINMANN | Iris Weinmann | 1101 Montana Ave | Ste D | Santa Monica | CA | 90403 | | iris@greenberglaw.com |
| Interested Party | Ricoh USA | Recovery & Bankruptcy Group | 3920 Arkwright Road | Ste 400 | Macon | GA | 31210 | | |

**Exhibit D**

Exhibit D
Professional Service List
Served via First Class Mail

| Name | Notice | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| ALVAREZ & MARSAL NORTH AMERICA LLC | Dennis E Stogsdill | 600 Madison Avenue 8th Fl | | New York | NY | 10022 |
| Pillsbury Winthrop Shaw Pittman LLP | Christopher H Patay | 725 S Figueroa St | Suite 2800 | Los Angeles | CA | 90017 |
| FTI Consulting, Inc | Steven Simms | Three Times Square | | New York | NY | 10036 |

**Exhibit E**

Exhibit E
Additional Parties Service List
Served via First Class Mail

| NAME | ADDRESS 1 | ADDRESS 2 | ADDRESS 3 | CITY | STATE | ZIP CODE |
|------|-----------|-----------|-----------|------|-------|----------|
| Liberty International Underwriters U.S | Attn: Jeff Roberts | 55 Water Street | 18th Floor | New York | NY | 10041 |
| Mound, Cotton, Wollan & Greengrass | Jeffrey S. Weinstein | One Battery Park Plaza | | New York | NY | 10004 |

In re Old FENM Inc.
Case No. 13-12569 (KJC)

**<u>Exhibit F</u>**

Exhibit F
Attorney General Service List
Served via First Class Mail

| DESCRIPTION | NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|---|---|---|---|---|---|---|---|
| Attorney Gen. for USA | Eric Holder | US Dept of Justice | 950 Pennsylvania Ave NW | | Washington | DC | 20530-0001 |
| Attorney Gen. for Alabama | Luther Strange | 501 Washington Avenue | P.O. Box 300152 | | Montgomery | AL | 36130-0152 |
| Attorney Gen. for Arizona | Tom Horne | 1275 W. Washington St. | | | Phoenix | AZ | 85007 |
| Attorney Gen. for Arkansas | Dustin McDaniel | 323 Center St. | Suite 200 | | Little Rock | AR | 72201-2610 |
| Attorney Gen. for California | Consumer Law Section | Attn Bankruptcy Notices | 455 Golden Gate Ave Ste 11000 | | San Francisco | CA | 94102-7004 |
| Attorney Gen. for Colorado | John Suthers | Ralph L. Carr Colorado Judicial Center 1300 Broadway | 10th Floor | | Denver | CO | 80203 |
| Attorney Gen. for Florida | Pam Bondi | The Capitol, | PL 01 | | Tallahassee | FL | 323399-1050 |
| Attorney Gen. for Georgia | Sam Olens | 40 Capital Square, SW | | | Atlanta | GA | 30334-1300 |
| Attorney Gen. for Hawaii | David Louie | 425 Queen St. | | | Honolulu | HI | 96813 |
| Attorney Gen. for Idaho | Lawrence Wasden | Statehouse 700 W. Jefferson Street | Suite 210 | P.O. Box 83720 | Boise | ID | 83720-1000 |
| Attorney Gen. for Indiana | Greg Zoeller | Indiana Government Center South-5th Floor | 302 West Washington Street | | Indianapolis | IN | 46204 |
| Attorney Gen. for Kansas | Derek Schmidt | 120 S.W. 10th Ave. | 2nd FL | | Topeka | KS | 66612-1597 |
| Attorney Gen. for Minnesota | Lori Swanson | State Capitol, Suite 102 | | | St. Paul | MN | 55155 |
| Attorney Gen. for Nevada | Catherine Cortez Masto | Old Supreme Ct. Bldg. | 100 N. Carson St. | | Carson City | NV | 89701 |
| Attorney Gen. for New York | Eric T. Schneiderman | Department of Law -The Capitol, 2nd Fl. | | | Albany | NY | 12224-0341 |
| Attorney Gen. for North Carolina | Roy Cooper | Dept. of Justice | P.O. Box 629 | | Raleigh | NC | 27602-0629 |
| Attorney Gen. for Ohio | Mike DeWine | State Office Tower 14th Floor | 30 E. Broad St. | | Columbus | OH | 43266-0410 |
| Attorney Gen. for Oklahoma | Attn Bankruptcy Dept | 313 NE 21st Street | | | Oklahoma City | OK | 73105 |
| Attorney Gen. for Oregon | Ellen F. Rosenblum | Justice Bldg. | 116 2 Court St. NE | | Salem | OR | 97301 |
| Attorney Gen. for Pennsylvania | Kathleen Kane | 1600 Strawberry Square | 16th Floor | | Harrisburg | PA | 17120 |
| Attorney Gen. for South Carolina | Alan Wilson | Remert C. Dennis Office Bldg. | P.O. Box 11549 | | Columbia | SC | 29211-1549 |
| Attorney Gen. for South Dakota | Marty J. Jackley | 1302 East Highway 14 | Suite 1 | | Pierre | SD | 57501-8501 |
| Attorney Gen. for Tennessee | Robert E. Cooper Jr. | 425 5th Avenue North | P.O. Box 20207 | | Nashville | TN | 37243 |
| Attorney Gen. for Texas | Civil Division | PO Box 12548 | | | Austin | TX | 78711-2548 |
| Attorney Gen. for Utah | John Swallow | State Capitol, Rm. 236 | | | Salt Lake City | UT | 84114-0810 |
| Attorney Gen. for Virginia | Ken Cuccinelli | 900 East Main Street | | | Richmond | VA | 23219 |
| Attorney Gen. for Washington | Bob Ferguson | 1125 Washington St. SE | P.O. Box 40100 | | Olympia | WA | 98504-0100 |
| Attorney Gen. for West Virginia | Patrick Morrisey | State Capitol, Bldg 1 Room E 26 | 1900 Kanawha Blvd East | | Charleston | WV | 25305 |
| Attorney Gen. for Wisconsin | J.B. Van Hollen | Wisconsin Department of Justice, State Capitol, Room 114 East | P. O. Box 7857 | | Madison | WI | 53707-7857 |

**<u>Exhibit G</u>**

Exhibit G
Class Counsel Service List
Served via First Class Mail

| NAME | NOTICE NAME | ADDRESS 1 | CITY | STATE | ZIP |
|---|---|---|---|---|---|
| Cooper Law Firm, PC | Scott B. Cooper | 2030 Main Street, Suite 1300 | Irvine | CA | 92614 |
| Mahoney Law Group, APC | Sam Kim and Kevin Mahoney | 249 Ocean Blvd., Suite 814 | Long Beach | CA | 90802 |
| Aegis Law Firm, PC | Samuel Wong Kashif Haque Alison Miceli | 8105 Irvine Center Drive, Suite 1070 | Irvine | CA | 92618-2902 |
| The Carter Law Firm | Roger R. Carter | 2030 Main Street, Suite 1300 | Irvine | CA | 92614 |
| Blumenthal, Nordrehaug & Bhowmik | Kyle Nordrehaug | 2255 Calle Clara | La Jolla | CA | 92037 |

**Exhibit H**

Exhibit H

Claims Stipulation Service List

Served via First Class mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP |
|------|-------------|-----------|-----------|------|-------|-----|
| Employment Lawyers Group | Atty for Sarah Townsend | Ann Guleser | 13418 Ventura Blvd | Sherman Oaks | CA | 91423 |
| Darius Gleason | Atty for James Ritchie and Gerald Marsee | 24310 Mountain Parkway | Suite 0, #176 | Laguna Hills | CA | 92637 |
| Philip A Bucknor | Atty for Jerome Simmons | 5933 West Century Blvd | Suite 230 | Los Angeles | CA | 90045 |
| Weinberg, Roger & Rosenfeld | Atty for Susan McDaniel | David A Rosenfeld | 1001 Marina Village Pway Ste 200 | Alameda | CA | 94501 |

In re Old FENM Inc.

Case No. 13-12569 (KJC)

**Exhibit I**

Exhibit I

Taxing Authority Service List

Served via First Class mail

| Department of Revenue | Address1 | Address 2 | City | State | PostalCode |
|---|---|---|---|---|---|
| Alabama Department of Revenue | Gordon Persons Bldng | 50 North Ripley Street | Montgomery | AL | 36104 |
| Arkansas Department of Finance and Administration | 1509 West 7th Street | | Little Rock | AR | 72201 |
| Arizona Department of Revenue | 1600 W Monroe St. | | Phoenix | AZ | 85007-2650 |
| California State Board of Equalization | 15350 Sherman Way 250 Van Nuys | | Van Nuys | CA | 91406 |
| Colorado Department of Revenue | 1375 Sherman St. | | Denver | CO | 80261 |
| Florida Department of Revenue | 5050 West Tennessee Street | | Tallahassee | FL | 32399-0100 |
| Georgia Department of Revenue | 1800 Century Center Blvd., N.E. | | Atlanta | GA | 30345 |
| Hawaii Department of Taxation | Director of Taxation, Room 221, Dept of Taxation | 830 Punchbowl Street | Honolulu | HI | 96813-5094 |
| Idaho State Tax Commission | 800 Park Blvd., Plaza IV | | Boise | ID | 83712-7742 |
| Indiana Department of Revenue | 1025 Widener Ln | | South Bend | IN | 46614 |
| Kansas Department of Revenue | 915 SW Harrison St #300 | | Topeka | KS | 66612 |
| Minnesota Minnesota Department of Revenue | 600 North Robert St | | St. Paul | MN | 55101 |
| North Carolina Department of Revenue | P.O. Box 25000 | | Raleigh | NC | 27640-0640 |
| Nevada Department of Taxation | 1550 College Parkway | Suite 115 | Carson City | NV | 89706 |
| New York Department of Taxation & Finance | Bankruptcy Section, P.O. Box 5300 | | Albany | NY | 12205-0300 |
| Ohio Department of Taxation | P.O.Box 530 | | Columbus | OH | 43216-0530 |
| Oklahoma Tax Commission | Connors Building | 2501 North Lincoln Boulevard | Oklahoma City | OK | 73194 |
| Oregon Department of Revenue | 955 Center St NE | | Salem | OR | 97301-2555 |
| Pennsylvania Department of Revenue | Office of Chief Counsel | PO Box 281061 | Harrisburg | PA | 17128 |
| South Carolina Department of Revenue | PO Box 12265 | | Columbia | SC | 29211 |
| South Dakota Department of Revenue | 445 E Capitol Avenue | | Pierre | SD | 57501 |
| Tennessee Department of Revenue | 500 Deaderick Street, Andrew Jackson Building | | Nashville | TN | 37242 |
| Texas Department of Revenue | Capitol Station | P.O. Box 13528 | Austin | TX | 78711-3528 |
| Utah Department of Revenue | 210 North 1950 West | | Salt Lake City | UT | 84134 |
| Virginia Department of Revenue | Virginia Department of Taxation Office of Customer Service | P.O. Box 1115 | Richmond | VA | 23218-1115 |
| Washington Department of Revenue | Taxpayer Account Administration | P.O. Box 47476 | Olympia | WA | 98504-7476 |
| Wisconsin Department of Revenue | Customer Service Bureau | P.O. Box 8949 | Madison | WI | 53708-8949 |
| West Virginia Department of Revenue | State Capitol, Building 1, W-300 | | Charleston | WV | 25305 |

**Exhibit J**

Exhibit J
State Labor Department Service List
Served via First Class mail

| LastName | Address1 | Address2 | City | State | PostalCode |
|---|---|---|---|---|---|
| Alabama Department of Labor | 649 Monroe Street | | Montgomery | AL | 36131 |
| Industrial Commission of Arizona | 800 W Washington St | | Phoenix | AZ | 85007 |
| Arkansas Department of Labor | 10810 Executive Center Dr | | Little Rock | AR | 72211 |
| California Labor & Workforce Development Agency | 800 Capitol Mall, MIC-55 | | Sacramento | CA | 95814 |
| Colorado Department of Labor & Employment | 633 17th Street, Suite 201 | | Denver | CO | 80202-3660 |
| Florida Department of Economic Opportunity | 107 E Madison St | | Tallahassee | FL | 32399 |
| Georgia Department of Labor | 148 Andrew Young International Blvd., NE | | Atlanta | GA | 30303 |
| Hawaii Department of Labor & Industrial Relations | 830 Punchbowl St #321 | | Honolulu | HI | 96813 |
| Idaho Department of Labor | 317 W. Main Street | | Boise | ID | 83735 |
| Indiana Department of Labor | 402 Washington St W195 | | Indianapolis | IN | 46204 |
| Kansas Department Of Labor | 1309 SW Topeka Blvd | | Topeka | KS | 66612 |
| Minnesota Department of Employment and Economic Development | 332 Minnesota St. | Suite E200 | St. Paul | MN | 55101 |
| Nevada Department of Employment, Training & Rehabilitation | 2800 E. St. Louis Ave. | | Las Vegas | NV | 89104 |
| New York State Department of Labor | 215 W 125th St | | New York | NY | 10027 |
| North Carolina Department of Labor | 4 West Edenton Street | | Raleigh | NC | 27699-1101 |
| Ohio Department of Commerce | 77 South High Street, | 22nd Floor | Columbus | OH | 43215 |
| Oklahoma Department of Labor | 3017 N. Stiles Avenue | Suite 100 | Oklahoma City | OK | 73102-5212 |
| Oregon Bureau of Labor and Industries | 800 NE Oregon St.,#1045 | | Portland | OR | 97232 |
| Pennsylvania Department of Labor and Industry | 1700 Labor and Industry Bldg. | 7th and Forster Streets | Harrisburg | PA | 17120 |
| South Carolina Department of Labor, Licensing and Regulation | Synergy Business Park; Kingstree Bulding | 110 Centerview Dr. | Columbia | SC | 29210 |
| South Daktoa Department of Labor and Regulation | 700 Governors Drive | | Pierre | SD | 57501-2291 |
| Tennessee Dept. of Labor & Workforce Development | 220 French Landing Drive | | Nashville | TN | 37243 |
| Texas Workforce Commission | 101 East 15th St. | | Austin | TX | 78778 |
| Utah Labor Commission | 160 E. 300 S., Suite 300 | | Salt Lake City | UT | 84111 |
| Virginia Department of Labor and Industry | Main Street Centre | 600 East Main Street, Suite 207 | Richmond, | VA | 23219 |
| Washington Department of Labor and Industries | P.O. Box 44000 | | Olympia | WA | 98504-4001 |
| West VA Division of Labor,State Capitol Complex, #749-B | 1900 Kanawha Blvd. | Building #6, | Charleston | WV | 25305 |
| Wisconsin Department of Workforce Development | 201 E. Washington Ave., #A400 | P.O. Box 7946 | Madison | WI | 53707-7946 |

## Exhibit K

Service List
Served via First Class Mail

| Name | Notice Name | Address 1 | Address 2 | City | State | Zip |
|------|-------------|-----------|-----------|------|-------|-----|
| Law Office of Sean Bina | Atty Mercedes Martinez | Sean Bina | 4929 Wilshire Blvd STE 410 | Los Angeles | CA | 90010 |