UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| OLD FENM INC., *et al.*,[1] | Case No. 13-12569 (KJC) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 611, 665 |

**ORDER SHORTENING NOTICE AND OBJECTION PERIODS IN CONNECTION WITH JOINT MOTION PURSUANT TO 11 U.S.C. §§ 105 AND 107 AND FED. R. BANKR. P. 9018 FOR AN ORDER AUTHORIZING THE PARTIES TO FILE UNDER SEAL A REDACTED SCHEDULE 1 TO THE WAGE AND HOUR CLASS SETTLEMENT AGREEMENT**

Upon the motion (the "Motion")[2] of the above-captioned debtors (collectively, the "Debtors") and prospective class representatives Deanna Weatherspoon, Rena F. Luna, Yessenia Martinez, and Dandre Jackson (collectively, the "Class Representatives"), on behalf of themselves and similarly situated prospective class members (together with the Class Representatives, and as defined herein and in the Settlement Agreement (excluding opt outs), the "Class," and each member within the Class "Class Member(s)," and together with the Class Representatives and the Debtors the "Parties") for entry of an order shortening notice, pursuant to section 105 of the Bankruptcy Code, Bankruptcy Rule 9006(c)(1) and Local Rules 9006-1(c) and (e), with respect to the Seal Motion; and it appearing that the relief requested therein is in the best interests of the Debtors' estates, their creditors and other parties in interest; and it appearing

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in brackets): Old FENM Inc. (f/k/a Fresh & Easy Neighborhood Market Inc.) [7028] and Old FEPC LLC (f/k/a Fresh & Easy Property Company LLC) [9636]. The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

[2] Capitalized terms used but not defined herein have the meanings set forth in the Motion.

that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that the Motion is a core proceeding pursuant to 28 U.S.C. § 157(b); and it appearing that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and notice of the Motion was appropriate under the particular circumstances and no other or further notice need be given; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The hearing with respect to the Seal Motion and any objections thereto will take place on April 1, 2014 at 1:00 p.m. (Eastern Time) (the "Hearing").

3. Parties may raise objections, if any, to the Seal Motion at the Hearing.

4. This Court retains jurisdiction to all matters arising from or related to the implementation of this Order.

Dated: March 28, 2014
Wilmington, Delaware

THE HONORABLE KEVIN J. CAREY
UNITED STATES BANKRUPTCY JUDGE