UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| OLD FENM INC., *et al.*,[1] | Case No. 13-12569 (KJC) |
| Debtors. | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

I, Richard M. Allen, depose and say that I am employed by Prime Clerk LLC ("***Prime Clerk***"), the claims and noticing agent for the Debtors in the above-captioned chapter 11 cases.

On April 15, 2014, at my direction and under my supervision, employees of Prime Clerk caused the following documents to be served via overnight mail on the Fee Application service list attached hereto as **Exhibit A**:

- Summary of Second Monthly Fee Application of Direct Fee Review LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2014 through February 28, 2014 [Docket No. 716]

- Summary of Second Monthly Fee Application of Direct Fee Review LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2014 through March 31, 2014 [Docket No. 717]

Dated: April 16, 2014

Richard M. Allen

State of New York
County of New York

Subscribed and sworn to (or affirmed) before me on April 16, 2014, by Richard M. Allen, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

---

[1] The Debtors are the following two entities (the last four digits of their respective taxpayer identification numbers follow in brackets): Old FENM Inc. (f/k/a Fresh & Easy Neighborhood Market Inc.) [7028] and Old FEPC LLC (f/k/a Fresh & Easy Property Company LLC) [9636]. The address of each of the Debtors is 2120 Park Place, Suite 200, El Segundo, California 90245.

**Exhibit A**

Exhibit A
Fee Application Service List
Served via Overnight Mail

| NAME | NOTICE NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP | COUNTRY |
|---|---|---|---|---|---|---|---|
| Fresh and Easy Neighborhood Mkt Inc | Mary Kasper | 2120 Park Place Ste 200 | | El Segundo | CA | 90245 | |
| Office of the United States Trustee | Tiiara Patton | 844 King St Ste 2207 | | Wilmington | DE | 19899-0035 | |
| Davis Polk Wardwell LLP | Don Bernstein Damon Meyer | 450 Lexington Ave | | New York | NY | 10017 | |
| Pachulski Stang Ziehl Jones LLP | Jeffery N Pomerantz | 10100 Santa Monica Blvd | 13th Floor | Los Angeles | CA | 90067 | |
| Pachulski Stang Ziehl Jones LLP | Bradford J Sandler | 919 N Market Street | 17th Floor | Wilmington | DE | 19801 | |
| Richards Layton Finger PA | John H Knight Mark D Collins | One Rodney Square | 920 North King St | Wilmington | DE | 19801 | |
| Direct Fee Review LLC | W Joseph Dryer | 1000 N West St Ste 1200 | | Wilmington | DE | 19801 | |