UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>OLD FENM INC., *et al.*,<br><br>        Debtors. | Chapter 11<br><br>Case No. 13-12569 (KJC)<br><br>Jointly Administered |

### AFFIDAVIT OF JAMIE L. DAWSON, PARALEGAL

STATE OF DELAWARE :
          : SS:
NEW CASTLE COUNTY :

  I, Jamie L. Dawson, certify that I am, and at all times during the service, have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on June 24, 2014 I caused to be served:

**SUPPLEMENTAL DECLARATION OF SCOTT B. COOPER
IN SUPPORT OF FINAL APPROVAL OF
THE WEATHERSPOON CLASS ACTION SETTLEMENT**
[Docket No. 914]

  Service was completed upon the following individuals listed below in the manner indicated thereon.

Date: June 24, 2014

                     */s/ Jamie L. Dawson*
                     Jamie L. Dawson

**SWORN AND SUBSCRIBED** before me this 24th day of June, 2014.

                     */s/ Alyssa Star Domorod*
                     Notary

ALYSSA STAR DOMOROD
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Sept. 21 2014

| **VIA HAND DELIVERY** | **VIA FIRST CLASS MAIL** |
|---|---|
| Mark D. Collins, Esq.<br>John H. Knight, Esq.<br>Lee E. Kaufman, Esq.<br>Amanda R. Steele, Esq.<br>Richards, Layton & Finger, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, DE 19801<br>[Counsel to the Debtors] | Paul D. Leake, Esq.<br>Lisa Laukitis, Esq.<br>Jones Day<br>222 East 41st Street<br>New York, NY<br>[Counsel to the Debtors] |
| Bradford J. Sandler, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>[Counsel to the Official Committee of Unsecured Creditors] | Jeffrey N. Pomerantz, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>10100 Santa Monica Blvd., 13th Floor<br>Los Angeles, CA 90067<br>[Counsel to the Official Committee of Unsecured Creditors] |
| Tiiara Patton<br>U.S. Trustee<br>United States Trustee<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, DE 19899-0035 | |